Received From
SEATTLE

AUG 02 2007

_____ FILED      _____ ENTERED
_____ LODGED    _____ RECEIVED

JUL 31 2007    LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| STORMANS, INCORPORATED DOING BUSINESS AS RALPH'S THRIFTWAY; ET AL. <br> Plaintiff/Petitioner | Cause #:  C07-5374 |
| VS. <br> MARY SELECKY, ACTING SECRETARY OF THE WASHINGTON STATE DEPARTMENT OF HEALTH; ET AL. <br> Defendant/Respondent | Declaration of Service of: <br> SUMMONS IN A CIVIL ACTION; COMPLAINT FOR CIVIL RIGHTS VIOLATIONS AND DECLARATORY AND INJUNCTIVE RELIEF; AMENDED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS AND DECLARATORY AND INJUNCTIVE RELIEF; DECLARATION OF KRISTEN K WAGGONER; DECLARATION OF RHONDA MESLER; DECLARATION OF MARGO THELEN; DECLARATION OF KEVIN STORMANS; MOTION FOR PRELIMINARY INJUNCTION |
| | Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jul 27 2007  3:00PM  at the address of 101 ISRAEL RD SE  OLYMPIA, within the County of THURSTON, State of WASHINGTON, the declarant duly served the above described documents upon DAN CONNOLLY WASHINGTON BOARD OF PHARMACY  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with JILL EDGIN AGENT IN DIRECTOR'S OFFICE.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: July 30, 2007 at Olympia, WA

by _____
S. Treiber      PSR2003-0326-02

Service Fee Total: $ 17.00



07-CV-05374-SUMM

)RIGINAL
F OF SERVICE

Ellis, Li & Mckinstry
601 Union St, #4900
Seattle, WA   98101
206 682-0565

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Western | District of | Washington |
|---|---|---|

STORMANS, INCORPORATED doing business
as RALPH'S THRIFTWAY; ET. AL

**SUMMONS IN A CIVIL ACTION**

V.

MARY SELECKY, ACTING SECRETARY;
ET. AL

CASE NUMBER:   C07-5374

TO: (Name and address of Defendant)

Dan Connolly
Washington Board of Pharmacy
c/o Jill Edgin
101 Isreal Rd. SE, Town Center One
Olympia, WA 98501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kristen K. Waggoner
Steven T. O'Ban
Ellis, Li & McKinstry PLLC
601 Union St., Suite 4900
Seattle, WA 98101

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**BRUCE RIFKIN**

7·26·07

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                   Date                       *Signature of Server*

                                      _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.