The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STORMANS, INCORPORATED doing business as RALPH'S THRIFTWAY; RHONDA MESLER, MARGO THELEN,<br><br>Plaintiffs,<br><br>v.<br><br>MARY SELECKY, Acting Secretary of the Washington State Department of Health; LAURIE JINKINS, Assistant Secretary of Washington Health Systems Quality Assurance; GEORGE ROE, SUSAN TIEL BOYER, DAN CONNOLLY, GARY HARRIS, VANDANA SLATTER, REBECCA HILLE, ROSEMARIE DUFFY, Members of the Washington Board of Pharmacy; KATHY BAROS FRIEDT, ELLIS CASSON, DEBORAH SIOUS CANO-LEE, JERRY HEBERT, SHAWN MURINKO, Commissioners for the Washington Human Rights Commission; MARC BRENMAN, Executive Director of the Washington Human Rights Commission,<br><br>Defendants. | Case No. C07-5374-RBL<br><br>**ORDER GRANTING DEFENDANT-INTERVENORS' MOTION TO INTERVENE**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 31, 2007**<br><br>**ORAL ARGUMENT REQUESTED** |

THIS MATTER has come before the Court on Defendant-Intervenors' Motion to Intervene. The Court has reviewed the papers and pleadings submitted by all the parties, and is thus fully advised.

1    It IS ORDERED that Defendant-Intervenors Motion to Intervene is GRANTED.
2  Defendant-Intervenors Judith Billings, Rhiannon Andreini, Jeffrey Schouten, Molly Harmon,
3  Catherine Rosman, Emily E. Schmidt, and Tami Garrard shall be given leave to intervene as a
4  matter of right under Fed. R. Civ. P. 24(a). Defendant-Intervenors' Opposition to Plaintiffs'
5  Motion for a Preliminary Injunction and the accompanying Declaration of Rima J. Alaily in
6  Support of Defendant-Intervenors' Opposition to Motion for a Preliminary Injunction shall be
7  deemed timely-filed, *nunc pro tunc*, on August 13, 2007.

Entered this 27th day September, 2007

_____
HONORABLE RONALD B. LEIGHTON
United States District Judge

Presented By s/     Rima J. Alaily
    Rima J. Alaily (WSBA # 29225)
    Molly A. Terwilliger (WSBA # 28449)
    Matthew A. Carvalho (WSBA # 31201)
    **HELLER EHRMAN LLP**
    701 Fifth Avenue, Suite 6100
    Seattle, WA 98104
    Tel: (206) 447-0900
    Fax: (206) 447-0849
    E-mail: rima.alaily@hellerehrman.com
        molly.terwilliger@hellerehrman.com
        matt.carvalho@hellerehrman.com

**ACLU OF WASHINGTON FOUNDATION**

By s/ Sarah A. Dunne
    Sarah A. Dunne (Bar No. 34869)
    Aaron H. Caplan (Bar No. 22525)
    **ACLU OF WASHINGTON FOUNDATION**
    705 Second Avenue, Suite 300
    Seattle, WA 98104-1723
    Tel: (206) 624-2184
    Fax: (206) 624-2190
    E-mail: dunne@aclu-wa.org

[PROPOSED] ORDER GRANTING DEFENDANT-   2
INTERVENORS' MOTION TO INTERVENE:
C07-5374-RBL

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone (206) 447-0900

**NORTHWEST WOMEN'S LAW CENTER**

By s/ Lisa M. Stone
　　Lisa M. Stone (Bar No. 15421)
　　**NORTHWEST WOMEN'S LAW CENTER**
　　907 Pine Street, Suite 500
　　Seattle, WA 98101-1818
　　Tel: (206) 682-9552
　　Fax: (206) 682-9556
　　E-mail: lstone@nwwlc.org
　　E-mail: nsapiro@nwwlc.org

**PLANNED PARENTHOOD OF WESTERN WASHINGTON**

By s/ Kelly S. Reese
　　Kelly S. Reese (Bar No. 22498)
　　**PLANNED PARENTHOOD OF WESTERN WASHINGTON**
　　2001 East Madison Street
　　Seattle, WA 98122-2959
　　Tel: (206) 328-7734
　　Fax: (206) 720-4657
　　E-mail: kelly.reese@ppww.org

　　Attorneys for Defendant-Intervenors

[PROPOSED] ORDER GRANTING DEFENDANT-　　　3
INTERVENORS' MOTION TO INTERVENE:
C07-5374-RBL

**Heller Ehrman** LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone (206) 447-0900