The Hon. Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED doing business as RALPH'S THRIFTWAY; RHONDA MESLER, MARGO THELEN<br><br>Plaintiffs,<br><br>vs.<br><br>MARY SELECKY, Acting Secretary of the Washington State Department of Health, et al.<br><br>Defendants. | **STIPULATION AND ORDER SUBSTITUTING PUBLIC OFFICIAL'S SUCCESSOR AS DEFENDANT**<br><br>Civil Action No. C07-5374 |

## STIPULATION

It is stipulated by and between the above-entitled parties, through their respective attorneys, that Yvonne Lopez Morton is now a duly qualified and acting Commissioner of the Human Rights Commission of the State of Washington, succeeding Kathy Baros Friedt, an above-named defendant, and that pursuant to Rule 25(d) of the Federal Rules of Civil

STIPULATION AND ORDER SUBSTITUING PUBLIC OFFICIAL'S SUCCESSOR AS DEFENDANT - No. C07-5374 - **1**

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

*99699 (13438.00)

1  Procedure, Yvonne Lopez Morton may be substituted as a party defendant for Kathy Baros
2  Friedt.

3     It is also stipulated by and between the above-entitled parties, through their respective
4  attorneys, that Mary Selecky is no longer the "Acting Secretary of the Washington State
5  Department of Health," and serves as "Secretary of the Washington State Department of
6  Health."

7

8  Dated this 31st day of January, 2008            Dated this 31st day of January, 2008

9  Ellis, Li & McKinstry, PLLC                     Washington State Attorney General

10

    s/ Kristen K. Waggoner                          s/ Traci Friedl
11  Kristen K. Waggoner, WSBA# 27790                Traci Friedl, WSBA# 31538
    Steven T. O' Ban, WSBA# 17265                   Attorney for Defendants Casson, Cano-Lee,
12  Attorney for Plaintiffs                         Herbert, Murinko, Friedt, & Brenman

13
    Dated this 31st day of January, 2008            Dated this 31st day of January, 2008
14
    Washington State Attorney General               Heller Ehrman LLP
15

16  s/ Joyce A. Roper                               s/ Molly A. Terwilliger
    Joyce A. Roper, WSBA# 11322                     Molly A. Terwilliger, WSBA# 28449
17  Attorney for Defendants Department of           Attorney for Defendant Intervenors
    Health, Selecky, Jinkins, Roe, Boyer,           Billings, Andreini, Schouten, Harmon,
18  Connolly, Harris, Slatter, Hille, & Duffy       Rosman, Schmidt, & Garrard

19

20

21

22

23

STIPULATION AND ORDER SUBSTITUING
PUBLIC OFFICIAL'S SUCCESSOR AS
DEFENDANT - No. C07-5374 **- 1**

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

*99699 (13438.00)

1 **ORDER**

2  Based on the foregoing stipulation of the parties, it is hereby ordered that Yvonne

3 Lopez Morton be substituted as a defendant in this action in the official capacity as a

4 Commissioner of the Human Rights Commission of the State of Washington, in the place of

5 Kathy Baros Friedt, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.  It is also

6 hereby ordered that defendant Mary Selecky be described as Secretary of the Washington State

7 Department of Health for purposes of this action.

8  DATED this 1ST day of February, 2008.

9

10  *[signature: Ronald B. Leighton]*

11  RONALD B. LEIGHTON
 UNITED STATES DISTRICT JUDGE

12 Presented by:

13 Ellis, Li & McKinstry, PLLC                                  Washington State Attorney General

14
 By: s/ Kristen K. Waggoner                                  By: s/ Traci Friedl
15 Kristen K. Waggoner, WSBA# 27790             Traci Friedl, WSBA# 31538
 Steven T. O' Ban, WSBA# 17265                    Attorney for Defendants Casson, Cano-Lee,
16 Attorney for Plaintiffs                                           Herbert, Murinko, Friedt, & Brenman

17

18 Washington State Attorney General                     Heller Ehrman LLP

19
 By: s/ Joyce A. Roper                                             By: s/ Molly A. Terwilliger
20 Joyce A. Roper, WSBA# 11322                         Molly A. Terwilliger, WSBA# 28449
 Attorney for Defendants Department of           Attorney for Defendant Intervenors
21 Health, Selecky, Jinkins, Roe, Boyer,                Billings, Andreini, Schouten, Harmon,
 Connolly, Harris, Slatter, Hille, & Duffy         Rosman, Schmidt, & Garrard

22

23

STIPULATION AND ORDER SUBSTITUING
PUBLIC OFFICIAL'S SUCCESSOR AS
DEFENDANT - N<small>O</small>. C07-5374 **- 1**

E<small>LLIS</small>, L<small>I</small> & M<small>C</small>K<small>INSTRY</small> <small>PLLC</small>
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA  98101-3906
206•682•0565  Fax: 206•625•1052

*99699 (13438.00)