The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED doing business as RALPH'S THRIFTWAY; RHONDA MESLER, MARGO THELEN<br><br>Plaintiffs,<br><br>vs.<br><br>MARY SELECKY, Secretary of the Washington State Department of Health; LAURIE JINKINS, Assistant Secretary of Washington Health Systems Quality Assurance; GEORGE ROE, SUSAN TIEL BOYER, DAN CONNOLLY, GARY HARRIS, VANDANA SLATTER, REBECCA HILLE, ROSEMARIE DUFFY, Members of the Washington Board of Pharmacy; KATHY BAROS FRIEDT, ELLIS CASSON, DEBORAH SIOUS CANO-LEE, JERRY HEBERT, SHAWN MURINKO, Commissioners for the Washington Human Rights Commission; MARK BRENMAN, Executive Director of the Washington Human Rights Commission,<br><br>Defendants. | NO. C07-5374RBL<br><br>NOTICE OF WITHDRAWAL OF COUNCIL |

TO:   Clerk of the United States District Court, Western District at Tacoma; and

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

---

NOTICE OF WITHDRAWAL
OF COUNCIL
C07-05374RBL

1

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
(360) 586-6500

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that PAUL J. LAWRENCE, LARA K. CLINTON, and JESSICA ANNE SKELTON hereby withdraw as attorneys of record for Defendants: Mary Selecky; Laurie Jinkins; George Roe; Susan Tiel Boyer; Dan Connolly; Gary Harris; Vandana Slatter; Rebecca Hille; and Rosemarie Duffy, in the above-entitled action.

Respectfully submitted this 14th day of March, 2008.

                            s/Joyce A. Roper
JOYCE A. ROPER, WSBA #11322
ALAN D. COPSEY, WSBA #23305
Assistant Attorney General
Office of the Attorney General
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
Telephone: (360) 586-6500
Fax: (360) 586-3564
E-mail: AlanC@atg.wa.gov
       JoyceR@atg.wa.gov

NOTICE OF WITHDRAWAL
OF COUNCIL
C07-05374RBL

2

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
(360) 586-6500