07-CV-05374-ORD

FILED _____ LODGED
_____ RECEIVED

JUN - 2 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

The Honorable RONALD B. LEIGHTON

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED, doing business as RALPH'S THRIFTWAY; RHONDA MESLER; and MARGO THELEN,<br><br>Plaintiffs,<br><br>v.<br><br>MARY SELECKY, Acting Secretary of the Washington State Department of Health, et al.,<br><br>Defendants. | NO. C07-5374RBL<br><br>STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PUBLIC OFFICIAL'S SUCCESSOR AS DEFENDANT |

## STIPULATION

It is stipulated by and between the above-entitled parties, through their respective attorneys, that Karen Jensen is now the duly qualified acting Assistant Secretary of the Washington State Department of Health, Health Services Quality Assurance, succeeding Laurie Jinkins, an above-named defendant, and that pursuant to Rule 25(d) of the Federal

STIPULATION AND [PROPOSED] ORDER
SUBSTITUTING PUBLIC OFFICIAL'S
SUCCESSOR AS DEFENDANT –
NO. C07-5374RBL

1

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
(360) 586-6500

1  Rules of Civil Procedure, Karen Jensen may be substituted as a party defendant for Laurie
2  Jenkins.

3  Dated this __30th__ day of May, 2008          Dated this __30th__ day of May, 2008

4  ROBERT M. MCKENNA                              ROBERT M. MCKENNA
   Attorney General of Washington                 Attorney General of Washington
5

6  s/Joyce A. Roper                               s/Traci Friedl
   JOYCE A. ROPER, WSBA #11322                    Traci Friedl, WSBA #31538
7  ALAN C. COPSEY, WSBA #23305                    Assistant Attorney General
   Assistant Attorneys General                    Attorney for Washington Human rights
8  Attorney for Department of Health and          Commission Defendants
   Board of Pharmacy Defendants
9

10 Dated this __30th__ Day of May, 2008           Dated this __30th__ day of May, 2008

11 Elis, LI& McKinstry, PLLC                      Heller Ehrman LLP

12

13 s/Kristen K. Waggoner                          s/Molly A. Terwilliger
   Kristen K. Waggoner, WSBA #27790               Molly A. Terwilliger, WSBA #28449
14 Steven T. O'Ban, WSBA #17265                   Attorney for Defendant Intervenors Billings,
   Attorney for Plaintiffs                        Andreini, Schouten, Harmon, Rosman,
15                                                Schmidt, & Garrard

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER          2          ATTORNEY GENERAL OF WASHINGTON
SUBSTITUTING PUBLIC OFFICIAL'S                              Agriculture & Health Division
SUCCESSOR AS DEFENDANT –                                    7141 Cleanwater Drive SW
NO. C07-5374RBL                                                   PO Box 40109
                                                            Olympia, WA 98504-0109
                                                                  (360) 586-6500

## ORDER

Based on the foregoing stipulation of the parties, it is hereby ordered that Karen Jensen be substituted as a defendant in this action in the official capacity as the Acting Assistant Secretary of the Washington State Department of Health, Health Services Quality Assurance, in the place of Laurie Jinkins, pursuant to Rule 25(d) of the Federal Rules of civil Procedure.

Entered this 2nd day of June, 2008.

_____
RONALD B. LEIGHTON
United States District Judge

Presented by:

ROBERT M. MCKENNA
Attorney General of Washington

s/Joyce A. Roper
Joyce A. Roper, WSBA #11322
Alan C. Copsey, WSBA #23305
Assistant Attorneys General
Attorney for Department of Health and Board of Pharmacy Defendants

Elis, LI& McKinstry, PLLC

s/Kristen K. Waggoner
Kristen K. Waggoner, WSBA #27790
Steven T. O'Ban, WSBA #17265
Attorney for Plaintiffs

ROBERT M. MCKENNA
Attorney General of Washington

s/Traci Friedl
Traci Friedl, WSBA #31538
Assistant Attorney General
Attorney for Washington Human rights Commission Defendants

Heller Ehrman LLP

s/Molly A. Terwilliger
Molly A. Terwilliger, WSBA #28449
Attorney for Defendant Intervenors Billings, Andreini, Schouten, Harmon, Rosman, Schmidt, & Garrard

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PUBLIC OFFICIAL'S SUCCESSOR AS DEFENDANT – NO. C07-5374RBL

3

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
(360) 586-6500