The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STORMANS, INCORPORATED, et al.<br>Plaintiffs,<br><br>vs.<br><br>MARY SELECKY, et. al.<br><br>Defendants. | Civil Action No. C07-5374 RBL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR EXPERT WITNESS DISCLOSURE AND BEGINNING DATE FOR EXPERT WITNESS DEPOSITIONS**<br><br><u>Noted for September **11, 2008**</u> |

**STIPULATION**

Counsel are making diligent efforts to meet the requirements of FRCP 26(a)(2) (expert disclosure). Through their undersigned counsel, the parties agree to the following proposed changes to the Court's Supplemental Scheduling Order re Discovery:

1. To continue expert disclosure from September 12, 2008 to September 26, 2008; and

2. To continue the date on which expert depositions may begin from September 22, 2008 to October 6, 2008.

STIPULATION AND ORDER EXTENDING DEADLINE FOR EXPERT WITNESS DISCLOSURE AND BEGINNING DATE FOR EXPERT WITNESS DEPOSITIONS - NO. C07-5374 - 1

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

**106643 (13438.00)

<u>Continuance of these dates relating to expert disclosure and discovery shall not affect the deadline for completing discovery currently set for November 7, 2008, nor any other pretrial dates.</u>

///

Dated this 11th day of September, 2008

s/ Kristen K. Waggoner
Kristen K. Waggoner, WSBA# 27790
Ellis, Li & McKinstry PLLC
601 Union Street, Suite 4900
Seattle, WA 98101
Telephone: (206) 682-0565
Fax: (206) 625-1052
E-mail: kwaggoner@elmlaw.com
    Attorneys for Plaintiffs

Dated this 11th day of September, 2008

s/ Joyce A. Roper
Joyce A. Roper, WSBA# 11322
Washington State Attorney General
Agriculture & Health Division
7141 Cleanwater Drive SW
Olympia, WA 98504-0109
Telephone: (360) 664-4968
Fax: (360) 586-3564
E-mail: joycer@atg.wa.gov
    Attorneys for Defendants
Department of Health and Board of Pharmacy

Dated this 11th day of September, 2008

s/ Mickey B. Newberry
Mickey B. Newberry, WSBA# 15635
Washington State Attorney General
Government Compliance and Enforcement Division
1125 Washington Street SE
Olympia, WA 98504
Telephone: (360) 753-6200
Fax: (360)
E-mail: MBN@atg.wa.gov
    Attorneys for Defendant
Washington Human Rights Commission

Dated this 11th day of September, 2008

s/ Molly A. Terwilliger
Molly A. Terwilliger, WSBA# 28449
Heller Ehrman LLP
701 5th Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 389-6141
Fax: (206) 515-8992
E-mail: molly.terwilliger@hellerehrman.com
    Attorneys for Defendant-Intervenors
Billings, Andreini, Schouten, Harmon, Rosman, Schmidt, & Garrard

STIPULATION AND ORDER EXTENDING DEADLINE FOR EXPERT WITNESS DISCLOSURE AND BEGINNING DATE FOR EXPERT WITNESS DEPOSITIONS - NO. C07-5374 - 2

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA 98101-3906
206•682•0565 Fax: 206•625•1052

**106643 (13438.00)

# ORDER

Based on the foregoing stipulation of the parties, it is hereby ordered that the deadline for expert witness disclosure is extended to September 26, 2008, and that the date on which expert witness depositions may begin is extended to October 6, 2008.

Entered this 11th day of September, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

Ellis, Li & McKinstry, PLLC

s/ Kristen K. Waggoner
Kristen K. Waggoner, WSBA# 27790
　　Attorneys for Plaintiffs

Washington State Attorney General

s/ Joyce A. Roper
Joyce A. Roper, WSBA# 11322
　　Attorneys for Defendants
Department of Health and Board of Pharmacy

Washington State Attorney General

s/ Mickey B. Newberry
Mickey B. Newberry, WSBA# 15635
　　Attorneys for Defendants
Washington Human Rights Commission

Heller Ehrman LLP

s/ Molly A. Terwilliger
Molly A. Terwilliger, WSBA# 28449
　　Attorneys for Defendant-Intervenors
Billings, Andreini, Schouten, Harmon, Rosman, Schmidt, & Garrard

STIPULATION AND ORDER EXTENDING DEADLINE FOR EXPERT WITNESS DISCLOSURE AND BEGINNING DATE FOR EXPERT WITNESS DEPOSITIONS - NO. C07-5374 - 3

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

**106643 (13438.00)