Honorable: Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED doing business as RALPH'S THRIFTWAY; RHONDA MESLER, MARGO THELEN,<br><br>Plaintiffs,<br><br>v.<br><br>MARY SELECKY, ACTING SECRETARY OF THE WASHINGTON STATE DEPARTMENT OF HEALTH, et. al,<br><br>Defendants. | CASE NO. C07-5374RBL<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that AMY SMITH hereby withdraws as one of the attorneys of record for Plaintiffs and STEVEN H. ADEN is hereby substituted as one of the attorneys for Plaintiffs in the above-entitled action.

DATED this 9th day of October, 2008.

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

[C07-5374RBL]

ALLIANCE DEFENSE FUND
15192 Rosewood
Leawood, KS  66224
913•685•8000  Fax: 913•685•8001

1

2  Respectfully submitted,

3

4    s/Erik W. Stanley                                                               s/Kristen K. Waggoner

| Erik W. Stanley* | Kristen K. Waggoner, WSBA 27790 |
|---|---|
| estanley@telladf.org | kwaggoner@elmlaw.com |
| ALLIANCE DEFENSE FUND | Steven T. O'Ban, WSBA 17265 |
| 15192 Rosewood | soban@elmlaw.com |
| Leawood, KS 66224 | 601 Union Street, Suite 4900 |
| Telephone: (913) 685-8000 | Seattle, Washington 98101 |
| Facsimile: (913) 685-8001 | Telephone: (206) 682-0565 |
| | Facsimile: (206) 625-1052 |
| Benjamin W. Bull* | Steven H Aden* |
| bbull@telladf.org | saden@telladf.org |
| ALLIANCE DEFENSE FUND | ALLIANCE DEFENSE FUND (DC) |
| 15100 N. 90th Street | 801 G Street NW Ste 509 |
| Scottsdale, Arizona 85260 | Washington, DC 20001 |
| Telephone: (480) 444-0020 | Telephone: (202)-637-4610 |
| Facsimile: (480) 444-0028 | Facsimile: (480) 444-0028 |

*Admitted pro hac vice

*Attorneys for Plaintiff*

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2

ALLIANCE DEFENSE FUND
15192 Rosewood
Leawood, KS 66224
913•685•8000  Fax: 913•685•8001

[C07-5374RBL]

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2008, I caused the foregoing document to be filed with the Clerk of the Court using the Court's ECF system and to be served upon:

| | |
|---|---|
| Hilary Bramwell Mohr<br>hmohr@riddellwilliams.com | Scott A. Smith<br>ssmith@riddellwilliams.com |
| Alan D. Copsey<br>AlanC@atg.wa.gov | Rene David Tomisser<br>renet@atg.wa.gov |
| Heather Lenore Polz<br>heatherp1@atg.wa.gov | MB Newberry<br>MBN@atg.wa.gov |
| Rima J. Alaily<br>ralaily@hewm.com | Joyce A Roper<br>joycer@atg.wa.gov |
| Paul Francis Rugani<br>Paul.Rugani@hellerehrman.com | Laura F. Einstein<br>Email: laura.einstein@ppww.org |
| Katherine A Foley<br>katherine.foley@hellerehrman.com | Molly Terwilliger<br>Molly.terwilliger@hellerehrman.com |
| Lisa M. Stone<br>lstone@nwwlc.org | Rebecca Jane Roe<br>roe@sgb-law.com |
| Sara Ainsworth<br>sains@nwwlc.org | |

*Counsel for Defendants and Intervenor-Defendants.*

                                          s/Steven H. Aden
                                          Steven H. Aden
                                          Attorney for Plaintiffs

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 3

[C07-5374RBL]

ALLIANCE DEFENSE FUND
15192 Rosewood
Leawood, KS  66224
913•685•8000  Fax: 913•685•8001