The Honorable Ronald B. Leighton

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

STORMANS, INCORPORATED, et al.,

Civil Action No.  C07-5374 RBL

11

Plaintiffs,

v.

12

MARY SELECKY, et al.,

RESPONSE AND OBJECTIONS OF
NON-PARTY  DONALD DOWNING
TO SUBPOENA

13

Defendants.

14

15      Pursuant to FRCP 45(c)(2)(B), non-party Donald Downing responds and objects to

16  the Subpoena dated October 14, 2008 issued by plaintiffs as follows:

17                                  **GENERAL OBJECTIONS**

18      Donald Downing generally objects to the list of requested documents contained in

19  the Attachment to Subpoena on the grounds that:

20      1.      The subpoena requests the disclosure of an unretained expert's opinion or

21  information that goes beyond the specific events in dispute and results from the expert's

22  study which was not made at the request of a party.

23      2.      The requests are overbroad and unduly burdensome.

24

25

RESPONSE AND OBJECTIONS OF DONALD
DOWNING TO SUBPOENA
(No. C07-5374)

26

1

1   3.    The subpoena requests documents that are not relevant or likely to lead to the

2   discovery of admissible evidence in this proceeding.

3   4.    Because of the breadth and unduly burdensome nature of the requests, the

4   requests are designed to annoy and/or harass Don Downing.

5   5.    The subpoena requests documents that are already in the Plaintiffs'

6   possession and/or are already available from the parties in this proceeding.

7   6.    The request infringes on Donald Downing's First Amendment rights.  As a

8   non-party to the proceeding, Donald Downing should not be subjected to the burdens and

9   impositions involved with the production of documents that are not relevant and which are

10  available from the parties to the action or are publicly available.  Donald Downing's

11  activities are relevant only to the extent he and others petitioned their government and these

12  efforts can be demonstrated through documents in the government's possession.

13  7.    Pending the court's ruling on the motions to compel regarding subpoenas

14  issued to NARAL Pro Choice, Planned Parenthood of Washington and Northwest

15  Washington Women's Law Center, the plaintiffs should not be permitted to obtain the same

16  documents requested in those subpoenas through another person.  If permitted to do so, it

17  would render those previous objections moot.

18  In making the objections noted above and on the attached list, Donald Downing does

19  not admit to the existence or non-existence of documents or information in response to the

20  subpoena.

21                              **SPECIFIC OBJECTIONS**

22  <u>Request Nos. 1 – 3</u>:

23  1.   Any and all documents from January, 2004, to the present related to

24  communications or meetings, whether formal or informal, between you and the

25

26
RESPONSE AND OBJECTIONS OF DONALD          2          ATTORNEY GENERAL OF WASHINGTON
DOWNING TO SUBPOENA                                    University of Washington Division
(No. C07-5374)                                        4333 Brooklyn Avenue NE, Box 359475
                                                       Seattle, WA  98195-9475
                                                       (206) 543-4150

1   Washington State Board of Pharmacy, its current or former board members,

2   staff, employees, attorneys, and/or anyone acting on behalf of the Washington

3   State Board of Pharmacy concerning Plan B, refusal to dispense or stock Plan B

4   or any other drug, or the rule-making process or negotiations that resulted in

5   WAC 246-869-010 and amendments to WAC 246-863-095.

6   2.   Any and all documents from January, 2004, to the present related to

7   communications or meetings, whether formal or informal, between you and the

8   Washington State Human Rights Commission, its current and/or former

9   commissioners, staff, employees, attorneys, and/or anyone acting on behalf of

10   the Washington State Human Rights Commission concerning Plan B or any

11   other drug, refusal to dispense or stock Plan B or any other drug, or the rule-

12   making process or negotiations that resulted in WAC 246-869-010 and

13   amendments to WAC 246-863-095.

14   3.   Any and all documents from January, 2004, to the present related to

15   communications or meetings, whether formal or informal, between you and the

16   Washington State Governor's Office, its staff, employees, including Christina

17   Hulet, and/or anyone acting on behalf of the Washington State Governor's

18   Office concerning Plan B or any other drug, refusal to dispense or stock Plan B

19   or any other drug, or the rule-making process or negotiations that resulted in

20   WAC 246-896-010 and amendments to WAC 246-863-095.

21   Response:

22   Donald Downing objects to Requests 1, 2 and 3 on the grounds that they are

23   duplicative of material available to plaintiffs through the parties and/or the Public Records

24   Act, RCW 42.56, et seq.  Since these documents are already available to plaintiffs, this

25   RESPONSE AND OBJECTIONS OF DONALD                3       ATTORNEY GENERAL OF WASHINGTON
    DOWNING TO SUBPOENA                                        University of Washington Division
26   (No. C07-5374)                                            4333 Brooklyn Avenue NE, Box 359475
                                                               Seattle, WA  98195-9475
                                                               (206) 543-4150

1    request is unduly burdensome.  Also, the term "related to," is vague and overbroad in that it

2    encompasses that documents that are not relevant and thus production would be unduly

3    burdensome.  These requests do not comply with FRCP 45(a)(1)(C) that a subpoena identify

4    the documents sought and FRCP 45(c)(1) that a party take reasonable steps to avoid

5    imposing undue burden or expense on a person subject to a subpoena.

6         Donald Downing also objects on the grounds that these requests may require the

7    disclosure of his (an unretained expert's) opinion or information that do not describe the

8    specific events in dispute and result from his study that was not made at the request of any

9    party.  In addition, the time frame of the requests is overly broad.

10

11        Request No. 4:

12        Any and all documents from January, 2004 to the present to or from you concerning

13        your involvement and/or decision to become involved in the rule-making process or

14        negotiations that resulted in WAC 246-869-010 and amendments to WAC 246-863-

15        095.

16        Response:

17        This request seeks documents that are not relevant or reasonably calculated to lead to

18    admissible evidence in this proceeding.  This request seeks "any and all documents . .

19    .concerning your involvement and/or your decision to become involved in the rule making

20    process . . ."  This request could encompass any document that pertains to the issue of

21    refusal and Plan B and is not limited to the rule making process.  Thus, as written, it is

22    overbroad and burdensome.  This request also infringes on Donald Downing's First

23    Amendment rights of association and to petition the government.  Donald Downing also

24    objects on the grounds that these requests may require the disclosure of his (an unretained

25

26

RESPONSE AND OBJECTIONS OF DONALD            4          ATTORNEY GENERAL OF WASHINGTON
DOWNING TO SUBPOENA                                         University of Washington Division
(No. C07-5374)                                                    4333 Brooklyn Avenue NE, Box 359475
                                                                    Seattle, WA  98195-9475
                                                                    (206) 543-4150

1   expert's) opinion or information that do not describe the specific events in dispute and result

2   from his study that was not made at the request of any party.  Additionally, the timeframe of

3   this request is overly broad.

4

5       Request No. 5:

6           Any and all presentations or speeches, whether formal or informal, made or given to

7           the general public or to any group or organization concerning patient access to Plan

8           B, refusal to dispense or stock Plan B, or the rule-making process or negotiations

9           that resulted in WAC 246-869-010 and amendments to WAC 246-863-095.

10      Response:

11          Donald Downing objects to this request on the grounds that it calls for the

12   production of documents that would be cumulative and duplicative of those already

13   available from the parties in this proceeding.  It is also not relevant to this proceeding and

14   not calculated to lead to the discovery of admissible evidence.  The request is overbroad in

15   that there is no timeframe and unduly invasive of his right to privacy.  Donald Downing also

16   objects on the grounds that these requests may require the disclosure of his (an unretained

17   expert's) opinion or information that do not describe the specific events in dispute and result

18   from his study that was not made at the request of any party.  Additionally, Donald

19   Downing objects because this request infringes on his First Amendment rights of association

20   and to petition the government.  This request is not narrowly drawn to avoid undue burden

21   or expense as required by FRCP 45.

22      Request No. 6:

23          Any and all surveys, research, studies, investigations, presentation, or any other

24

25   RESPONSE AND OBJECTIONS OF DONALD                5        ATTORNEY GENERAL OF WASHINGTON
     DOWNING TO SUBPOENA                                               University of Washington Division
26   (No. C07-5374)                                                      4333 Brooklyn Avenue NE, Box 359475
                                                                              Seattle, WA  98195-9475
                                                                                  (206) 543-4150

1    documents related the Emergency Contraceptive Collaborative Agreement Program

2    in Washington.

3

4    Response:

5    Donald Downing objects to this request on the grounds that it seeks documents that

6    are not relevant to this proceeding and are not reasonably calculated to lead to the discovery

7    of admissible evidence.  Donald Downing also objects on the grounds that these requests

8    may require the disclosure of his (an unretained expert's) opinion or information that do not

9    describe the specific events in dispute and result from his study that was not made at the

10   request of any party.  Additionally, this request is overbroad because there is no time-frame

11   or geographic scope.

12

13   Request No. 7:

14   Any and all documents, correspondence, or any other communications from

15   January, 2004, to the present to or from the Planned Parenthood Federation of

16   America, Planned Parenthood of Western Washington, Northwest Women's Law

17   Center, NARAL Pro-Choice America, The National Organization for Women, or the

18   American Civil Liberties Union and/or any of those organizations' affiliates or

19   entities (including their agents, employees, staff, board members, or anyone to your

20   knowledge acting on behalf of those organizations) regarding access to Plan B or

21   any other drug, refusal to dispense or stock Plan B or any other drug, or the rule-

22   making process or negotiations that resulted in WAC 246-869-010 and amendments

23   to WAC 246-863-095.

24

25
RESPONSE AND OBJECTIONS OF DONALD           6        ATTORNEY GENERAL OF WASHINGTON
26 DOWNING TO SUBPOENA                                     University of Washington Division
   (No. C07-5374)                                         4333 Brooklyn Avenue NE, Box 359475
                                                          Seattle, WA  98195-9475
                                                          (206) 543-4150

1    Response:

2        Donald Downing objects to this request because it seeks documents that are not

3    relevant and not reasonably calculated to lead to the discovery of evidence admissible in this

4    proceeding.  Donald Downing also objects on the grounds that these requests may require

5    the disclosure of his (an unretained expert's) opinion or information that do not describe the

6    specific events in dispute and result from his study that was not made at the request of any

7    party.  This request also infringes on his First Amendment Rights of association and to

8    petition the government.  Donald Downing also objects on the basis that this request seeks

9    documents created by other entities who were not directly involved in the rulemaking

10   process.  Additionally, the timeframe of this request is overbroad.

11

12       Request No. 8:

13       Any and all documents from January, 2004, to the present related to alternatives or

14       proposed alternatives to the current version of WAC 246-869-010 and WAC 246-

15       863-095.

16       Response:

17       Donald Downing objects this request on the grounds that it seeks documents that are

18   not relevant and not reasonably calculated to lead to the discovery of evidence admissible in

19   this proceeding.  Donald Downing also objects on the grounds that these requests may

20   require the disclosure of his (an unretained expert's) opinion or information that do not

21   describe the specific events in dispute and result from his study that was not made at the

22   request of any party.  It is also duplicative of documents available to Plaintiffs through the

23   parties and the Public Records Act.  In addition, the timeframe of this request is overbroad.

24

25   RESPONSE AND OBJECTIONS OF DONALD              7        ATTORNEY GENERAL OF WASHINGTON
     DOWNING TO SUBPOENA                                       University of Washington Division
26   (No. C07-5374)                                            4333 Brooklyn Avenue NE, Box 359475
                                                               Seattle, WA  98195-9475
                                                               (206) 543-4150

1

<u>Request No. 9</u>:

2

Any and all documents or communications regarding the case of *Stormans, et al. v.*

3

*Selecky, et al.,* Civil Action No. C07-5374, currently pending in the Federal District

4

Court for the Western District of Washington and the Federal Circuit Court of

5

Appeals for the Ninth Circuit.

6

<u>Response</u>:

7

Donald Downing objects on the grounds that this request is overbroad, unduly

8

burdensome and vague.  There is no timeframe specified.

9

DATED this 28th day of October, 2008.

10

11

ROBERT M. MCKENNA
Attorney General

12

13

/s/ Helen Arntson
Helen Arntson, WSBA #19932

14

Assistant Attorney General
University of Washington Division

15

4333 Brooklyn Avenue NE
Seattle, WA  98195-9475

16

Tel: (206) 543-4150
Email: Harntson@u.washington.edu

17

18

/s/ Noella A. Hashimoto Rawlings
Noella A. Hashimoto Rawlings, WSBA 11060

19

Assistant Attorney General
University of Washington Division

20

4333 Brooklyn Avenue NE
Seattle, WA  98195-9475

21

Tel: (206) 543-4150

22

Noellar@u.washington.edu
Attorneys for Donald Downing

23

24

25

26

RESPONSE AND OBJECTIONS OF DONALD
DOWNING TO SUBPOENA
(No. C07-5374)

8

CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2008, I electronically filed the foregoing RESPONSE AND OBJECTIONS OF NON-PARTY DONALD DOWNING TO SUBPOENA with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kristen K. Waggoner
Ellis, Li & McKinstry
601 Union Street, Suite 4900
Seattle, WA 98101-1052

Attorneys for Plaintiffs

In addition, a copy of the document was also sent to Ms. Waggoner via facsimile on October 28, 2008 and to the following via e-mail:

Plaintiffs' Counsel:

Erik Stanley, estanley@telladf.org

Defendants' Counsel:

Joyce A. Roper, joycer@atg.wa.gov
Alan D. Copsey, alanc@atg.wa.gov
Rene Tomisser, rennet@atg.wa.gov
Mickey B. Newberry, mbn@atg.wa.gov
Heather L. Polz, heatherhp1@atg.wa.gov

Defendant-Intervenors' Counsel:

Rima J. Alaily, rima.alaily@orrick.com
Paul F. Rugani, paul.ruguni@orrick.com
Laura F. Einstein, laura.einstein@ppww.org
Gretchen Freeman Cappio, gcappio@kellerrohrback.com
Sara Ainsworth, sains@nwwlc.org
Scott A. Smith, ssmith@riddellwilliams.com

RESPONSE AND OBJECTIONS OF DONALD
DOWNING TO SUBPOENA
(No. C07-5374)

9

ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, Box 359475
Seattle, WA  98195-9475
(206) 543-4150

Hilary B. Mohr, hmohr@riddellwilliams.com
Rebecca J. Roe, roe@sgn-law.com

ROBERT M. MCKENNA
Attorney General

/s/ Helen Arntson
Helen Arntson, WSBA #19932
Assistant Attorney General
University of Washington Division
4333 Brooklyn Avenue NE
Seattle, WA  98195-9475
Tel: (206) 543-4150
Email: Harntson@u.washington.edu

RESPONSE AND OBJECTIONS OF DONALD
DOWNING TO SUBPOENA
(No. C07-5374)

10

ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, Box 359475
Seattle, WA  98195-9475
(206) 543-4150