HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED doing business as RALPH'S THRIFTWAY; RHONDA MESLER, MARGO THELEN,<br><br>Plaintiffs,<br><br>v.<br><br>MARY SELECKY, SECRETARY OF THE WASHINGTON STATE DEPARTMENT OF HEALTH, et al,<br><br>Defendants. | Case No. C07-5374RBL<br><br>ORDER |

The following matters are currently before the Court:

1. Defendant's motion to extend the discovery cut-off to December 15, 2008 [Dkt. #202];

2. Plaintiffs' motion to strike expert testimony of Dr. Danial Baker [Dkt. #207];

3. Plaintiffs' motion to increase the number of depositions [Dkt. #247];

4. Plaintiffs' motion to compel production of documents [Dkt. #206]; and

5. Related to plaintiffs' motion to compel is a motion to file Amici brief [Dkt. #227].

The Court has reviewed the materials submitted for and against said motions and oral argument would not assist the Court in resolving any of the above-referenced motions.

The Court being fully advised in the premises hereby:

1. **GRANTS** defendants' motion to extend the discovery cut-off to December 15, 2008 [Dkt. #202].

2. **DENIES** plaintiffs' motion to strike expert testimony of Dr. Danial Baker [Dkt. #207]. The expert report for Dr. Baker will be produced no later than November 14, 2008. Plaintiffs will then have until December 5, 2008 to designate a rebuttal expert and provide the appropriate disclosures required by Fed. R. Civ. P. 26(a)(2)(B). If more time is required for plaintiffs to comply with the disclosure requirements for a rebuttal witness a request for additional time can be submitted to the Court.

3. **GRANTS** plaintiffs' motion to increase the number of fact witness depositions to 20, excluding custodial records depositions [Dkt. #247].

4. **GRANTS IN PART** and **DENIES IN PART** plaintiffs' motion to compel production of documents [Dkt. #206]. The Court grants the motion to compel as to Document Request #s 1, 2, 3, 8, 9, and 10. The motion is denied as to all other requests. NARAL's Motion to Quash and for Protective Order is **DENIED** [Dkt. #229]. Nothing in this Order shall be construed to require or permit the production of confidential patient information, under HIPPA or any other applicable law.

5. **GRANTS** the motion to file Amici brief [Dkt. #227].

Each party will bear its own costs incurred in connection with these motions.

**IT IS SO ORDERED.**

Dated this 28th day of October, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE