The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED, et al,<br><br>Plaintiffs,<br><br>v.<br><br>MARY SELECKY, et al.,<br><br>Defendants. | NO. C07-5374-RBL<br><br>**ORDER SUBSTITUTING PUBLIC OFFICIAL'S SUCCESSOR AS DEFENDANT** |

Based on the stipulation of the parties, it is hereby ordered that Albert Linggi be substituted as a defendant in this action in the place of Susan Tiel Boyer, pursuant to Rule 25(d) of the Federal Rules of civil Procedure and that the title for defendant Karen Jensen be changed from Acting Assistant Secretary of the Washington State Department of Health, Health Services Quality Assurance to Assistant Secretary of the Washington State Department of Health, Health Services Quality Assurance.

DATED this 28th day of November, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

Dated this  20   day of October, 2008

ROBERT M. MCKENNA
Attorney General of Washington

_____/s/_____
JOYCE A. ROPER, WSBA #11322
RENE D. TOMISSER, WSBA #17509
ALAN C. COPSEY, WSBA #23305
Assistant Attorneys General
Attorney for Department of Health and Board of Pharmacy Defendants

Dated this  20   Day of October, 2008

ELIS, LI& MCKINSTRY, PLLC

_____/S/_____
KRISTEN K. WAGGONER, WSBA #27790
STEVEN T. O'BAN, WSBA #17265
Attorney for Plaintiffs

Dated this   20   day of October, 2008

ROBERT M. MCKENNA
Attorney General of Washington

_____/s/_____
MICKEY B. NEWBERRY, WSBA #15635
HEATHER L. POLZ, WSBA #30502
Assistant Attorneys General
Attorneys for Washington Human Rights Commission Defendants

Dated this   20    day of October, 2008

ORRICK, HERRINGTON,
& SUTCLIFFE, LLP

_____/S/_____
RIMA J. ALAILY, WSBA #29225
Attorney for Defendant Intervenors Billings, Andreini, Schouten, Harmon, Rosman, Schmidt, & Garrard