The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STORMANS, INC., doing business as RALPH'S THRIFTWAY; RHONDA MESLER; and MARGO THELEN,<br>　　　　　　　　Plaintiffs,<br>　v.<br>MARY SELECKY, Acting Secretary of the Washington State Department of Health; LAURIE JINKINS, Assistant Secretary of Washington Healthy Systems Quality Assurance; GEORGE ROE, SUSAN TIEL BOYER, DAN CONNOLLY, GARY HARRIS, VANDANA SLATTER, REBECCA HILLE, and ROSEMARIE DUFFY, Members of the Washington Board of Pharmacy; KATHY BAROS FRIEDT, ELLIS CASSON, DEBORAH SIOUS CANO-LEE, JERRY HEBERT, and SHAWN MURINKO, Commissioners for the Washington Human Rights Commission; MARC BRENMAN, Executive Director of the Washington Human Rights Commission,<br>　　　　　　　　Defendants,<br>　v.<br>JUDITH BILLINGS, RHIANNON ANDREINI, JEFFERY SCHOUTEN, MOLLY HARMON, CATHERINE ROSMAN, EMILY SCHMIDT, and TAMI GARRARD,<br>　　　　　　　　Intervenors. | No. C07-5374RBL<br><br>ORDER ON MOTION FOR CLARIFICATION OF STIPULATION AND PROTECTIVE ORDER |

[PROPOSED] ORDER
(C07-5374) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

H:\ORDERS\STORMANS RESPONSEMOTCLARIFICATIONPROPORDER122308.DOC

THIS MATTER comes before the Court on Defendants' Motion for Clarification of the Protective Order entered on December 5, 2008. The Court has reviewed the materials filed for and against the Motion and is fully advised about the factual and legal issues involved. Oral argument is not necessary for deciding the issues before the Court. Defendants are representatives of state agencies, whose records are subject to the Washington Public Records Act, Wash. Rev. Code § 42.56, and the Records Retention Act, Wash. Rev. Code § 40.14.

IT IS ORDERED that the December 5, 2008 Protective Order DOES extend to the Defendants;

IT IS FURTHER ORDERED that the December 5, 2008 Protective Order DOES prevail over the statutory mandates in the Washington Public Records Act, Wash. Rev. Code § 42.56, and the Records Retention Act, Wash. Rev. Code § 40.14.

Dated this 5th day of January, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
(C07-5374) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

H:\ORDERS\STORMANS RESPONSEMOTCLARIFICATIONPROPORDER122308.DOC

Presented by:

KELLER ROHRBACK L.L.P.

/s/ Gretchen Freeman Cappio
Gretchen Freeman Cappio, WSBA #29576
Gretchen S. Obrist, WSBA #37071
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
gcappio@kellerrohrback.com
gobrist@kellerrohrback.com
(206) 623-1900 (t); (206) 623-3384 (f)
*Attorneys for Planned Parenthood of Western Washington*

[PROPOSED] ORDER
(C07-5374) Page - 3

H:\ORDERS\STORMANS RESPONSEMOTCLARIFICATIONPROPORDER122308.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384