The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STORMANS, INCORPORATED, et al.<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MARY SELECKY, et. al.<br><br>　　　　Defendants. | Civil Action No. C07-5374 RBL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR SPECIFIED DEPOSITIONS**<br><br>**Noted for January 6, 2009** |

## STIPULATION

Through their undersigned counsel, the parties agree to the following proposed changes to the Court's Supplemental Scheduling Order re Discovery and the deadline for filing dispositive motions:

1.　To extend the discovery cutoff for the taking of the deposition of Mary Selecky, currently set for January 16, 2009;

2.　To extend the discovery cutoff for the taking of the deposition of Elaine Rose currently set for January 12, 2009.

STIPULATION AND ORDER EXTENDING
DEADLINE FOR SPECIFIED DEPOSITIONS - NO.
C07-5374 - 1

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

*108926 (13438.00)

1     3.     To extend the discovery cutoff for the taking of the deposition of the Rule 30(b)(6) designee of the Washington State Insurance Commissioner currently set for January 13, 2009.

      4.     To extend the discovery cutoff for the taking of the deposition of Kelly Reese on or before January 25, 2009. Plaintiffs reserve the right to seek an additional extension if they are unable to serve Ms. Reese with a deposition subpoena.

      5.     To extend the discovery cutoff for the taking of the deposition of CJ Kahler on or before January 25, 2009.  Mr. Kahler has been served with a deposition subpoena but a date has not yet been confirmed for his deposition.

      6.     To extend the discovery cutoff for the taking of the deposition Asaad Awan on or before January 26, 2009.  Mr. Awan has been served with a deposition subpoena but a date has not yet been confirmed for his deposition.

      7.     To extend the deadline for filing dispositive motions, currently set by the Court for January 9, 2009, to February 12, 2009.

      Continuance of these dates relating to discovery and dispositive motions shall not affect the deadline for completing discovery set for December 15, 2008, nor any other pretrial dates.

Dated this 5th day of January, 2009                    Dated this 5th day of January, 2009

s/ Steven T. O'Ban_____              s/ Heather L. Polz_____
Steven T. O'Ban, WSBA #17265                          Mickey B. Newberry, WSBA# 15635
Kristen K. Waggoner, WSBA# 27790                      Heather L. Polz, WSBA# 30502
Ellis, Li & McKinstry PLLC                            Washington State Attorney General
601 Union Street, Suite 4900                          Government Compliance and Enforcement
Seattle, WA  98101                                    Division

STIPULATION AND ORDER EXTENDING
DEADLINE FOR SPECIFIED DEPOSITIONS - NO.
C07-5374 - 2

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

*108926 (13438.00)

| | |
|---|---|
| Telephone: (206) 682-0565<br>Fax: (206) 625-1052<br>E-mail: soban@elmlaw.com<br>        kwaggoner@elmlaw.com<br>Attorneys for Plaintiffs | 1125 Washington Street SE<br>Olympia, WA 98504<br>Telephone: (360) 753-6200<br>E-mail: MBN@atg.wa.gov<br>        heatherp1@atg.wa.gov<br>Attorneys for Defendant Washington Human Rights Commission |
| Dated this 5th day of January, 2009 | Dated this 5th day of January, 2009 |
| s/ Joyce A. Roper<br>Joyce A. Roper, WSBA# 11322<br>Alan D. Copsey, WSBA# 23305<br>Rene Tomisser, WSBA# 17509<br>Washington State Attorney General<br>Agriculture & Health Division<br>7141 Cleanwater Drive SW<br>Olympia, WA 98504-0109<br>Telephone: (360) 664-4968<br>Fax: (360) 586-3564<br>E-mail: joycer@atg.wa.gov<br>        alanc@atg.wa.gov<br>        ReneT@atg.wa.gov<br>Attorneys for Defendants Department of Health and Board of Pharmacy | s/ Rima J. Alaily<br>Rima J. Alaily, WSBA# 29225<br>907 Pine Street, Suite 500<br>Seattle, WA 98101<br>Telephone: (425) 643-3366<br>E-mail: rima.alaily@gmail.com<br><br>Paul F. Rugani, WSBA# 38664<br>Orrick, Herrington & Sutcliffe LLP<br>719 Second Avenue, Suite 900<br>Seattle, WA 98104-7094<br>Telephone: (206) 839-4300<br>Fax: (206) 839-4301<br>E-mail: prugani@orrick.com<br>Attorneys for Defendant-Intervenors Billings, Andreini, Schouten, Harmon, Rosman, Schmidt, & Garrard |

STIPULATION AND ORDER EXTENDING DEADLINE FOR SPECIFIED DEPOSITIONS - NO. C07-5374 - 3

ELLIS, LI & McKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

*108926 (13438.00)

# ORDER

Based on the foregoing stipulation of the parties, it is hereby ordered that the deadline for the discovery cutoff is extended to allow the taking of the depositions of Mary Selecky, Elaine Rose, Insurance Commissioner designee, Kelly Reese, CJ Kahler, and Asaad Awan by January 25, 2009 as to all but Asaad Awan. Mr. Awan's deposition may be taken on or before January 26, 2009. The deadline for filing dispositive motions is extended from January 9, 2009 to February 12, 2009.

Entered this 6th day of January, 2009.

_s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by

s/ Steven T. O'Ban
Steven T. O'Ban, WSBA #17265
Kristen K. Waggoner, WSBA# 27790
Attorneys for Plaintiffs

s/ Heather L. Polz
Mickey B. Newberry, WSBA# 15635
Heather L. Polz, WSBA# 30502
Attorneys for Defendant Washington Human Rights Commission

s/ Joyce A. Roper
Joyce A. Roper, WSBA# 11322
Alan D. Copsey, WSBA# 23305
Rene Tomisser, WSBA# 17509
Attorneys for Defendants Department of Health and Board of Pharmacy

s/ Rima J. Alaily
Rima J. Alaily, WSBA# 29225
Paul F. Rugani, WSBA# 38664
Attorneys for Defendant-Intervenors Billings, Andreini, Schouten, Harmon, Rosman, Schmidt, & Garrard

STIPULATION AND ORDER EXTENDING DEADLINE FOR SPECIFIED DEPOSITIONS - NO. C07-5374 - 4

ELLIS, LI & McKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

*108926 (13438.00)