The Honorable RONALD B. LEIGHTON

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| STORMANS, INC., et al., | NO. C07-5374RBL |
| Plaintiffs, | AMENDED ORDER CLARIFYING PROTECTIVE ORDER |
| v. | |
| MARY SELECKY, et al., | |
| Defendants, | |

THIS MATTER comes before the Court on Defendants' Motion for Clarification of the Protective Order entered on December 5, 2008. The Court, having reviewed the record and being otherwise fully advised on the premises, hereby

**ORDERS** that the Protective Order entered on December 5, 2008 shall be and is **MODIFIED** by replacing the following language as specified below:

1.     The opening sentence of Paragraph 7, page 7 shall read:

**<u>Handling of Confidential Documents or Information.</u>** Unless otherwise ordered by the Court, any Document or Information designated by PPWW as Confidential shall be safeguarded and shall not be disclosed except, subject to the terms of this

Order and, with respect to the State Defendants, the provisions in Wash. Rev. Code §42.56, to:

2.    The last sentence of paragraph 9, page 9 shall read:

Otherwise, except to the extent inconsistent with Wash. Rev. Code §§40.14 and 42.56, the receiving party shall return unstamped Documents and any and all copies to PPWW or provide written assurance that all copies have been marked Confidential and will be treated as such; and

3.    Paragraph 11, page 11 shall read:

Except to the extent inconsistent with Wash. Rev. Code §40.14, within sixty (60) days after the final termination of this action (*i.e.*, sixty (60) days after all appellate rights have been exhausted), all Documents subject to this Agreement and all copies thereof shall, upon request, be returned to counsel for PPWW (unless previously permanently discarded, in which case, counsel for the receiving party shall certify in writing to counsel for PPWW that such Documents have been permanently discarded), provided that copies may be kept by counsel or any pleading, brief or Document submitted to the Court, deposition or trial transcripts and exhibits thereto, and correspondence subject to this Order.

**IT IS FURTHER ORDERED** that pages 5-10 of Planned Parenthood's production response shall be and is no longer subject to the terms of the December 5, 2008 Protective Order.

It is so ORDERED this 7th day of January, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:


ROBERT M. MCKENNA
Attorney General of Washington


_____/s/_____
JOYCE A. ROPER, WSBA #11322
RENE D. TOMISSER, WSBA #17509
Assistant Attorneys General
Attorneys for Department of Health
and Board of Pharmacy Defendants


ROBERT M. MCKENNA
Attorney General of Washington


_____/s/_____
MICKEY B. NEWBERRY,WSBA #15635
HEATHER L. POLZ, WSBA #30502
Assistant Attorney General
Attorneys for Washington Human
Rights Commission Defendants