The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED doing business as RALPH'S THRIFTWAY; RHONDA MESLER, MARGO THELEN<br><br>Plaintiffs,<br><br>vs.<br><br>MARY SELECKY, SECRETARY OF THE WASHINGTON STATE DEPARTMENT OF HEALTH, et al.,<br><br>Defendants. | Civil Action No. C07-5374 RBL<br><br>DECLARATION OF STEVEN T. O'BAN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CERTAIN NON-PRIVILEGED INTERNAL COMMUNICATIONS AND SURVEY DOCUMENTS OF THIRD PARTIES<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 13, 2009 |

I, STEVEN T. O'BAN, declare and state:

1. I am over eighteen years of age and make this declaration on personal knowledge.

2. I am one of the attorneys representing Stormans, Inc., Rhonda Mesler and Margo Thelen.

3. On December 17, 2008 the Court further clarified its Order (Dkt #258) in a teleconference call with counsel for the parties and non-parties. Plaintiffs' counsel understood from the Court's comments that Plaintiffs are permitted to inquire about <u>actual</u>

DECLARATION OF STEVEN T. O'BAN
(C07-5374) - 1

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

*110068 (13438.00)

1  communications with state agencies and their employees, including mental impressions and
2  internal communications within the organization and external communications with other
3  organizations about actual communications with the State.

4      4.    Attached are true and correct copies of the following:

5      Exhibit A –    Email from Shana Melanson dated May 3, 2005.

6      Exhibit B –    Excerpts of the deposition of Christina Hulet.

7      Exhibit C –    Email from Steven Saxe dated June 22, 2005.

8      Exhibit D –    Letter from Sara L. Ainsworth dated August 4, 2005.

9      Exhibit E –    Meeting Minutes of Board of Pharmacy dated August 10, 2005.

10      Exhibit F –    Washington Board of Pharmacy Newsletter dated October 2005.

11      Exhibit G –    Email from Sharron Sellers dated October 6, 2005.

12      Exhibit H –    Meeting Brief dated January 4, 2006.

13      Exhibit I –    Letter from Elaine Taylor Rose dated January 12, 2006.

14      Exhibit J –    Letter from Christine O. Gregoire dated January 18, 2006.

15      Exhibit K –    Email from Christina Hulet dated January 24, 2006.

16      Exhibit L –    Board of Pharmacy Meeting Agenda dated March 10, 2006.

17      Exhibit M –    Letter from Amy Luftig, Roberta Riley and Nancy L. Sapiro dated
18                  March 7, 2006.

19      Exhibit N –    Map of Pharmacist Refusals Around Washington State.

20      Exhibit O –    Email from Christina Hulet dated May 9, 2006.

21      Exhibit P –    Letter from Christine O. Gregoire dated May 30, 2006.

22      Exhibit Q –    Email from Christina Hulet dated May 30, 2006.

23      Exhibit R –    Board of Pharmacy Meeting Minutes dated June 1, 2006.

DECLARATION OF STEVEN T. O'BAN
(C07-5374) - 2

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

*110068 (13438.00)

| | | |
|---|---|---|
| 1 | Exhibit S – | Governor's Monday Alert dated June 5, 2006. |
| 2 | Exhibit T – | Email from Christina Hulet dated May 12, 2008. |
| 3 | Exhibit U – | Email from Christina Hulet dated June 5, 2006. |
| 4 | Exhibit V – | Email from Amy Luftig dated June 7, 2006. |
| 5 | Exhibit W – | Email from Ellen Landino dated June 19, 2006. |
| 6 | Exhibit X – | Briefing Document from Christina Hulet dated June 21, 2006. |
| 7 | Exhibit Y – | Planned Parenthood News Release dated July 21, 2006. |
| 8 | Exhibit Z – | Email from Christina Hulet dated July 26, 2006. |
| 9 | Exhibit AA – | Excerpts of the deposition of Donald F. Downing. |
| 10 | Exhibit BB – | Letter from Christine O. Gregoire dated August 28, 2006. |
| 11 | Exhibit CC – | Email from Steven Saxe dated August 25, 2006. |
| 12 | Exhibit DD – | Board of Pharmacy Meeting Agenda dated April 12, 2007. |
| 13-14 | Exhibit EE – | Emails from Northwest Women's Law Center and Planned Parenthood regarding interviews of candidates for BOP. |
| 15 | Exhibit FF – | Email from Pam Crone dated January 6, 2007. |
| 16 | Exhibit GG – | Email from Karen S. Cooper dated August 29, 2006. |
| 17-18 | Exhibit HH – | NWWLC emails containing redactions regarding communications with State officials. |
| 19 | Exhibit II – | Attachment to Subpoena to NARAL Pro Choice Washington. |
| 20 | Exhibit JJ – | Email from Becky Roe dated December 17, 2008. |
| 21 | Exhibit KK – | Letter from Rebecca J. Roe dated January 6, 2009. |
| 22 | Exhibit LL – | Excerpts of the deposition of Nancy L. Sapiro. |
| 23 | Exhibit MM – | Letter from Sara Ainsworth dated December 15, 2008. |

DECLARATION OF STEVEN T. O'BAN
(C07-5374) - 3

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

*110068 (13438.00)

1     <u>Exhibit NN</u> – Letters from Sara Ainsworth dated November 12 and November 21,

2         2008.

3     <u>Exhibit OO</u> – Letter from Scott A. Smith dated January 13, 2009.

4     I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

    Signed this 29th day of January, 2009 in Seattle, WA.

    /s/ Steven T. O'Ban
    Steven T. O'Ban

DECLARATION OF STEVEN T. O'BAN (C07-5374) - 4

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

*110068 (13438.00)