The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED doing business as RALPH'S THRIFTWAY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARY SELECKY, Secretary of the Washington State Department of Health, et al., <br><br> Defendants. | Case No. C07-5374-RBL <br><br> STIPULATION AND ORDER GRANTING DEFENDANTS' AND DEFENDANT-INTERVENORS' JOINT MOTION FOR STAY OF PROCEEDINGS PENDING DECISION BY THE NINTH CIRCUIT COURT OF APPEALS |

This matter having come before the Court on Defendants' and Defendant-Intervenors' joint Motion for Stay of Proceedings Pending Decision by the Ninth Circuit Court of Appeals, and the Court having reviewed the papers filed by the parties, the record in this action, and any other pleadings and argument of the parties relevant to the issues raised therein, and the Court having asked the parties as a condition to entering the stay to reach an agreement on certain limitations in the event the Ninth Circuit Court of Appeals reverses the Order Granting Preliminary Injunction and vacates the preliminary injunction, and the parties having reached such an agreement as set forth below;

[PROPOSED] STIPULATION AND ORDER
GRANTING DEFENDANTS' AND
DEFENDANT-INTERVENORS' JOINT MOTION
FOR STAY OF PROCEEDINGS PENDING
DECISION BY THE NINTH CIRCUIT COURT
OF APPEALS - 1
*110505 (13438.00) (C07-5374 RBL)

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT Defendants' and Defendant-Intervenors' Motion for Stay is GRANTED. All currently pending trial and pre-trial dates and Case Schedule deadlines, including the deadline for submission of dispositive motions, are vacated, but only to the extent not already passed and except as to pending discovery issues and any discovery that the Court may order. Within ten days after the Ninth Circuit issues its mandate in this case, the Court will hold a status conference to re-set the trial and other pre-trial dates, including the deadline for submission of dispositive motions. |

IT IS HEREBY ORDERED THAT Defendants' and Defendant-Intervenors' Motion for Stay is GRANTED. All currently pending trial and pre-trial dates and Case Schedule deadlines, including the deadline for submission of dispositive motions, are vacated, but only to the extent not already passed and except as to pending discovery issues and any discovery that the Court may order. Within ten days after the Ninth Circuit issues its mandate in this case, the Court will hold a status conference to re-set the trial and other pre-trial dates, including the deadline for submission of dispositive motions.

IT IS HEREBY FURTHER ORDERED THAT as a condition of granting the stay and in the event the Ninth Circuit Court of Appeals reverses the Order Granting Preliminary Injunction and vacates the preliminary injunction, the State Defendants agree that they will not enforce WAC 246-863-095(4)(d) or WAC 246-869-010(4)(d) against any pharmacy which, or pharmacist who, refuses to dispense Plan B but instead immediately refers the patient either to the nearest source of Plan B or to a nearby source for Plan B pending trial.

IT IS HEREBY FURTHER ORDERED THAT as a condition of granting the stay and in the event the Ninth Circuit Court of Appeals reverses the Order Granting Preliminary Injunction and vacates the preliminary injunction, the State Defendants agree that they will notify the Court if a complaint is received alleging a failure of any licensed pharmacy to timely deliver Plan B in violation of WAC 246-869-010, or that any licensed pharmacy or pharmacist has not complied with WAC 246-869-010 (4)(d) or 246-863-095 (4)(d), and the Court will conduct a telephone conference to decide what steps, if any, may be taken by the State Defendants with respect to investigating the complaint, and this will occur with each and

[PROPOSED] STIPULATION AND ORDER
GRANTING DEFENDANTS' AND
DEFENDANT-INTERVENORS' JOINT MOTION
FOR STAY OF PROCEEDINGS PENDING
DECISION BY THE NINTH CIRCUIT COURT
OF APPEALS - 2
*110505 (13438.00) (C07-5374 RBL)

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565 Fax: 206•625•1052

every such complaint received by the State Defendants until otherwise ordered by the Court or until after a trial on the merits has concluded.

Dated this 4th day of March, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

**ELLIS, LI & McKINSTRY PLLC**

By: s/ Kristen K. Waggoner
Kristen K. Waggoner, WSBA #27790
Steven T. O'Ban, WSBA #17265
Ellis, Li & McKinstry PLLC
601 Union Street, Suite 4900
Seattle, WA 98101
Tel: (206) 682-0565
Fax: (206) 625-1052
E-mail: kwaggoner@elmlaw.com
E-mail: soban@elmlaw.com
Attorneys for Plaintiffs


**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By_____
Paul F. Rugani (WSBA # 38664)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
719 Second Avenue, Suite 1000
Seattle, WA 98104
Tel: (206) 839-4300
Fax: (206) 839-4301
E-mail: prugani@orrick.com

[PROPOSED] STIPULATION AND ORDER GRANTING DEFENDANTS' AND DEFENDANT-INTERVENORS' JOINT MOTION FOR STAY OF PROCEEDINGS PENDING DECISION BY THE NINTH CIRCUIT COURT OF APPEALS - 3
*110505 (13438.00) (C07-5374 RBL)

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

| | |
|---|---|
| 1 | **NORTHWEST WOMEN'S LAW CENTER** |
| 2 | By_____ |
| | Sara Ainsworth (WSBA # 26659) |
| 3 | Lisa M. Stone (WSBA # 15421) |
| | Rima J. Alaily (WSBA # 29225) |
| | **NORTHWEST WOMEN'S LAW CENTER** |
| 4 | 907 Pine Street, Suite 500 |
| | Seattle, WA  98101-1818 |
| 5 | Tel:  (206) 682-9552 |
| | Fax:  (206) 682-9556 |
| 6 | E-mail: sains@nwwlc.org |
| | E-mail: lstone@nwwlc.org |
| 7 | E-mail: rima.alaily@gmail.com |
| 8 | **PLANNED PARENTHOOD OF WESTERN WASHINGTON** |
| 9 | By_____ |
| | Laura Einstein (WSBA # 39829) |
| | **PLANNED PARENTHOOD OF WESTERN WASHINGTON** |
| 10 | 2001 East Madison Street |
| | Seattle, WA 98122-2959 |
| 11 | Tel: (206) 328-7734 |
| | Fax: (206) 720-4657 |
| 12 | E-mail:  laura.einstein@ppww.org |
| 13 | Attorneys for Defendant-Intervenors. |
| 14 | **WASHINGTON BOARD OF PHARMACY** |
| | **WASHINGTON DEPARTMENT OF HEALTH** |
| 15 | |
| 16 | s/_____ |
| | Joyce A. Roper, (WSBA# 11322) |
| 17 | Alan D. Copsey, (WSBA# 23305) |
| | Rene Tomisser, (WSBA# 17509) |
| 18 | Washington State Attorney General |
| | Agriculture & Health Division |
| 19 | 7141 Cleanwater Drive SW |
| | Olympia, WA 98504-0109 |
| 20 | Tel:  (360) 664-4968 |
| | Fax:  (360) 586-3564 |
| 21 | E-mail:  joycer@atg.wa.gov |
| | E-mail:  alanc@atg.wa.gov |
| 22 | E-mail:  renet@atg.wa.gov |
| 23 | Attorneys for Defendants Department of Health and Board of Pharmacy |

[PROPOSED] STIPULATION AND ORDER GRANTING DEFENDANTS' AND DEFENDANT-INTERVENORS' JOINT MOTION FOR STAY OF PROCEEDINGS PENDING DECISION BY THE NINTH CIRCUIT COURT OF APPEALS - 4
*110505 (13438.00) (C07-5374 RBL)

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

**WASHINGTON HUMAN RIGHTS COMMISSION**

s/
―――――――――――――――――――
Mickey B. Newberry, (WSBA# 15635)
Heather L. Polz, (WSBA# 30502)
Washington State Attorney General
Government Compliance and Enforcement Division
1125 Washington Street SE
Olympia, WA 98504-0100
Tel: (360) 753-6200
E-mail: mbn@atg.wa.gov
E-mail: heatherp1@atg.wa.gov
Attorneys for Defendant Washington Human Rights Commission

[PROPOSED] STIPULATION AND ORDER GRANTING DEFENDANTS' AND DEFENDANT-INTERVENORS' JOINT MOTION FOR STAY OF PROCEEDINGS PENDING DECISION BY THE NINTH CIRCUIT COURT OF APPEALS - 5
*110505 (13438.00) (C07-5374 RBL)

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052