The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED doing business as RALPH'S THRIFTWAY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARY SELECKY, Secretary of the Washington State Department of Health, et al., <br><br> Defendants. | Case No. C07-5374-RBL <br><br> STIPULATION AND ORDER GRANTING DEFENDANTS' AND DEFENDANT-INTERVENORS' JOINT MOTION FOR STAY OF PROCEEDINGS PENDING DECISION BY THE NINTH CIRCUIT COURT OF APPEALS |

This matter having come before the Court on Defendants' and Defendant-Intervenors' joint Motion for Stay of Proceedings Pending Decision by the Ninth Circuit Court of Appeals, and the Court having reviewed the papers filed by the parties, the record in this action, and any other pleadings and argument of the parties relevant to the issues raised therein, and the Court having asked the parties as a condition to entering the stay to reach an agreement on certain limitations in the event the Ninth Circuit Court of Appeals reverses the Order Granting Preliminary Injunction and vacates the preliminary injunction, and the parties having reached such an agreement as set forth below:

[PROPOSED] STIPULATION AND ORDER
GRANTING DEFENDANTS' AND
DEFENDANT-INTERVENORS' JOINT
MOTION FOR STAY OF PROCEEDINGS
PENDING DECISION BY THE NINTH
CIRCUIT COURT OF APPEALS - 5
*110767 (13438.00)

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

IT IS HEREBY ORDERED THAT Defendants' and Defendant-Intervenors' Motion for Stay is GRANTED. All currently pending trial and pre-trial dates and Case Schedule deadlines, including the deadline for submission of dispositive motions, are vacated, but only to the extent not already passed and except as to pending discovery issues and any discovery that the Court may order. Within ten days after the Ninth Circuit issues its mandate in this case, the Court will hold a status conference to re-set the trial and other pre-trial dates, including the deadline for submission of dispositive motions.

IT IS HEREBY FURTHER ORDERED THAT in the event the Ninth Circuit Court of Appeals reverses the Order Granting Preliminary Injunction and vacates the preliminary injunction, the Defendants stipulate that the State Defendants will not take investigative or enforcement action against Plaintiffs or their employers under WAC 246-863-095(4)(d) or WAC 246-869-010(4)(d) until a trial on the merits has concluded.

IT IS HEREBY FURTHER ORDERED THAT in the event the Ninth Circuit Court of Appeals reverses the Order Granting Preliminary Injunction and vacates the preliminary injunction, the Defendants stipulate and agree that the State Defendants will notify the Court if a complaint is received, and that the State Defendants intend to investigate, alleging a failure of a non-party licensed pharmacy to timely deliver Plan B in violation of WAC 246-869-010, or that any non-party licensed pharmacy or pharmacist has not complied with WAC 246-869-010 (4)(d) or 246-863-095 (4)(d), and the Court will conduct a telephone conference to decide what steps, if any, may be taken by the State Defendants with respect to investigating the complaint, and this will occur with each and every such complaint regarding

[PROPOSED] STIPULATION AND ORDER GRANTING DEFENDANTS' AND DEFENDANT-INTERVENORS' JOINT MOTION FOR STAY OF PROCEEDINGS PENDING DECISION BY THE NINTH CIRCUIT COURT OF APPEALS - 5

*110767 (13438.00)

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565 Fax: 206•625•1052

non-parties until otherwise ordered by the Court or until after a trial on the merits has concluded.

Dated this 6th day of March, 2009.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

AGREED TO BY:


**ELLIS, LI & McKINSTRY PLLC**

By: s/ Kristen K. Waggoner
Kristen K. Waggoner, WSBA #27790
Steven T. O'Ban, WSBA #17265
Ellis, Li & McKinstry PLLC
601 Union Street, Suite 4900
Seattle, WA 98101
Tel: (206) 682-0565
Fax: (206) 625-1052
E-mail: kwaggoner@elmlaw.com
E-mail: soban@elmlaw.com
Attorneys for Plaintiffs


**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: s/ Paul F. Rugani
Paul F. Rugani (WSBA # 38664)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
719 Second Avenue, Suite 1000
Seattle, WA 98104
Tel: (206) 839-4300
Fax: (206) 839-4301
E-mail: prugani@orrick.com
Attorneys for Defendant-Intervenors

[PROPOSED] STIPULATION AND ORDER GRANTING DEFENDANTS' AND DEFENDANT-INTERVENORS' JOINT MOTION FOR STAY OF PROCEEDINGS PENDING DECISION BY THE NINTH CIRCUIT COURT OF APPEALS - 5
*110767 (13438.00)

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

**NORTHWEST WOMEN'S LAW CENTER**

By: s/ Sara Ainsworth
Sara Ainsworth (WSBA # 26659)
Lisa M. Stone (WSBA # 15421)
Rima J. Alaily (WSBA # 29225)
**NORTHWEST WOMEN'S LAW CENTER**
907 Pine Street, Suite 500
Seattle, WA 98101-1818
Tel: (206) 682-9552
Fax: (206) 682-9556
E-mail: sains@nwwlc.org
E-mail: lstone@nwwlc.org
E-mail: rima.alaily@gmail.com
Attorneys for Defendant-Intervenors


**PLANNED PARENTHOOD OF WESTERN WASHINGTON**

By: s/ Laura Einstein
Laura Einstein (WSBA # 39829)
**PLANNED PARENTHOOD OF WESTERN WASHINGTON**
2001 East Madison Street
Seattle, WA 98122-2959
Tel: (206) 328-7734
Fax: (206) 720-4657
E-mail: laura.einstein@ppgnw.org
Attorneys for Defendant-Intervenors.

**WASHINGTON BOARD OF PHARMACY**
**WASHINGTON DEPARTMENT OF HEALTH**

s/ Joyce A. Roper
Joyce A. Roper, (WSBA# 11322)
Alan D. Copsey, (WSBA# 23305)
Rene Tomisser, (WSBA# 17509)
Washington State Attorney General
Agriculture & Health Division
7141 Cleanwater Drive SW
Olympia, WA 98504-0109
Tel: (360) 664-4968
Fax: (360) 586-3564
E-mail: joycer@atg.wa.gov
E-mail: alanc@atg.wa.gov
E-mail: renet@atg.wa.gov
Attorneys for Defendants Department of
Health and Board of Pharmacy
[PROPOSED] STIPULATION AND ORDER GRANTING DEFENDANTS' AND DEFENDANT-INTERVENORS' JOINT MOTION FOR STAY OF PROCEEDINGS PENDING DECISION BY THE NINTH CIRCUIT COURT OF APPEALS - 5
*110767 (13438.00)

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

**WASHINGTON HUMAN RIGHTS COMMISSION**

s/ Mickey B. Newberry
Mickey B. Newberry, (WSBA# 15635)
Heather L. Polz, (WSBA# 30502)
Washington State Attorney General
Government Compliance and Enforcement Division
1125 Washington Street SE
Olympia, WA 98504-0100
Tel: (360) 753-6200
E-mail: mbn@atg.wa.gov
E-mail: heatherp1@atg.wa.gov
Attorneys for Defendant Washington Human Rights Commission

[PROPOSED] STIPULATION AND ORDER GRANTING DEFENDANTS' AND DEFENDANT-INTERVENORS' JOINT MOTION FOR STAY OF PROCEEDINGS PENDING DECISION BY THE NINTH CIRCUIT COURT OF APPEALS - 5
*110767 (13438.00)

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Street Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052