UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STORMANS, INC., doing business as RALPH'S THRIFTWAY; RHONDA MESLER; and MARGO THELEN,<br>　　　　　　　　　Plaintiffs,<br>　v.<br>MARY SELECKY, Acting Secretary of the Washington State Department of Health; LAURIE JINKINS, Assistant Secretary of Washington Healthy Systems Quality Assurance; GEORGE ROE, SUSAN TIEL BOYER, DAN CONNOLLY, GARY HARRIS, VANDANA SLATTER, REBECCA HILLE, and ROSEMARIE DUFFY, Members of the Washington Board of Pharmacy; KATHY BAROS FRIEDT, ELLIS CASSON, DEBORAH SIOUS CANO-LEE, JERRY HEBERT, and SHAWN MURINKO, Commissioners for the Washington Human Rights Commission; MARC BRENMAN, Executive Director of the Washington Human Rights Commission,<br>　　　　　　　　　Defendants,<br>　v.<br>JUDITH BILLINGS, RHIANNON ANDREINI, JEFFERY SCHOUTEN, MOLLY HARMON, CATHERINE ROSMAN, EMILY SCHMIDT, and TAMI GARRARD,<br>　　　　　　　　　Intervenors | No. C07-5374<br><br>STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL OF COUNSEL |

STIPULATION & ORDER FOR WITHDRAWAL OF COUNSEL
(C07-5374) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## STIPULATION

WHEREAS, Gretchen Freeman Cappio, Gretchen S. Obrist, and Cari C. Laufenberg of the law firm of Keller Rohrback L.L.P. seek to withdraw their appearance on behalf of Planned Parenthood of Western Washington ("PPWW"), now known as Planned Parenthood of the Great Northwest ("PPGNW"), a non-party in this action; and

WHEREAS, Gretchen Freeman Cappio, Gretchen S. Obrist, and Cari C. Laufenberg of the law firm of Keller Rohrback L.L.P. have certified that they have advised PPGNW of this stipulation in a Certification of Compliance with Local Rule GR 2(g) filed herewith; and

WHEREAS, continuing counsel for non-party PPWW (now PPGNW) is legal director Laura Einstein, who has previously entered an appearance in this matter on behalf of PPGNW (Docket No. 357). Service of any notices, pleadings and further correspondence should be addressed to Laura Einstein, Planned Parenthood of the Great Northwest, at the address below; and

WHEREAS, there are no other pending dates set by the Court that would be affected by this withdrawal;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, Defendants, and Defendant-Intervenors through their respective counsel of record, as follows:

Gretchen Freeman Cappio, Gretchen S. Obrist, and Cari C. Laufenberg of the law firm of Keller Rohrback L.L.P. withdraw as counsel for PPGNW, and Laura Einstein of PPGNW will continue to serve as counsel for PPGNW in the above-entitled action.

//

//

STIPULATION & ORDER FOR WITHDRAWAL OF COUNSEL
(C07-5374) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 26th day of March, 2009.

_____
Laura F. Einstein, WSBA # 39829
PLANNED PARENTHOOD OF THE GREAT NORTHWEST
2001 East Madison Street
Seattle, WA 98122-2959
Tel: (206) 328-7734  Fax: (206) 720-4657
laura.einstein@ppgnw.org

***Attorney for Planned Parenthood of the Great Northwest (f/k/a Planned Parenthood of Western Washington)***


/s/ Gretchen Freeman Cappio
_____
Gretchen Freeman Cappio, WSBA # 29576
Gretchen S. Obrist, WSBA # 37071
Cari Campen Laufenberg, WSBA # 34354
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900  Fax: (206) 623-3384
gcappio@kellerrohrback.com
gobrist@kellerrohrback.com
claufenberg@kellerrohrback.com

***Withdrawing Attorneys for Planned Parenthood of Western Washington***

STIPULATION & ORDER FOR WITHDRAWAL OF COUNSEL
(C07-5374) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| 1 | /s/ Kristen K. Waggoner |
| 2 | Kristen K. Waggoner, WSBA # 27790 |
|   | Steven T. O'Ban, WSBA # 17265 |
| 3 | Ellis Li & McKinstry, PLLC |
|   | 601 Union Street Suite 4900 |
| 4 | Seattle, WA 98101 |
|   | Tel: (206) 682-0565  Fax: (206) 625-1052 |
| 5 | kkw@elmlaw.com |
|   | sto@elmlaw.com |
| 6 | |
| 7 | *Counsel for Plaintiffs Stormans, Inc. d/b/a* |
|   | *Ralph's Thriftway; Rhonda Mesler; and Margo Thelen* |

*Counsel for Plaintiffs Stormans, Inc. d/b/a Ralph's Thriftway; Rhonda Mesler; and Margo Thelen*

/s/ Joyce A. Roper
Joyce A. Roper, Sr. AAG
Attorney General's Office
Agriculture & Health Division
P.O. Box 40109
Olympia, WA 98504-0109
360-664-4968 and 360-586-6500 (t);
360-586-3564 (f)
joycer@atg.wa.gov
alanc@atg.wa.gov

*Counsel for Defendants Members of the Washington Board of Pharmacy; Acting Secretary of the Washington State Department of Health; Assistant Secretary of Washington Health Systems Quality Assurance*

/s/ MB Newberry
MB Newberry, AAG
Attorney General's Office
Government Compliance & Enforcement Division
1125 Washington Street SE
P.O. Box 40110
Olympia, WA 98504-0110
Tel: (360) 586-1636  Fax: (360) 664-0119
mbn@atg.wa.gov

*Counsel for Defendants Commissioners for the Washington Human Rights Commission and Executive Director of the Washington Human Rights Commission*

STIPULATION & ORDER FOR WITHDRAWAL OF COUNSEL
(C07-5374) Page - 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

/s/ Thomas Boeder
Sara Ainsworth, WSBA # 26656
Northwest Women's Law Center
907 Paine Street, Suite 500
Seattle, WA 98101-1818
Tel: (206) 682-9552  Fax (206) 682-9556
sains@nwwlc.org

Laura F. Einstein, WSBA # 39829
Planned Parenthood of the Great Northwest
2001 East Madison Street
Seattle, WA 98122-2959

Molly A. Terwilliger, WSBA # 28449
Summit Law Group
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104

Thomas Boeder, WSBA # 0408
Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

Rima J. Alaily, WSBA # 29225
907 Pine St., Ste 500
Seattle, WA 98101

Paul Rugani, WSBA # 38664
Orrick Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5700
Seattle, WA 98104

*Counsel for Defendant-Intervenors*

STIPULATION & ORDER FOR WITHDRAWAL OF COUNSEL
(C07-5374) Page - 5

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# **ORDER**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED as follows:

The Court GRANTS the withdrawal of Gretchen Freeman Cappio, Gretchen S. Obrist, and Cari C. Laufenberg of the law firm of Keller Rohrback L.L.P. in the above-entitled action.

Dated this 27th day of March, 2009

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER FOR WITHDRAWAL OF COUNSEL
(C07-5374) Page - 6

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE GR 2(g)**

Prior to filing, this stipulation was served upon PPWW/PPGNW through its continuing attorney of record, Laura Einstein. Pursuant to Local Rule GR 2(g), we have also advised PPWW/PPGNW, through their attorney of record, that the business entity is required by law to be represented by an attorney admitted to practice before this Court and that failure to obtain a replacement attorney by the date the withdrawal is effective may result in the dismissal of the business entity's claims for failure to prosecute and/or entry of default against the business entity as to any claims of other parties. This issue is not a significant concern in this matter because (a) PPWW/PPGNW, as a non-party, was involved in this matter for the purpose of responding to a third-party subpoena, (b) the period for discovery in this matter is now closed and there are no other pending dates set by the Court that would be affected by the stipulated withdrawal of Gretchen Freeman Cappio, Gretchen S. Obrist, and Cari C. Laufenberg of the law firm of Keller Rohrback L.L.P., and (c) PPWW/PPGNW continues to be represented by counsel in this matter.

Dated this 26th day of March, 2009.

/s/ Gretchen Freeman Cappio
Gretchen Freeman Cappio
*for*
Gretchen Freeman Cappio
Gretchen S. Obrist
Cari C. Laufenberg

STIPULATION & ORDER FOR WITHDRAWAL OF COUNSEL
(C07-5374) Page - 7

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384