# United States District Court
# Western District of Washington

[Print]
[Reset Form]

| | |
|---|---|
| Stormans Incorporated, et al., | Case Number   3:07-cv-05374-RBL |
| Plaintiff(s) | |
| V. | |
| Selecky, et al., | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Defendant(s) | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, __Luke W. Goodrich__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Stormans Inc., Rhonda Mesler, and Margo Thelen.

The particular need for my appearance and participation is:

I will be serving as one of Plaintiffs' counsel at trial.

I, __Luke W. Goodrich__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   Feb 18, 2010         Signature of Applicant:   s/ Luke W. Goodrich

| | |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | Luke W. Goodrich |
| Law Firm Name: | The Becket Fund for Religious Liberty |
| Street Address 1: | 3000 K St., NW |
| Address Line 2: | Suite 220 |
| City: | Washington |
| State: | District of Columbia |
| Zip: | 20007 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 202-955-0095 |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Luke W. Goodrich is unable to be present upon any date assigned by the court.

Date: Feb 18, 2010

Signature of Local Counsel: s/ Kristen K. Waggoner

| | |
|---|---|
| Local Counsel's Name: | Kristen K. Waggoner |
| Law Firm Name: | Ellis, Li & McKinstry |
| Street Address 1: | 601 Union St. |
| Address Line 2: | Ste. 4900 |
| City: | Seattle |
| State: | Washington |
| Zip: | 98101 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 206-682-0565 |

Page 2 of 3