THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED, doing business as RALPH'S THRIFTWAY; RHONDA MESLER, MARGO THELEN,<br><br>Plaintiffs,<br><br>v.<br><br>MARY SELECKY, Secretary of Washington State Department of Health; et al.,<br><br>Defendants;<br><br>and<br><br>JUDITH BILLINGS, et al.,<br><br>Defendant-Intervenors. | No. C07-5374-RBL<br><br>DECLARATION OF SARA AINSWORTH IN SUPPORT OF DEFENDANT-INTERVENORS' OPPOSITION TO THE PLAINTIFFS AND STATE DEFENDANTS' MOTION FOR TRIAL CONTINUANCE |

I, SARA AINSWORTH, declare as follows:

1. I am Senior Counsel at Legal Voice, and co-counsel for the Defendant-Intervenors in this action.

2. In matters unrelated to this case, I also represent people who were denied prescribed medications at pharmacies in late 2009 and in the spring of 2010. One of my clients is an individual who was denied prescribed medication by a pharmacy. I also represent a group

DECLARATION OF SARA AINSWORTH IN
SUPPORT OF OPPOSITION TO MOTION FOR
TRIAL CONTINUANCE (No. C07-5374-RBL) – 1
23690-0014/LEGAL18680998.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

of obstetrician-gynecologists whose patient was denied drugs they prescribed for a gynecological procedure (not an abortion). In both instances, the pharmacies failed to fill the patients' prescriptions in apparent violation of WAC 246-869-010(1).

3. My clients intended to file complaints with the Board of Pharmacy based on these denials. Typically, the Board of Pharmacy will not make public the identifying information of complainants. My clients do not wish to have their names publicly disclosed nor do they wish to participate in this litigation.

4. The Court has indicated, however, its desire to see all relevant complaints prior to enforcement, and the Plaintiffs have demanded that they have the opportunity to conduct discovery regarding complaints relevant to this litigation. While my clients did not experience Plan B refusals, and thus, perhaps, their complaints would not be relevant to this litigation, they remain fearful that they could become embroiled in this litigation if they file complaints. Given their concerns, they have not yet filed any complaints with the Board of Pharmacy. If the Court continues to require that pharmacy refusal complaints be brought to the Court's attention, and to suggest that discovery may be permitted pending trial, my clients will not file complaints.

5. Further, if the current enforcement requirements remain in effect, I believe it would be unethical for me not to advise any potential complainant who seeks to maintain his or her confidentiality and privacy that they risk the loss of that privacy if they file a complaint about a pharmacy refusal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 9th day of July, 2010.

_____
Sara Ainsworth

DECLARATION OF SARA AINSWORTH IN
SUPPORT OF OPPOSITION TO MOTION FOR
TRIAL CONTINUANCE – 2

23690-0014/LEGAL18680998.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

I certify that on July 9, 2010, I electronically filed the foregoing **Declaration of Sara Ainsworth in Support of Defendant-Intervenors' Opposition to the Plaintiffs and State Defendants' Motion for a Trial Continuance** with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: July 9, 2010

*/s/ Andrew L. Greene*
Thomas L. Boeder, WSBA No. 408
Andrew L. Greene, WSBA No. 35548
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: TBoeder@perkinscoie.com
AGreene@perkinscoie.com

Attorneys for Defendant-Intervenors

DECLARATION OF SARA AINSWORTH IN SUPPORT OF OPPOSITION TO MOTION FOR TRIAL CONTINUANCE – 3

23690-0014/LEGAL18680998.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000