The Honorable Ronald Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED, et al, <br><br> Plaintiffs, <br><br> v. <br><br> MARY SELECKY, et al., <br><br> Defendants. | NO. C07-5374-RBL <br><br> **DECLARATION OF RENE D. TOMISSER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT** |

I, RENE D. TOMISSER, declare as follows:

1. I am an assistant attorney general and have been assigned as co-counsel for the Washington State Board of Pharmacy and Department of Health in this matter.

2. Attached hereto as Exhibit A is a true and correct excerpt from the Answers to Frequently Asked Questions about Types of Emergency Contraception, as published in the well-established pharmaceutical resource titled www.not-2-late.com, published in 2011, by the Office of Population Research & Association of Reproductive Health Professionals.

3. Attached hereto as Exhibit B is a true and correct copy of the report by Danial E. Baker, Pharm. D., regarding Time-Sensitive Medication Delivery.

DECLARATION OF RENE D. TOMISSER IN SUPPORT OF MOTION FOR EXTENSION OF TIME FOR DISCOVERY COMPLETION
NO. C07-5374-RBL

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1  I declare under penalty of perjury under the laws of the state of Washington that the
2  foregoing is true and correct.

3  DATED at Olympia, Washington, this 9th day of May, 2011.

6  /s/Rene D. Tomisser
   RENE D. TOMISSER

DECLARATION OF RENE D. TOMISSER IN SUPPORT OF MOTION FOR EXTENSION OF TIME FOR DISCOVERY COMPLETION
NO. C07-5374-RBL

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300