1

HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

UNITED STATES DISTRICT COURT
7
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

STORMANS, INCORPORATED, doing          CASE NO. C07-5374RBL
9   business as RALPH'S THRIFTWAY,
RHONDA MESLER, MARGO THELEN,         ORDER DENYING PLAINTIFFS'
10                                           MOTION FOR PARTIAL
Plaintiff,               SUMMARY JUDGMENT
11                                           [DKT. #468]

12          v.

MARY SELECKY, Secretary of
13   Washington State Department of Health;
et al,
14
Defendant.
15
and
16
JUDITH BILLINGS, et al.,
17
Defendant-
18                                Intervenors.

19

THIS MATTER has come before the Court on Plaintiffs' Motion for Partial Summary
20
Judgment [Dkt. #468].  The Court has considered the following:  (1) Plaintiffs' motion and the
21
exhibits and declaration thereto; (2) State Defendants opposition (3) Defendant-Intervenors'
22
opposition and the exhibits and declarations thereto; and (4) additional papers submitted in reply.
23

24

ORDER DENYING PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1

1    Being fully advised, the Court denies the Motion for Partial Summary Judgment.  The statements

2    may be admitted into evidence at trial but, standing alone, are not dispositive of any issue.

3        Plaintiffs' Motion for Partial Summary Judgment [Dkt. #468] is **DENIED.**

4        Dated this 27th day of July, 2011.

5

6

RONALD B. LEIGHTON
7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24