The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| STORMANS, INC., doing business as Ralph's Thriftway; et al., | NO. C07-5374-RBL |
| Plaintiffs, | DEFENDANT'S NOTICE OF UNAVAILABILITY |
| v. | |
| MARY SELECKY, Secretary of the Washington State Department of Health; et al., | |
| Defendants, | |
| and | |
| JUDITH BILLINGS; et al., | |
| Defendant-Intervenors. | |

TO:  CLERK OF THE COURT

AND TO:  COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned, JOYCE A. ROPER, Senior Assistant Attorney General, attorney for Department of Health and Board of Pharmacy Defendants in the above captioned matter, will be unavailable August 3 through August 26, 2011.

DEFENDANT'S NOTICE OF UNAVAILABILITY                    1                    ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
(360) 586-6500

The undersigned attorney will, therefore, be unavailable for contact and for court appearances during that period of time.

The undersigned attorney respectfully requests that no matters be scheduled during this period of time; however, this notice does not affect the currently scheduled depositions, for which the State's co-counsel, Rene Tomisser, will attend

DATED this 2nd day of August, 2011.

Respectfully submitted,

/s/ Joyce A. Roper
_____
JOYCE A. ROPER, WSBA No. #11322
Senior Assistant Attorney General
Office of the Attorney General
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 10409
Olympia, WA 98504-0109
Attorney for Department of Health and
Board of Pharmacy Defendants

DEFENDANT'S NOTICE OF UNAVAILABILITY    2    ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
(360) 586-6500