1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED, et al., | Civil Action No. C07-5374 RBL |
| Plaintiffs, | **PLAINTIFFS' OFFER OF PROOF** |
| vs. | **REGARDING EXPERT** |
| | **TESTIMONY ON THE** |
| MARY SELECKY, Secretary of the Washington | **MECHANISM OF ACTION OF** |
| State Department of Health, et al., | **EMERGENCY CONTRACEPTIVES** |
| | **PLAN B AND *ELLA*** |
| Defendants, | |
| and | |
| JUDITH BILLINGS, et al., | |
| Intervenors. | |

Plaintiffs hereby provide their Offer of Proof regarding expert testimony on the mechanisms of action of Plan B and *ella*. By its Amended Order Regarding Motions in Limine dated March 15, 2011 (Dkt #458), the Court excluded expert testimony on the mechanisms of action of emergency contraceptives and in that same Order permitted the parties the opportunity to submit expert reports as Offers of Proof. Attached hereto are the following Offers of Proof:

**PLAINTIFFS' OFFER OF PROOF REGARDING**
**MECHANISM OF ACTION OF EMERGENCY**
**CONTRACEPTIVES** (C07-5374) - 1

ELLIS, LI & McKINSTRY PLLC
Attorneys at Law
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

**130151 (13438.00)

1.   Report of Plaintiffs' expert, Elizabeth Shadigian, MD, dated November 4, 3008, regarding mechanism of action of Plan B (and related issues).

2.   Report of Plaintiffs' expert, Dr. Bruce Carlson, dated October 30, 2011, regarding mechanism of action of *ella*. His curriculum vitae is also attached.

Respectfully submitted this 31st day of October, 2011.

By: _____/s/  Steven T. O'Ban_____

Steven T. O'Ban, WSBA # 17265
soban@elmlaw.com
Kristen K. Waggoner, WSBA # 27790
kwaggoner@elmlaw.com
2025 First Ave., Penthouse A
Seattle, WA 98121
(206) 682-0565
Fax: (206) 625-1052

THE BECKET FUND FOR RELIGIOUS
LIBERTY
Luke W. Goodrich,
District of Columbia Bar # 977736
Eric Kniffin
District of Columbia Bar # 999473
3000 K St., NW, Suite 220
Washington, DC 20007
(202) 955-0095

ALLIANCE DEFENSE FUND
Benjamin W. Bull (Of Counsel),
Arizona Bar # 09940
Steven H. Aden,
Virginia Bar # 48036
15333 N. Pima Road, Ste. 165
Scottsdale, AZ 85260
(480) 444-0020
Fax: (480) 444-0028

**PLAINTIFFS' OFFER OF PROOF REGARDING
MECHANISM OF ACTION OF EMERGENCY
CONTRACEPTIVES** (C07-5374) - 2

ELLIS, LI & McKINSTRY PLLC
Attorneys at Law
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

**130151 (13438.00)



Elizabeth Shadigian, MD
Gynecology and WomanCare
2340 East Stadium Blvd, Ste 8
Ann Arbor, MI 48104
Tel 734-477-5100
Fax 734-477-5111
www.womansafehealth.com

November 4, 2008

Kristen Waggoner
Ellis, Li & McKinstry
Two Union Square
601 Union Street, Suite 4900
Seattle, WA 98101-3906

RE:   Stormans, Inc. et al. v. Selecky, et al.
      Civil Case No. C07-5374-RBL

Dear Ms. Waggoner,

As requested, I am offering a rebuttal to the expert reports of Dr. David A. Grimes and, in part, Ms. R. Alta Charo in the case, *Stormans, Inc. et al. v. Selecky et al.*, after reviewing the information you have previously sent to me.

**Qualifications**

I graduated from Purdue University in West Lafayette, Indiana, in 1985 with a B.S. in Chemistry, and I received an M.D. from Johns Hopkins University School of Medicine in Baltimore, Maryland, in 1990. I have been board certified in Obstetrics and Gynecology since 1996 and am licensed to practice medicine in the State of Michigan. I am a Fellow of the American College of Obstetricians and Gynecologists (ACOG).

I am also Adjunct Clinical Associate Professor of Obstetrics and Gynecology at the University of Michigan Medical Center in Ann Arbor, Michigan. I have previously been full time faculty from 1994-2006 at the University of Michigan as Clinical Assistant Professor (1994-2002) and then as Clinical Associate Professor (2002-2006), where I had a full-time clinical obstetrics and gynecology practice, as well as teaching and research duties. I currently have a clinical private practice in Gynecology and WomanCare, WomanSafeHealth, where I specialize in caring for women with a history of trauma, including their physical and psychological needs. I treat women with post-traumatic stress disorder, depression, anxiety, etc., as well as offer consultative gynecology and primary care clinical services to women and girls, including those pregnant. I also employ and work with a clinical psychologist as a part of the care my office provides to women in need.

At WomanSafeHealth, we welcome women and girls of every age and ability, size, shape, color and sexuality, from all social, spiritual and cultural backgrounds. We provide a safe, family-friendly environment in which a woman can seek, explore, define and receive Gynecology and WomanCare health services. WomanCare meets a woman's physical and psychological health needs through conventional and alternative approaches, and encourages and promotes self-care. We welcome all women, including those who feel unwelcome in other medical settings and those who have experienced physical and/or sexual violence or disrespect.

Exhibit 1

For over 20 years I have counseled and treated hundreds of women who have been at risk for unintended pregnancy, including, but not limited to, sexual assault victims, some of whom have chosen to take emergency contraception (EC) and some who have declined EC. I also care for women who have had abortion complications and perform research in this area.

My other areas of teaching and research include violence against women, including domestic violence; sexual assault; child abuse; elder abuse; and child sexual assault. I have published in the areas of abortion complications, violence against women, and have co-authored the University of Michigan depression clinical care guidelines. I am a journal reviewer for several national journals and have received on three occasions the American Medical Women's Association "Gender Equity Award" for promoting a gender-fair environment for the education and training of physicians at the University of Michigan Medical School. My Curriculum Vitae, which sets forth in more detail my background and qualifications, is attached.

**Community Service**

I am currently Matriarch, Chairwoman of the Board of Directors and co-Founder of the Battered Women and Children's Memorial Garden, a 501(c)3 nonprofit organization in Ann Arbor, Michigan. Its mission is:

> "The Battered Women and Children's Memorial Garden is an alliance of people desiring an end to violence. We form a beacon of hope to honor the disempowered, remember those lost and inspire justice through bearing witness, education, advocacy and service."

Its guiding principles are: remain loyal to the disempowered; lead the discussion; ask questions; challenge gendered assumptions; expose and oppose oppression; apply accountability; honor diversity; practice responsible environmental stewardship; speak truth to power; make privilege visible; and eradicate misogyny.

I am a regular speaker at local women's groups and community events primarily focusing on women's empowerment and prevention of violence against women.

**Publications Authored in the Preceding Fourteen Years**

The publications I have authored in the preceding fourteen years are set out in Curriculum Vitae, which is attached.

**Compensation to be Paid**

My consultation fee is $350 per hour. Time spent testifying or preparing for either trial or deposition is $400 per hour. My understanding is that all travel-related expenses will also be paid, as well as any out-of-pocket expenses.

**Expert Testimony Given at Trial or Deposition in the Preceding Six Years**

The expert testimony I have given in the past six years is set out in my Curriculum Vitae, which is attached.

REBUTTAL

1.      **General rebuttal**

Scientifically, it is undisputed that human life begins at fertilization. Barr
Pharmaceutical's own packet insert warns that Plan B may prevent implantation of the
fertilized egg (embryo) into the uterus. Therefore, any regulation that requires plaintiffs to
dispense Plan B requires them to participate in the potential termination of a human life
regardless of how one chooses to define "pregnancy" at any particular time.  Providers,
such as plaintiffs, who object to dispensing Plan B, do so with the belief that they are
treating two human beings:  the woman and the embryo.  Such providers should not be
forced to participate in the death of the embryo, which is unquestionably human life.

2.      **Rebuttal to Dr. David A. Grimes**

A.      **Definitions**

Dr. Grimes in his expert report sidesteps whether the fertilized egg is a human life.  He
instead labors to focus on a definition of pregnancy as the implantation of the embryo
into a woman's uterus or the Fallopian tube, cervix, ovary, or abdomen (ectopic
pregnancy). Dr. Grimes relies on a non-scientific and artificial definition of pregnancy,
which has been conveniently redefined by certain professional organizations over the
years.  Dr. Grimes' perpetuation of this definition has the unfortunate effect, intended or
not, to mislead women and society into believing that they are **not** terminating a human
life if the embryo is not allowed to undergo implantation.

Promoting the misconception that pregnancy begins at implantation furthers the
erroneous concept that abortion cannot occur prior to implantation.  Dr. Grimes confuses
the issue by purporting that Plan B is a "contraceptive" when it prevents the implantation
of an embryo, rather than, accurately, an abortifacient. He states that, "Many patients
and some professionals (both clinicians and pharmacists) confuse emergency
contraception with medical abortion, since both are used or occur after intercourse."
Those who believe life begins with fertilization and object to Plan B, such as plaintiffs,
understand the difference between emergency contraception and medical abortion.
Both may destroy human life after fertilization.

Other examples of Dr. Grimes' crafting of language include the use of the non-scientific
term "pre-embryo" instead of either "zygote" for the single-cell stage, or "embryo" or "pre-
implantation embryo," which are the historical, standard terms for the human being prior
to implantation.  While some medical dictionaries and textbooks have shifted the
definitions of the aforementioned words to obfuscate when life begins for other interests,
a review of earlier dictionaries and textbooks demonstrates the standard embryological
and obstetrical understanding of the development of a human being as beginning with
fertilization.  For example, the first page of Moore's human embryology textbook
explains, "Human development is a continuous process that begins when an ovum from
a female is fertilized by a sperm from a male.  Growth and differentiation transform the
zygote, a single cell formed by the union of the ovum and the sperm into a multi-cellular
adult human being."  Regardless of when Dr. Grimes chooses to characterize a woman
as "officially" pregnant, a fertilized egg in a woman's body means that human life has
begun to grow within her and, in most cases, that life will develop into an independent,
fully-formed human being.

3

**B.    Mechanisms of action of Plan B**

Dr. Grimes also references Plan B's mechanisms of action. I agree with Dr. Grimes when he states "the potential mechanism(s) of action have not been thoroughly studied and hence are not completely understood." However, some data do exist. The mechanisms of action can be broadly divided into two categories, especially for those people concerned with the issue of when human life begins – pre-fertilization and post-fertilization. Pre-fertilization effects of hormonal contraception include, but are not limited to:

a)    prevention or delay of ovulation, by possibly inhibiting the release of an egg;
b)    cervical mucus changes that do not allow sperm to function properly;
c)    alterations in the transport of sperm or egg through the reproductive tract;
d)    interference with corpus luteum function; and
e)    direct interference with fertilization.

Possible post-fertilization effects of hormonal contraception include, but are not limited to:

a)    alterations in the transport of the zygote or embryo through the reproductive tract;
b)    interference of corpus luteum function; and
c)    prevention of embryo implantation into the uterus through altering the receptiveness of the  endometrium and inhibiting implantation of a fertilized egg.

The ACOG Practice Bulletin "Emergency Contraception" Number 69, December, 2005 cites at least five studies documenting histologic and biochemical changes in the endometrium which may inhibit implantation of a fertilized egg, and then goes on to say that other studies refute those.

Dr. Chris Kahlenborn and his colleagues have asserted that emergency contraception taken in the pre-ovulatory, ovulatory or post-ovulatory phases of the menstrual cycle may have a post-fertilization effect on the endometrium, thus reducing the probability of implantation, based on the studies they reviewed.

Barr Pharmaceuticals in their package insert finds it necessary to warn women that Plan B may prevent implantation of the fertilized egg into the uterus. The United States Food and Drug Administration similarly describes Plan B's mechanism of action. Dr. Grimes' suggestion that there is no scientific evidence to support the fact that Plan B may prevent implantation is inaccurate.

**C.    Safety and Plan B**

Although not relevant to the discussion of when human life begins or Plaintiff's religious objections, Dr. Grimes makes several other inaccurate statements – about the safety of Plan B and about unintended pregnancy (see section D). He purports that Plan B is safe. He says that "No woman anywhere in the world has ever been documented to have been seriously injured or killed by emergency contraception." On the contrary, it appears that the ectopic pregnancy rate following Plan B use can be as high as 6%. In 2003, the United Kingdom's Department of Health alerted British physicians to this possible complication based on post-marketing surveillance in which 201 EC failures were found to contain twelve ectopic pregnancies – or a 6% rate – triple the expected rate for the UK

4

### D. Unintended Pregnancy

Contrary to Dr. Grimes' report, "unintended" pregnancy does not threaten women's health any more than intended pregnancy or just pregnancy in general. He does not cite one source to substantiate the claim that, if a pregnancy is intended, this changes any health risk associated with that pregnancy. It is rare for pregnancy to threaten a woman's life.

In several systematic reviews, data on effects of increased access to emergency contraceptive pills on pregnancy rates and use of the pills concluded that "increased access to emergency contraceptive pills enhances use but has not been shown to reduce unintended pregnancy rates." Further, several recent studies, some of which were in the systematic review, have shown that advanced provision of emergency contraception does not decrease unintended pregnancy rates or abortion rates.

In sum, Dr. Grimes fails to properly acknowledge when human life begins and provides an incomplete (and misleading) analysis of Plan B's method of action, safety and effect.

### 3. Rebuttal of Ms. Charo, in part

I wish to make one point with regard to Ms. Charo's analysis. Health-care providers that acknowledge the scientific fact that a human being is created at the time of fertilization inherently have two patients that are being cared for -- the woman and the baby. Therefore, Ms. Charo's assumption that pharmacists who refuse to dispense emergency contraception are acting out of personal interests, gain or satisfaction is not valid. Objecting pharmacists believe they have two patients that they are advocating for and that both deserve life. While it may be simpler to focus only on the woman, such a singular focus disregards the fact that Plan B can terminate human life.

Sincerely,

*Elizabeth Shadigian MD*

Elizabeth Shadigian, MD

**Data or Information Considered in Forming Opinions**

Actual Use Study, Volumes 27-30 of sNDA 21-045, Phase 3 Non-Comparative Case Series Study of Plan B Levonorgestrel Emergency Contraceptive Pills Provided Using a Simulated Over-the - Counter Approach; Women's Capital Corporation (The sponsorship was transferred to the Barr Research in Nov., 03) Investigators: Family Health International (FHI), Research Triangle Park, NC, January, 2003.

American College of Obstetricians and Gynecologists. Practice Bulletin: Clinical Management Guidelines for Obstetrician-Gynecologists. (Replaces Practice Bulletin Number 25, March 2001) Number 69. December, 2005. Washington, DC.

Annual Estimates of the Population by Sex, Race, and Hispanic Origin for Washington: April 1, 2000 to July 1, 2007. Available from: http://www.census.gov/popest/states/asrh/SC-EST2007-03.html.

Barr Pharmaceuticals. Plan B, Levonorgestral Package Insert, 2008.

Berliner L, Fine D, Moore D. Sexual Assault Experiences and Perceptions of Community Response to Sexual Assault: A Survey of Washington State Women. Office of Crime Victims Advocacy, Washington State Office of Community Development. October, 2001.

Condic, M. When Does Human Life begin? A Scientific Perspective. 2008. Thronwood, NY: The Westchester Institute.

http://www.dh.gov.uk/PublicationsAndStatistics/LettersAndCirculars/CMOUpdate, #35, content #20, dated 4-2-03.

Glasier A, Fairhurst W et al. Advanced Provision of Emergency Contraception Does Not Reduce Abortion Rates. Contraception 2004; 69:361-366.

Hermann, J Trauma and Recovery, Basic Books, New York, NY, 1992.

Holmes, M et al. Rape-related Pregnancy: Estimates and Descriptive Characteristics from a National Sample of Women. Obstetrics & Gynecology 1996;175:320-325.

Hu X, Cheng L, Hua X, Glasier A. Advanced Provision of Emergency Contraception to Postnatal Women in China Makes No Difference in Abortion Rates: A Randomized Controlled Trial. *Contraception.* 2005;72:111-16.

Kahlenborn C, Stanford JB, Larimore WL. Postfertilization Effect of Hormonal Emergency Contraception Annals of Pharmacotherapy 2002; 465-470.

Moore, KL. The Developing Human: Clinically Oriented Embryology, Third Edition. Philadelphia, PA.: W.B. Saunders Company, 1982; 40-52.

Polis C, Schaffer K, Blanchard K, Glasier A, Harper C, Grimes D. Advance Provision of Emergency Contraception for Pregnancy Prevention (full review). Cochrane Database Systematic Review 2007 April; 2: CD005497. DOI: 10.1002/14651858.pub2. Available from: http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&list_uids=17443596&dopt=Citation.

Raine T, Harper C, et al. Direct Access to Emergency Contraception Through Pharmacies and Effect on Unintended Pregnancy and STI's : A Randomized Controlled Trial. JAMAQ 2005; 293: 54-62..

Raymond EG, Trussell J, Polis, CB. Population Effect of Increased Access to Emergency Contraceptive Pills. Obstetrics & Gynecology 2007;109:181-188, available from http://www.greenjournal.org/cgi/content/abstract/109/181-188.

Reece EA, Hobbins JC, Mahoney MJ, Petrie RH. Medicine of the Fetus & Mother. Philadelphia, PA: J.B. Lippincott Company, 1992.

Bruce M. Carlson
1345 Waterford Drive
Golden Valley, Minnesota 55422


October 30, 2011


Mr. Steven O'Ban
ELLIS, LI & McKINSTRY PLLC
2025 First Avenue, Penthouse A
Seattle, Washington 98121-3125

Dear Mr. O'Ban:

I am responding to your request for an opinion on both the science and the
interpretation of that science with respect to the possibility that under some
circumstances the drug Ella may have a direct or indirect detrimental effect on the
viability of an early human embryo within the reproductive tract of the mother.
Specifically, you requested an update on developments since the report of Dr.
Elizabeth Shadigian, which was submitted on November 4, 2008 and which covered
only Plan B, since Ella had not as of that time been approved by the FDA.

**Qualifications**

My name is Bruce M. Carlson, M.D., Ph.D., and my present position is
Professor Emeritus at the University of Michigan Medical School.  From 1966-2000,
I was a faculty member in the Department of Anatomy and Cell Biology at the
University of Michigan and served as Chairman of that Department from 1988-2000.
From 2000-2004, I was Director of the Institute of Gerontology and retired as a full-
time faculty member of the University in 2006.  I have also served as President of
the American Association of Anatomists and President of the Association of
Anatomy, Cell Biology and Neurobiology Chairpersons.

My curriculum vitae is presented as Exhibit 1.  I have taught human
embryology at the University of Michigan Medical School for the past 42 years and

1

Exhibit 2

among my 12 single-authored books are two widely used textbooks of embryology - Patten's Foundations of Embryology, 3rd - 6th editions and Human Embryology and Developmental Biology, 1st – 4th editions.  The fifth edition of this text is in preparation.  I have conducted and have published the results of laboratory research on vertebrate embryos and have had extensive research contact with the Patten Human Embryo Collection at the University of Michigan and the human embryo collections residing in the National Museum of Medicine in Washington, DC, as well as human embryology collections at Charles University in Prague, Czechoslovakia.

**Report**

Ella (ulipristal acetate [UPA], or CDB-2914 or VA2914 in laboratory parlance) is a compound that competes with natural progesterone by selectively binding to the normal progesterone receptors within the female reproductive tract. Ulipristal blocks the effect of progesterone.  The paragraphs below summarize recent research and interpretation regarding post-fertilization effects of this compound.

Since Ella was approved for emergency contraceptive use by the FDA in August, 2010, there has been a spate of new research reports and published comments.  Ulipristal does interfere with cellular and molecular events in the progestational uterus in a manner that could affect the ability of the early embryo to adhere to and/or implant into the endometrial lining of the uterus.  According to the literature, a toxic effect on the embryo itself cannot be excluded.  Below I list direct quotations from representative scientific and medical publications that are relevant to the generalizations given above.

1) From Stratton et al. (2010).  "The current study was the first dose-ranging study to document significant endometrial effects with low doses of CDB-2914 given in the early luteal phase."(p. 2039).  These authors found decreased endometrial thickness,

inhibition of endometrial development and decreased expression of L-selectin ligands, each of which is important in the implantation process.

2) From Bouchard et al. (2011). "Studies in baboons and humans have demonstrated that single doses of CDB 2914 or ZK 137-316 also alter endometrial development." (p. 1178). Altered endometrial development is potentially inimical to the implantation of the embryo or to its well-being after implantation.

3) From Glasier et al. (2010). "Although an endometrial effect, and therefore an additional postovulatory mechanism of action, cannot be excluded, the dose of ulipristal acetate used in this trial was specifically titrated for emergency contraception on the basis of inhibition of ovulation and might be too low to inhibit implantation." (p. 560). This much cited study was a clinical, not a laboratory study, and the data obtained do not allow definitive statements to be made about the mechanism of action of the drug post-fertilization.

4) From Kim et al. (2011). "Ulipristal exerts its pharmacological activity by binding to the body's progesterone receptors to produce an anti-progesterone contraceptive effect on the ovary (by suppressing or delaying ovulation) and on the endometrium (by decreasing endometrial thickness)." (p. 2 of 9 – electronic version). Decreasing endometrial thickness is considered to represent a condition not conducive to the process of implantation or maintenance of the embryo.

5) From Gemzell-Danielsson and Meng (2010). "Treatment with UPA resulted in a significant dose-dependent decrease in endometrial thickness as well as an increase in glandular P receptors." (p. 56). This sentence documents, without presenting the implications, that ulipristal causes effects on the female reproductive tract that could affect implantation of the embryo.

6) From Gemzell-Danielsson and Cameron (2011). "The effect of UPA on the endometrium has been demonstrated to be dose-dependent."..."This might suggest

that the EC dose of UPA may not exert antifertility effects on the endometrium." (p. 468). This statement is in reference to the study of Glasier et al. (2010). (See comment in last sentence of #3 above.) The significance of this comment is diminished because the authors appear to be relying principally on the Glasier et al (2010) study. As noted in reference #3 above, that study does not allow definitive statements to be made about the mechanism of action of the drug post-fertilization.

7) From Keenan (2011). In referring to his previous paragraph, "The ultimate reason for this failure to carefully elucidate the ulipristal acetate mechanism(s) of action is uncertain. This type of study had not been done for other FDA-approved methods of EC [emergency contraception]. However, it is clear that a postfertilization mechanism of action would be objectionable to many patients and health-care professionals who might use ulipristal acetate." (p. 814). In this article and in this quotation, Dr. Keenan comments on the lack of testing that would determine whether or not ulipristal might have an effect on post-fertilization development.

8) From Snow et al. (2011). "As ulipristal acetate demonstrates structural similarity to mifepristone, which when administered in a single dose terminates pregnancy, much debate regarding the potential mechanism of action of ulipristal acetate continues to occur among various parties, primarily on the basis of ethical and religious concerns. This controversy also stems from the fact that the primary mechanism of action of ulipristal acetate has not been clearly defined, as well as the fact that pregnancy must be excluded prior to its administration. As a result of these factors, certain groups could make the argument that ulipristal acetate could be used to terminate pregnancy." (p. 785). Coming from a group of authors involved in regulatory affairs, this article and the above quote reflect the uncertainty about the postfertilization effects of this drug.

9) From CHMP Assessment Report for Ellaone (EMEA) (2009) "In conclusion, the mechanism of action, as claimed in 5.1 of the SPC "*The primary mechanism of action*

4

*is thought to be inhibition or delay of ovulation, but alterations to the endometrium may also contribute to the efficacy of the product",* is sufficiently documented. " This report, from a European regulatory agency, represents an objective opinion concerning the biological and pharmacological properties and effects of the drug in question.

In conclusion, in my professional opinion, both the scientific data and the opinions of scientists and medical practitioners strongly suggest that there are sufficient grounds for a pharmacist and/or a pharmacy owner to conclude that under some circumstances the use of Ella could interfere with the life and further development of a human embryo.

Sincerely yours,

Bruce M. Carlson, M.D., Ph.D.
Professor Emeritus
University of Michigan

5

## Literature Cited

Bouchard P et al. (2011)  Selective progesterone receptor modulators in reproductive medicine: pharmacology, clinical efficacy and safety.  Fertil. Steril., 96:1175-1189.

EMEA(European Medicines Agency)  2009  CHMP Assessment Report for Ellaone. Procedure No. EMEA/H/C/00127.  Doc. Ref: EMEA/261787/2009, 49 pp.

Gemzell-Danielsson K, Cameron ST  (2011)  Ulipristal acetate (ellaOne) for emergency contraception: review of the cllinical evidence.  Clin. Investig., 1:467-472.

Gemzell-Danielsson K, Meng C-X  (2010)  Emergency contraception: potential role of ulipristal acetate.  Internat. J. Women's Health, 2:53-61.

Glasier AF et al. (2010)  Ulipristal acetate versus levonorgestrel for emergency contraception: a randomised non-inferiority trial and meta-analysis.  The Lancet, 375:555-562.

Keenan JA  (2011)  Ulipristal acetate: Contraceptive or contragestive?  Ann. Pharmacotherapy, 45:813-815.

Kim A et al. (2011)  Ulipristal acetate ella): A selective progesterone receptor modulator for emergency contraception.  Pharmacy & Therapeutics, 36:325-326, 329-331.

Snow SE et al. (2011)  Ulipristal acetate for emergency contraception.  Ann. Pharmacotherapy, 45:780-786.

Stratton P et al. (2010)  Endometrial effects of a single early luteal dose of the selective progesterone receptor modulator CDB-2914.  Fertil. Steril., 93:2035-2041.

# CURRICULUM VITAE

Name:          Bruce M. Carlson

Education:

1951-1955   St. Louis Park High School, St. Louis Park, Minn.,
1955-1959   B.A.,Summa cum laude Gustavus Adolphus College, St. Peter, Minn. (Majors: Biology, Languages and Chemistry)
1959-1960   M.S., Cornell University, Ithaca, New York (Major: Ichthyology; Minor: Embryology and Histology)
1960-1965   M.D., Ph.D., University of Minnesota, Minneapolis (Major: Anatomy; Minor: Zoology)

Graduate and Research Fellowships:

NSF Graduate Fellowship 1959-1960
New York State Museum and Science Service Research Honorarium 1960
USPHS Graduate Fellowship 1962-1965
U.S. National Academy of Sciences Exchange with the USSR(Institute of Developmental Biology, Moscow) 1965-1966, 1978
U.S. National Academy of Sciences Exchange with Czechoslovakia  (Institute of Physiology, Prague) May-Sept., 1971
U.S. National Academy of Sciences Exchange with Czechoslovakia (Institute of Physiology, Prague) Sept.-Oct. 1972
Fulbright Fellow, Hubrecht Laboratory, Utrecht, Netherlands 1973-74
U.S. National Academy of Sciences Exchange with Czechoslovakia  (Institute of Physiology, Prague) June 1974, May 1975, Sept. 1976, Nov. 1977, Sept. 1978, Oct. 1979, Nov. 1980
Josiah Macy, Jr. Fellowship to University of Helsinki, 1981-1982
Fogarty Senior International Fellowship, NIH to University of Otago, New Zealand, 1999-2000

Academic Appointments:

Assistant Professor of Anatomy, University of Michigan, 1966-1970
Associate Professor, 1970-1975
Professor of Anatomy, 1975-
Professor of Biology, 1979-
Chairman of Anatomy and Cell Biology 1988-2000
Research Scientist, Institute of Gerontology 1989-
Director, Institute of Gerontology 2000-2004

Teaching Experience:

Microscopic Anatomy
Medical Embryology
Developmental Anatomy (Graduate)
Embryology (Inteflex)
Regeneration in Vertebrates
Developmental Biology
Analysis of Development
Elementary Anatomy
Numerous research courses and seminars

Consulting Positions: Fetzer Institute, Kalamazoo
                      Fellow 1992-96
                      Trustee 1997-
                      Expert Witness 2000-

Scientific Activities at National, State or Civic Levels:

Co-editor - Monographs in Developmental Biology, S. Karger & Sons
Co-editor - American Journal of Anatomy
Co-editor - Experimental Cell Biology
Co-editor - Ontogenesis
Co-editor - Cell Transplantation
Anatomy Editor - Encyclopedia Americana
Editorial Board – Basic and Applied Myology
Study Commission on Man, Medicine and Theology - Lutheran Church in America, 1969-1972,
   1979-1981
Life Sciences Review Panel - Fulbright-Hayes Program, 1976-1979.  Chairman, 1979
Advisory Committee on USSR & Eastern Europe - U.S. National Academy of Sciences, 1977-1981
American Association of Anatomists, Morphogenesis Club - organizing committee, 1976-1978
Misc. symposium planning committees
V.A. Advisory Committee on Regeneration Research, 1982-, Chairman, 1990
NASA consultant on developmental biology in space, 1984-1985
N.A.S.-N.R.C. Committee on developmental biology in space, 1984-1985
Association of Anatomy Chairmen, Executive Committee, 1990-1992
Association of Anatomy, Cell Biology & Neurobiology Chairpersons, President , 1995
American Association of Anatomists
      Executive Committee, 1993-1997
      President 1997-1999
      Finance Committee, 1999-2001
      Membership Committee, 1999—2001
      Awards Committee, 1999-2001
      Nominating Committee, 2002
American Society of Zoologists, 1966-1990, Chairman of Developmental Biology Division, 1986
National Board of Medical Examiners, 1994-1996
FASEB Summer Research Conferences Board, 1995-1998
Biomedical Caucus, 1994-1995
Anatomical Record Task Force, Chair, 1997-1998

2

FASEB Publications Committee 1999-2001
European Union Muscle Aging Research Group, 2000-2003
International Embryological Terminology Committee (FIPAT) 2011-

Grant reviewing:

NIH - Misc. Study Sections, ad hoc
NSF
National Foundation - March of Dimes
Medical Research Council of Australia
Veterans Administration
NASA
Hong Kong Research Council
MRC – England
Czech Academy of Sciences
Medical Research Council of New Zealand
Medical Research Council of Ireland
Academy of Sciences of Georgia

Honors and Awards:

Sigma Xi, Iota Delta Gamma
First Decade Award for "early achievement", Gustavus Adolphus College, 1969
AAAS Newcomb-Cleveland Prize for 1972
Distinguished Alumni Award, Gustavus Adolphus College, 1978
Fellow, American Association for the Advancement of Science, 1994
Elizabeth Crosby Award for Basic Science Teaching, University of Michigan, 1995
Kaiser-Permanente Teaching Award, University of Michigan, 1997
Listed in Who's Who in America, 1997
Russian Academy of Natural Sciences, 1998
Memorial Medal for 650th Anniversary, Charles University, Prague, 1999
OVPR Recognition Award, University of Michigan, 2003
Henry Gray Award, American Association of Anatomists, 2004
Silver Medal in Biomedical Research, Russian Academy of Natural Sciences, 2004

Society Memberships:

American Association for the Advancement of Science
Sigma Xi
American Society of Zoologists
American Association of Clinical Anatomists
American Association of Anatomists
New York Academy of Sciences
American Society of Ichthyologists and Herpetologists
Society for Developmental Biology
International Society of Developmental Biology
FASEB
Gerontological Society of America

Ph.D. Students:

Mikel H. Snow, Ph.D. - 1971
Linda Hsu, Ph.D. - 1971
Gene L. Trupin, Ph.D. - 1973
Harry G. Goshgarian, Ph.D. - 1975
Franz S.F. Mong, Ph.D. - 1975
Patrick W. Tank, Ph.D. - 1976

Sherry L. Rogers, Ph.D. - 1981
Mark D. Womble, Ph.D. - 1983
Rachel Must, Ph.D. - 1983
Frederick J. Carey, Ph.D. - 1985
Peter Loubert, Ph.D. - 1986
Kate Stocker, Ph.D. - 1987
Gregg Phillips, Ph.D. - 1987
Lynn Billington, Ph.D. - 1995
Robert Phillips, Ph.D. - 1995
Hema Rengen

Postdoctoral Fellows and Visiting Scholars:

Susan D. Hill - 1969
Shahzad H. Mufti - 1974-75, 1980-81
Fay M. Hansen-Smith - 1975-77
David M. Bader - 1978-80
Mary R. Coan - 1978-81
Victor I. Mitashov - 1981, 1987
Danyun Lu - 1983-84
Steinar Okland - 1986-1987
Milos Grim - 1987
Yves Thouveny - 1988
Christine Viguie - 1991-1994
Da-Xing Lu - 1992-93
Andrei Borisov - 1994-
Mohammad Jamali - 1994-1996
Huang Shi-Kai - 1994-1995
Joseph Nnodim - 1996-2000
Eduard Dedkov - 1996-
Tatiana Kostrominova-1998-
Ameed Raoof – 1998

Committee and Administrative Services:

Anatomy Department:
    Committee on Graduate Instruction - Chairman
    Animal Care Committee - Chairman
    Seminar Committee - Chairman
    Graduate Board

Graduate Review and Promotions Committee - Chairman
Research Committee - Chairman
Recruitment Committee
Promotions Committee
Executive Committee
Space Committee
Internal Review Committee - Chairman
Medical Library consultant
Baker Memorial Lecture Committee - Chairman

Division of Biological Sciences:
Graduate Admissions Committee
Awards Committee
Curriculum Committee
Executive Committee

Medical School:
Faculty Conference on Curriculum
Ad Hoc Committee to Develop Medical Scientist Training Program
Review Committee for Behavioral and Neurosciences Course-Co-chairman
Review Committee for Psychiatry Department
Miscellaneous Inteflex committees
Operating Committee, Medical Scientist Training Program
External Review Committee for Anatomy and Cell Biology Department
Faculty Grievance Panel
Search Committee for Anatomy Chairman
Executive Committee
Academic Program Advisory Committee
Steering Committee and Advisory Committee - Program on Organogenesis
Library Committee

Institute of Gerontology
Director
Executive Committee
Seminar Committee
Shock Center Steering Committee
External Advisory Committee

University:
Ad Hoc Committee on a University Program for Students in the Biomedical Sciences
Divisional Board - Graduate School
Supervising Committee - Program on Medical and Biological Illustration
Miscellaneous search and review committees related to Center for Human Growth and
   Development
Dental Research Institute - Scientific Advisory Committee
Neurosciences Review Committee
Theatre Department Review Committee
Developmental Biology Training Program-Director
International Studies Advisory Council

5

Research Computing Policy Committee
Research Computing Advisory Committee
Nathan Shock Center of Excellence Steering Committee
Rodent Research Resources Committee

Community Services:

Ann Arbor Symphony - 1967-1973
Trinity Lutheran Church - Vestry, 1973-1980; Adult Education Committee, Chairman, 1976-
   1980; Council, 1992-1996; Endowment Board, 1999-2004
Peace Neighborhood Center - Property Committee, 1976-1981
Loch Alpine Lakes Committee, 1993-2003
Loch Alpine Board, 1997-2000
Environment and Ecology Committee, Ten Mile Lake Association, Co-Chair 2005-
Ten Mile Lake Association, President, 2009-2011
Union Congregational Church, Personnel Committee, 2010-

Research Support

Carlson, B.M., P.I.  NIH PO1 AG10821-6-10 Muscle Denervation and Regeneration: Influence
of Aging. Project Director.  01/01/98-6/30/03. TC $5,013,279.

Faulkner, J.A., P.I.  NIH P30 AG13283 Nathan Shock Center of Excellence, Biology of Aging.
      Morphology Core Director.  DC: $54,301 for -07 year.
      Research and Development Core Director. DC. $109,824 for -07 year

Carlson, B.M., P.I.  Improving Muscle Power and Mobility of Elderly Men and Women.
Michigan Life Sciences Corridor, 09/15-02 – 09/14/05. TDC: $3,838,082.

Publications

Completed Publications in Scientific Journals:

1961   Carlson, B.M.  A chromatographic analysis of the bound amino acids in lamprey muscle.
       J. Exp. Zool., 147: 43-56.

1962   Glass, A.W., W.J. Scidmore and B.M. Carlson.  A probe technique for sexing some
       freshwater fishes. Investigational Report No. 250, Minn. Conservation Dept., 10pp.

1966   Carlson, B.M.  Inhibition of limb regeneration in adult Triturus viridescens treated with
       actinomycin D (in Russian).  Doklady Akad. Nauk SSSP, 171:229-233.

1967   The histology of inhibition of limb regeneration in the newt, Triturus, by actinomycin D.
       J. Morph., 122:249-263.

1967   Carlson, B.M.  Studies on the mechanism of implant-induced supernumerary limb
       formation in urodeles.  I. The histology of supernumerary limb formation in the adult
       newt.  J. Exp. Zool., 164:227-242.

1967   Carlson, B.M. and C.F. Morgan.  Studies on the mechanism of implant-induced
       supernumerary limb formation in urodeles.  The effect of heat treatment, lyophilization
       and homogenation on the inductive effects of frog kidney.  J. Exp. Zool., 164:243-249.

1967   Faustov, V.S. and B.M. Carlson.  Changes in the levels of ATP and respiration in
       regenerating axolotl extremities (in Russian).  Doklady Akad. Nauk. SSSR, 176:728-730.

1968   Carlson, B.M.  Regeneration of the completely excised gastrocnemius muscle in the frog
       and rat from minced muscle fragments.  J. Morph., 125:447-472.

1968   Carlson, B.M.  Ontogenic development and anatomical distribution of a supernumerary
       limb-inducing factor. Experientia, 24:1064-1066.

1968   Carlson, B.M.  Regeneration research in the Soviet Union.  Anat. Rec., 160:655-674.

1969   Carlson, B.M.  Inhibition of limb regeneration in the axolotl after treatment of the skin
       with actinomycin D.  Anat. Rec., 163:389-402.

1970   Carlson, B.M.  The effect of x-irradiation and beryllium nitrate upon implant-induced
       supernumerary limb formation in the newt. Oncology, 24:31-47.

1970   Carlson, B.M.  The regeneration of a limb muscle in the axolotl from minced fragments.
       Anat. Rec., 166:423-436.

1970   Carlson, B.M.  Regeneration of the rat gastrocnemius muscle from sibling and non-
       sibling fragments.  Am. J. Anat., 128:21-32.

1970   Carlson, B.M.  Relationship between the tissue and epimorphic regeneration of muscles.
       Am. Zool., 10:175-186.

7

1971   Carlson, B.M.  The distribution of supernumerary limb-inducing capacity in tissues of
       Rana pipiens. Oncology, 25:365-371.

1972   Carlson, B.M.  Muscle morphogenesis in Urodele limb regenerates following removal of
       the stump musculature.  Devel. Biol., 28:487-497.

1972   Carlson, B.M. and E. Gutmann.  Development of contractile properties of minced muscle
       regenerates in rats.  Exp. Neurol., 36:239-249.

1973   Carlson, B.M.  The regeneration of skeletal muscle - a review.  Am. J. Anat., 137:119-
       150.

1973   Vyskocil, F., B. Carlson and E. Gutmann.  Changes in resting membrane potential and
       contractility of innervated and denervated skeletal muscle free grafts in the rat.  Pflugers.
       Arch., 344:181-186.

1974   Carlson, B.M.  Regeneration from short stumps of the rat gastrocnemius muscle.
       Experientia, 30:275-276.

1974   Carlson, B.M., S.E. Civiletto and H.G. Goshgarian.  Nerve interactions and regenerative
       processes occurring in newt limbs fused end-to-end.  Devel. Biol., 37:248-262.

1974   Carlson, B.M.  Morphogenetic interactions between rotated skin cuffs and underlying
       stump tissues in regenerating axolotl forelimbs.  Devel. Biol., 39:263-285.

1974   Grim, M. and B.M. Carlson.  A comparison of morphogenesis of muscles of the forearm
       and hand during ontogenesis and regeneration in the axolotl (Ambystoma mexicanum).  I.
       Anatomical description of muscles of the forearm and hand.  Z. Anat. Entwickl.-Gesch.,
       145:137-148.

1974   Grim, M. and B.M. Carlson.  A comparison of morphogenesis of muscles of the forearm
       and hand during ontogenesis and regeneration in the axolotl (Ambystoma mexicanum).
       II.  The development of muscular pattern in the embryonic and regenerating limb.  Z.
       Anat. Entwickl.-Gesch., 145:149-167.

1974   Carlson, B.M. and E. Gutmann.  Transplantation and "cross-transplantation" of free
       muscle grafts in the rat.  Experientia, 30, 1292-1294.

1975a  Carlson, B.M. and E. Gutmann.  Regeneration in free grafts of normal and denervated
       muscles in the rat: Morphology and histochemistry.  Anat. Rec., 183:47-61.

1975b  Carlson, B.M. and E. Gutmann.  Regeneration in grafts of normal and denervated rat
       muscles.  Contractile properties.  Pflügers Arch., 353:215-225.

1975   Gutmann, E. and B.M. Carlson.  Contractile and histochemical properties of regenerating
       cross-transplanted fast and slow muscles in the rat.  Pflügers Arch., 353:227-239.

1975    Richards, C.M., B.M. Carlson and S.L. Rogers.  Regeneration of digits and forelimbs in the Kenyan reed frog Hyperolius viridiflavus ferniquei.  J. Morphol., 146:431-445.

1975    Carlson, B.M. Multiple regeneration from axolotl limb stumps bearing cross-transplanted minced muscle regenerates.  Devel. Biol., 45:203-208.

1975    Gutmann, E. and B.M. Carlson.  A comparison between the free grafting of sliced and intact muscles in the rat. Experientia, 31:848-849.

1975    Carlson, B.M.  The effects of rotation and positional change of stump tissues upon morphogenesis of the regenerating axolotl limb.  Devel. Biol., 47:269-291.

1976    Gutmann, E. and B.M. Carlson.  Regeneration and transplantation of muscles in old rats and between young and old rats.  Life Sciences, 18:109-114.

1976    Carlson, B.M. and E. Gutmann.  Contractile and histochemical properties of sliced muscle grafts regenerating in normal and denervated rat limbs.  Exp. Neurol., 50:319-329.

1976    Faulkner, J.A., L.C. Maxwell, S.A. Mufti and B.M. Carlson.  Skeletal muscle fiber regeneration following heterotopic autotransplantation in cats.  Life Sciences, 19:289-296.

1976    Carlson, B.M.  A quantitative study of muscle fiber survival and regeneration in normal, predenervated, and Marcaine-treated free muscle grafts in the rat.  Exp. Neurol., 52:421-432.

1976    Carlson, B.M. and E. Gutmann.  Free grafting of the extensor digitorum longus muscle in the rat after Marcaine pretreatment.  Exp. Neurol., 53:82-93.

1976    Carlson, B.M. and S.L. Rogers.  Satellite cells in the limb musculature of the axolotl.  Folia Morph. (Praha), 24:359-361.

1976    Gutmann, E. and B.M. Carlson.  Innervation of free muscle grafts in the rat in the absence of mechanical trauma to surrounding muscles or nerves.  Life Sciences, 19:649-656.

1976    Tank, P.W., B.M. Carlson and T.G. Connelly.  A staging system for forelimb regeneration in the axolotl, Ambystoma mexicanum.  J. Morph., 150:117-128.

1977    Carlson, B.M.  Inhibition and axial deviation of limb regeneration in the newt by means of a digit implanted into the amputated limb.  J. Morph., 154:223-242.

1977    Mufti, S.A., B.M. Carlson, L.C. Maxwell and J.A. Faulkner.  The free grafting of entire limb muscles in the cat: morphology.  Anat. Rec., 188:417-430.

1977    Richards, C.M., B.M. Carlson, T.G. Connelly, S.L. Rogers and E. Ashcraft.  A scanning electron microscopic study of differentiation of the digital pad in regenerating digits of the Kenyan reed frog, Hyperolius viridiflavus ferniquei.  J. Morph., 153:387-396.

1977    Tank, P.W., B.M. Carlson and T.G. Connelly.  A scanning electron microscopic comparison of the development of embryonic and regenerating limbs in the axolotl.  J. Exp. Zool., 201:417-430.

1977    Wagner, K.R., B.M. Carlson and S.R. Max. Developmental patterns of glycolytic enzymes in regenerating skeletal muscles after autogenous free grafting. J. Neuro. Sci., 34:373-390.

1978    Carlson, B.M.  A review of muscle transplantation in mammals.  Phys. Bohemoslov., 27:387-400.

1978    Carlson, B.M.  A comparison between embryonic development and regeneration of the amphibian limb. In: Proc. XIX Morphol. Congr. 1976 (ed. E. Klika), pp.135-140.  Praha, Univ. Karlova.

1978    Grim, M. and B.M. Carlson.  Morphogenesis of muscle primordia in aneurogenic limbs of the axolotl (Ambystoma mexicanum).  In: Proc. XIX Morphol. Congr. 1976 (ed. E. Klika), pp. 127-134.  Praha, Univ. Karlova.

1978    Gutmann, E. and B.M. Carlson.  The regeneration of a hormone-sensitive muscle (levator ani) in the rat. Exp. Neurol., 58:535-548.

1978    Gutmann, E. and B.M. Carlson.  Transposition of the soleus into the bed of the extensor digitorum longus muscle in the rat.  Neurosci. Lett., 9:1-6.

1978    Markley, J.M., J.A. Faulkner and B.M. Carlson. Regeneration of skeletal muscle after grafting in monkeys.  Plastic Reconstr. Surg., 62:415-422.

1978    Carlson, B.M.  Types of morphogenetic phenomena in vertebrate regenerating systems. Am. Zool., 18:869-882.

1979    Carlson, B.M., K.R. Wagner and S.R. Max. Reinnervation of rat extensor digitorum longus muscles after free grafting.  Muscle & Nerve, 2:304-307.

1979    Grim, M. and B.M. Carlson.  The formation of muscles in regenerating limbs of the newt after denervation of the blastema.  J. Embryol. Exp. Morph., 54:99-lll.

1979    Hansen-Smith, F.M. and B.M. Carlson.  Cellular responses to free grafting of the extensor digitorum longus muscle of the rat.  J. Neuro. Sci., 41:149-173.

1979    Carlson, B.M., A. Herbrychova and E. Gutmann. Retention of hormonal sensitivity in free grafts of the levator ani muscle.  Exp. Neurol., 63:94-107.

1980    Basson, M.D. and B.M. Carlson.  Myotoxicity of single and repeated injections of mepivacaine (Carbocaine) in the rat.  Anesth. Analg., 59:275-282.

1980    Hansen-Smith, F.M., B.M. Carlson and K.L. Irwin.  Revascularization of the freely grafted extensor digitorum longus muscle in the rat.  Am. J. Anat., 158:65-82.

1980   Foster, A.H., and B.M. Carlson.  Myotoxicity of local anesthetics and regeneration of the damaged muscle fibers.  Anesth. Analg., 58:727-736.

1981   Rogers, S.L. and B.M. Carlson.  A quantitative assessment of muscle spindle formation in reinnervated and non-reinnervated grafts of the rat extensor digitorum longus muscle. Neuroscience, 6:87-94.

1981   Magon, D.K., M.D. Basson and B.M. Carlson.  Histochemical patterns of dehydrogenase activity in the development of free muscle grafts in the rat. Anat. Rec., 199:341-347.

1981   Carlson, B.M.  Denervation, reinnervation and regeneration of skeletal muscle. Otolaryngol. Head Neck Surg., 89:192-196.

1981   Max, S.R., S. Mufti and B.M. Carlson.  Cytosolic androgen receptor in regenerating rat levator ani  muscle.  Biochem. J., 200:77-82.

1981   Carlson, B.M.  The development of facial muscles and nerves in relation to the Mobius syndrome.  Otolaryngol. Head Neck Surg., 89:903-906.

1981   Carlson, B.M., P. Hník, S. Tucek, R. Vejsada, D.M. Bader and J.A. Faulkner. Comparison between grafts with intact nerves and standard free grafts of the rat extensor digitorum longus muscle.  Physiol. Bohemoslovaca, 30:505-513.

1982   Carlson, B.M. The regeneration of axolotl limbs covered by frog skin.  Devel. Biol., 90:435-440.

1982   Carlson, B.M. Morphogenesis of the regenerating amphibian limb (in Russian). Ontogenez, 13:339-359.

1983   Carlson, B.M., A.H. Foster, D.M. Bader, P. Hník and R. Vejsada. Restoration of full mass in nerve-intact muscle grafts after delayed reinnervation.  Experientia, 39:171-172.

1983   Carlson, B.M. and J.A. Faulkner.  The regeneration of skeletal muscle fibers following injury.  Med. and Sci. in Sports and Exercise, 15:187-198.

1984   Carlson, B.M.  The formation of supernumerary structures after grafting anterior quail wing bud mesoderm of various ages into chick wing buds.  Devel. Biol., 101:97-105.

1984   Carlson, B.M.  The preservation of the ability of cultured quail wing bud mesoderm to elicit a position-related differentiative response.  Devel. Biol., 101:106-115.

1985   Faulkner, J.A., and B.M. Carlson.  Contractile properties of standard and nerve-intact muscle grafts in the rat.  Muscle and Nerve, 8:413-418.

1985   Rainin, E.A., and B.M. Carlson.  Postoperative diplopia and ptosis: A clinical hypothesis based on the myotoxicity of local anesthetics.  Arch. Ophthalmol., 103: 1337-1339.

1985   Carlson, B.M., and E.A. Rainin  Rat extraocular muscle regeneration: Repair of local anesthetic-induced damage.  Arch. Ophthalmol., 103: 1373-1377.

1986   Carlson, B.M., B.K. Simandl, K.M. Stocker, T.G. Connelly and John F. Fallon 1986. A method for combined gross skeletal staining and Feulgen staining of embryonic chick tissues. Stain Technol., 61:27-31.

1986   Brodsky, V. Ya., B.M. Carlson and A.M. Arefieva Polyploidization of cardiac myocytes as a programmed event of ontogenesis (in Russian). Ontogeny, 17(2):l38-145.

1986   Faulkner, J.A., and B.M. Carlson.   Skeletal muscle regeneration: A historical perspective. Fed. Proc., 45:1454-1455.

1986   Schwartz, J., J. Wiesen, B. Carlson, L. Yamasaki, M. Moore and M. Womble.  Increased phenylalanine incorporation in regenerating skeletal muscle grafts. Canad. J. Physiol. Pharmacol., 64:199-205.

1986   Carlson, B.M.   Regeneration of entire skeletal muscles. Fed. Proc., 45:1456-1480.

1986   Mrázková, O., M. Grim and B.M. Carlson   Enzymatic heterogeneity of the capillary bed of rat skeletal muscles. Am. J. Anat., 177:141-148.

1986 · Grim, M., O. Mrázková and B.M. Carlson   Enzymatic differentiation of arterial and venous segments of the capillary level during the development of free muscle grafts in the rat. Am. J. Anat., 177:149-159.

1987   Burton, H.W., B.M. Carlson and J.A. Faulkner   Microcirculatory adaptation to skeletal muscle transplantation. Ann. Rev. Physiol., 49:439-452.

1987   Griffin, K.J.P., D.M. Fekete and B.M. Carlson   A monoclonal antibody stains myogenic cells in regenerating newt muscle. Development, 101:267-278.

1987   Phillips, G.D., D. Lu, V.I. Mitashov and B.M. Carlson   Survival of myogenic cells in freely grafted rat rectus femoris and extensor digitorum longus muscles. Am. J. Anat., 180:365-372.

1988   Stocker, K.M. and Carlson, B.M.  Preservation of the ability of dissociated quail wing-bud mesoderm to elicit a position-related differentiative response. Amer. J. Anat., 182:84-95.

1988   Carlson, Bruce M.  A test of positional properties of avian wing-bud mesoderm. Am. J. Anat., 182:96-105.

1988   Operpriller, J.O., J.C. Operpriller, A.M. Arefyeva, V.I. Mitashov and B.M. Carlson Nuclear characteristics of cardiac myocytes following the proliferative response to mincing of the myocardium of the adult newt. Cell and Tiss. Res., 253:619-624.

1988   Carlson, B.M., and J.A. Faulkner.  Reinnervation of long-term denervated rat muscle freely grafted into an innervated limb. Exp. Neurol., 102, 50-56.

1988    Grim, M., L. Rerábková and B.M. Carlson.  A test for muscle lesions and their regeneration following intramuscular drug application.  Toxicol. Pathol., 16 (4),432-442.

1988    Brodsky, V. Ya, Carlson, B.M., Arefieva, A.M. and Vacilieva, I.A.  Polyploidization of transplanted cardiac myocytes.  Cell Different., 25, 177-184.

1989    Borovikov, Y.S., B. Carlson, N.B. Axenova and P. Loubert.  Effect of innervation on the structured state of F-actin in fast muscles of rats.  (Russian). Tsitologiya, 31:80-84.

1989    Òkland, S., T.E. Komorowski, and B.M. Carlson. Ultrastructure of mepivacine-induced damage and regeneration in rat extraocular muscle.  Invest. Ophthalmol. & Vis. Sci., 30:1643-1651.

1989    Carlson, B.M. and Faulkner, J.A.  Muscle transplantation between young and old rats: Age of host determines functional recovery.  Am. J. Physiol., 256 (Cell Physiol. 25):C1262-1266.

1990    Stocker, K. and B.M. Carlson  Hensen's node possesses ZPA activity in the avian embryo.  Roux' Arch., 198:371-381.

1990    Komorowski, T., Shepard, B., Òkland, S. and Carlson, B.M.  An electron microscopic study of local anesthetic-induced skeletal muscle fiber degeneration and regeneration in the monkey.  J. Orthoped. Res., 8:495-503.

1990    Carlson, B.M., B. Shepard, and T.E. Komorowski.  A histological study of local anesthetic-induced muscle degeneration and regeneration in the monkey.  J. Orthoped. Res., 8:485-494.

1990    Brodsky, V. Ya., Carlson, B. and Arefieva, A.M.  Similarities and differences of growth of the heart in situ and in transplants.  (In Russian).  Ontogenesis, 21:89-95.

1990    Carlson, B.M. Limb muscle regeneration in peripheral nerve autografts-discussion.  Plastic Reconstr. Surg., 85:935-936.

1990    Grim, M., and B.M. Carlson. Alkaline phosphatase and dipeptidylpeptidase IV staining of tissue components of skeletal muscle - a comparative study.  J. Histochem. Cytochem., 38:1907-1912.

1991    Blaivas, M., and B.M. Carlson  Muscle fiber branching - difference between grafts in old and young rats.  Mech. Aging & Devel., 60:43-53.

1991    Messina, L.M. and B.M. Carlson. Rapid and complete recovery of responsiveness to adenosine and norepinephrine by regenerating arterioles of the tibialis anterior of the hamster after in situ grafting.  Circ. Res., 68:1600-1609.

1991    Carlson, E.C., and B.M. Carlson.  A method for preparing skeletal muscle fiber basal laminae.  Anat. Rec., 230:325-331.

1991    Goldman, D., B.M. Carlson and J. Staple. Induction of adult-type in AChR gene-expression in non-innervated regenerating muscles. Neuron, 7:649-658.

1991    Thouveny, Y.R., T.E. Komorowski and B.M. Carlson. Early innervation of skeletal muscle during tail regeneration in amphibians. J. Exp. Zool., 260:354-370.

1992    Carlson, B.M., S. Emerick, T.E. Komorowski, E.A. Rainin and B.M. Shepard. Extraocular muscle regeneration in primates: Local anesthetic-induced lesions. Ophthalmology, 99:582-589.

1992    Toyofuku, T., J.R. Hoffman, R. Zak and B.M. Carlson. Expression of a-cardiac and a-skeletal actin mRNAs in relation to innervation in regeneration and non-regenerating rat skeletal muscles. Devel. Dynam., 193:332-339.

1992    Guelinckx, P.J., B.M. Carlson and J.A. Faulkner. Morphological characteristics of muscles grafted in rabbits with neurovascular repair. J. Reconstruc. Microsurg., 8:481-483.

1992    Arsanto, J.-P., T.E. Komorowski, F. Dupin, X. Canbit, M. Diano, J. Geraudie, B.M. Carlson and Y. Thouveny. Peripheral nervous system formation during tail regeneration in urodele amphibians: Ultrastructural and immunohistochemical studies of the origin of the cells. J. Exp. Zool., 264:273-292.

1992    Carlson, Bruce M. Strategies for health and the yoke of excellence. Advances, 8:60-62.

1993    Goldman, D., B.M. Carlson, J. Staple. Induction of adult-type in AChR gene-expression in non-innervated regenerating muscle. Neuron, 7:649-658.

1994    Faulkner, J.A., B.M. Carlson, and V.A. Kadhiresan. Review: Whole skeletal muscle transplantation: Mechanisms responsible for functional deficits. Biotech. Bioeng. 43:757-763.

1995    Adams, L., B.M. Carlson, L. Henderson, and D. Goldman. Adaptation of nicotinic acetylcholine receptor, myogenin, and MRF4 gene expression to long-term muscle denervation. J. Cell Biol., 131:1341-1349.

1995    Carlson, B.M. Factors influencing the repair and adaptation of muscles in aged individuals: Satellite cells and innervation. J. Geront., 50:96-100.

1996    Carlson, B.M., and J.A. Faulkner. The regeneration of noninnervated muscle grafts and Marcaine-treated muscles in young and old rats. J. Geront., 51:B43-B49.

1996    Carlson, B.M., L. Billington, and J.A. Faulkner. Studies on the regenerative recovery of long-term denervated muscle in rats. Restor. Neurol. and Neurosci., 10:77-84.

1996    Billington, L. and B.M. Carlson. The recovery of denervated rat extensor digitorum longus muscles after Marcaine treatment and grafting. J. Neurol. Sci., 144:147-155.

14

1997   Lu, D.-X., S.-K. Huang, and B.M. Carlson.  An electron microscopic study of long-term denervated rat skeletal muscle. Anat. Rec., 248:355-365.

1997   Viguie, C.A., D.-X. Lu, S.-K. Huang, H. Rengen, and B.M. Carlson.  A quantitative study of the effects of long-term denervation on the extensor digitorum longus muscle of the rat.  Anat. Rec., 248:346-354.

1997   Jackson, T.H., C.E. Chrisp, R.C. Dysko, and B.M. Carlson.  Spontaneous hypertrophic osteopathy associated with multiple intrathoracic lesions in a Wistar rat. Contemp. Topics. 36:68-70.

1997   Jejurikar, S.S., T.H. Welling, J.A. Zelenock, D. Gordon, W.E. Burkel, B.M. Carlson and L.M. Messina. Induction of angiogenesis by lidocaine and basic fibroblast growth factor: A model for *in vivo* retroviral-mediated gene therapy. J. Surg. Res., 67: 137-146.

1997   Carlson, B.M.:  Skeletal muscle regeneration during aging and after long-term denervation. Tsitologia, 39:965-968.

1997   Gu, X., B.M. Carlson and J.A. Faulkner.  Power measurement of denervated isografts with nerve-repair and nerve-implantation in rats.  Chinese J. Stomatol.32: 131-135

1998   Carlson, B.M., and J.A. Faulkner.  Muscle regeneration in young and old rats:  Effects of Motor Nerve Transection with and without Marcaine treatment.  J. Gerontol., 53A:B52-B57.

1998   Carlson, B.M. Stimulation of regeneration in mammals: pipe dream or realistic goal?  Wound Repair Regen. 6:425-433.

1999   Carlson, B.M.  Stem cells and cloning – What's the difference and why the fuss?  (New Anatomist) Anat Rec., 257:1-2.c

1999   Carlson, B.M. The changing face of anatomy in the United States.  Acta Anat. Nipponica, 74:497-502.

1999   Khalyfa, A., B.M. Carlson, J.A. Carlson and E Wang. Toxin injury-dependent switched expression between EF-1□ and its sister, S1, in rat skeletal muscle. Dev. Dyn. 216:267-273.

2000   Borisov, A.B. and B.M. Carlson. Cell death in denervated skeletal muscle is distinct from classical apoptosis. Anat. Rec. 258:305-318.

2000   Borisov, A.B., S.K. Huang and B.M. Carlson. Remodeling of the vascular bed and progressive loss of capillaries in denervated skeletal muscle. Anat. Rec. 258:292-304.

2000   Kostrominova, T.Y., P.C.D. Macpherson, B.M. Carlson and D. Goldman. Regulation of myogenin protein expression in denervated muscles from young and old rats. Am. J. Physiol. Regulatory Integrative Comp. Physiol. 279:R179-R188.

2001   Carlson, B.M., E.I. Dedkov, A.B. Borisov and J.A. Faulkner.  Skeletal muscle regeneration in very old rats. J. Gerontol. 56A:B1-B10.

2001   Dedkov, E.I., A.B. Borisov, T.Y. Kostrominova and B.M. Carlson. Reparative myogenesis in long-term denervated skeletal muscles of adult rats results in a reduction of the satellite cell population. Anat Rec. 263:139-154.

2001   Cederna, P.S., H. Asoto, X. Gu, J. v.d.Meulen, W.M. Kuzon, B.M. Carlson and J.A. Faulkner. Motor unit properties of nerve-intact extensor digitorum longus muscle grafts in young and old rats. J. Gerontol. 56A:B254-B258.

2001   Borisov, A.B., E.I. Dedkov, S.-K. Huang and B.M. Carlson. Interrelations of myogenic response, progressive atrophy of muscle fibers and cell death in denervated skeletal muscle. Anat. Rec. 264:203-218.

2001   Ryan, M., B.M. Carlson and K. Ohlendieck. Oligomeric status of the dihydropyridine receptor in aged skeletal muscle. Mol. Cell Biol. Res4:224-229.

2002   Dedkov, E.I., T.Y. Kostrominova, A.B. Borisov and B.M. Carlson. Resistance vessel remodeling and reparative angiogenesis in a microcirculatory bed of long-term denervated skeletal muscles. Microvasc. Res., 63:96-114.

2002   Dedkov, E.I., T.Y. Kostrominova, A.B. Borisov and B.M. Carlson. Long-term survival of Schwann cells within the intramuscular nerve sheaths of chronically denervated skeletal muscle. Acta Neuropathol., 103:565-574.

2002   Carlson, B.M. Embryology in the medical curriculum. Anat. Rec. (New Anatomist), 269:89-98.

2002   Carlson, B.M., A.B. Borisov, E. I. Dedkov, A. Khalyfa, T. Y. Kostrominova, P.C.D. Macpherson, E. Wang and J.A. Faulkner Effects of long-term denervation on skeletal muscle in old rats. J. Gerontol: Biol. Sci., 57A:B366-B734.

2002   Carlson, B.M., A. Borisov, E. Dedkov, T. Kostrominova Parallels between denervated and aging skeletal muscle. Proc. Georgian Acad. Sci., Biol. Series A, Suppl. 28:S51-S55.

2003   Dedkov, E.I., T.Y. Kostrominova, A.B. Borisov and B.M. Carlson MyoD and myogenin protein expression in skeletal muscles of senile rats. Cell Tiss. Res., 311:401-416.

2003   Carlson, B.M., A.B. Borisov, E.I. Dedkov, D. Dow and T.Y. Kostrominova The biology and restorative capacity of long-term denervated skeletal muscle. Basic Appl. Myol., 12:247-254.

2003   Carlson, B.M. Muscle regeneration in amphibians and mammals: Passing the torch. Devel. Dyn., 226:167-181.

2003   Dedkov E. I., A. B. Borisov, A. Wernig and B.M. Carlson Aging of skeletal muscle does not affect the response of satellite cells to denervation. J. Histochem. Cytochem., 51:853-863.

2003   Khalyfa, A., B.M. Carlson, E.I. Dedkov and E. Wang  Changes in protein levels of
       elongation factors, eEF1A-1 and eEF1A-2/S1, in long-term denervated rat muscle.
       Restor. Neurol. Neurosci., 21:47-53.

2003   Carlson, B.M., J. A. Carlson, E. I. Dedkov and I. McLennan  Concentration of caveolin-3
       at the neuromuscular junction in young and old rat skeletal muscle fibers.  J. Histochem.
       Cytochem., 51:1113-1118.

2003   Dedkov, E.I., A.B. Borisov, B.M. Carlson. Dynamics of postdenervation atrophy of
       young and old skeletal muscles: Differential responses of fiber types and muscle types. J
       Gerontol Ser A Biol Sci Med 58(11):984-991.

2004   Rudež M., B.M. Carlson, S. Sajko, L. Kubínova, A. Wernig and I. Eržen  Satellite cell
       frequency in cross-age transplanted rat extensor digitorum longus muscles.  Basic Appl.
       Myol., 14: 155-159.

    2004  Carlson, B.M.  Denervation and the aging of skeletal muscle.  Basic Appl. Myol.,
    14:135-139.

2005   Borisov, A.B., Dedkov, E.I., Carlson, B.M.  Abortive myogenesis in denervated skeletal
       muscle: differentiative properties of satellite cells, their migration, and block of terminal
       differentiation.  Anat. Embryol., 209:269-279.

2005   Borisov, A.B., Dedkov, E.I., Carlson, B.M.  Differentiation of activated satellite cells in
       denervated muscle following single fusions in situ and in cell culture.  Histochem. Cell
       Biol., 124:13-23.

2005   Carlson, B.M.  Some principles of regeneration in mammalian systems.  Anat. Rec. (part
       B: New Anat.), 287B:4-13.

2006   Dow, D.E., Carlson, B.M., Hassett C.A., Dennis, R.G., Faulkner, J.A.  Electrical
       stimulation of denervated muscles of rats maintains mass and force, but not recovery
       following grafting.  Restor. Neurol. Neurosci., 24:41-54.

2007   Carlson, B.M.  "The Denervated Muscle" - 45 years later.  Basic Appl. Myol., 17:113-
       118.

Abstracts and Papers Presented at Meetings:

1963   Carlson, B.M.  Effects of boiling and of lyophilization upon the ability of frog kidney
       implants to form accessory limbs in urodeles.  The Physiologist, 6:154.

1964   Carlson, B.M.  The effects of x-irradiation upon induction of supernumerary limbs in the
       newt.  Anat. Rec., 148:268.

1964   Carlson, B.M. and C.F. Morgan.  Induction of supernumerary limbs in newts by
       homogenates of frog kidney.  Anat. Rec., 148:364.

1965    Carlson, B.M.  Inhibition of limb regeneration in adult Triturus viridescens treated with actinomycin D. Anat. Rec., 151:331.

1966    Carlson, B.M.  The effects of actinomycin upon limb regeneration in the newt (in Russian).  Paper No. 5 of the All-Union Symposium on the problem of "Conditions of Regeneration of Organs and Tissues in Animals" (in Russian).

1967    Carlson, B.M.  An investigation into a method for the stimulation of regeneration of skeletal muscle.  Anat. Rec., 157:225.

1967    Carlson, B.M.  The effect of actinomycin D upon epidermal-mesodermal interactions in limb regeneration.  Am. Zool., 7:762.

1968    Carlson, B.M.  Regeneration of the completely removed rat gastrocnemius muscle from transplanted fragments.  Anat. Rec., 160:327.

1969    Carlson, B.M.  The regeneration of a limb muscle in the axolotl from minced fragments. Anat. Rec., 163:164.

1969    Carlson, B.M.  The regeneration of muscles in mammals.  Am. Zool., 9:597.

1969    Carlson, B.M.  A comparison between the tissue regeneration and the epimorphic regeneration of limb muscles.  Symposium on Regeneration Process Regulatory Mechanisms, IX International Congress of Anatomists.

1970    Carlson, B.M.  The role of function in minced muscle regeneration.  Anat. Rec., 166:288.

1971    Carlson, B.M.  Muscle morphogenesis in limb regenerates following removal of the stump musculature.  Anat. Rec., 169-289.

1972    Carlson, B.M. and E. Gutmann.  Contractile properties of minced gastrocnemius muscle regenerates in the rat. Fed. Proc., 31:324.

1972    Carlson, B.M. Inhibition of limb regeneration in the newt by means of digit implanted into the amputated limb.  Anat. Rec., 172:284.

1972    Carlson, B.M.  The role of skin in morphogenesis during limb regeneration.  Abstracts of reports for XV Morphological Congress, Brno, Czechoslovakia, p.28.

1972    Carlson, B.M.  Morphogenetic interactions between skin and underlying tissues during limb regeneration.  Am. Zool., 12:703.

1973    Grim, M. and B.M. Carlson.  Vyvoj svalu predlokti a ruky v ontogenese a pri regeneraci u axolotla (Ambystoma mexicanum).  XVI Sjezd Ceskoslovenskych morfologu. Hradec Kralove, p. 15.

1973    Carlson, B.M. and E. Gutmann.  Regeneration in freely transplanted intact muscles of the rat. Anat. Rec., 175:284.

18

1973   Carlson, B.M. The functional morphology of regenerating and transplanted mammalian muscles. J. Physiol. (London), 231:57P-58P.

1974   Carlson, B.M., S.E. Civiletto and H.G. Goshgarian. Nerve interactions and regenerative processes occurring in newt limbs fused end to end. Anat. Rec., 178:321.

1974   Grim, M. and B.M. Carlson. Development of the musculature of the forearm and hand in ontogenesis and during regeneration in the axolotl. (Czech.) Folia Morph. (Praha).

1974   Carlson B.M. Morphogenetic effects of cross-transplanted muscles upon an epimorphic regenerative process. III International Congress on Muscle Diseases, International Congress Series No. 334, Excerpta Medica, p. 117.

1975   Tank, P.W., T.G. Connelly and B.M. Carlson. A staging system for forelimb regeneration in the axolotl. Abstract, Midwest Anatomists' Meeting.

1975   Carlson, B.M. The effects of rotation and positional change of stump tissues upon morphogenesis of the regenerating axolotl limb. Anat. Rec., 181:325-326.

1976   Carlson, B.M. Morphogenesis of the regenerating limb. In Abstracts of Lectures Presented at Symposium on Polarity and Morphogenetic Fields, Hubrecht Laboratory, Utrecht, The Netherlands.

1976   Carlson, B.M. and E. Gutmann. Regeneration in free grafts of Marcaine-treated rat muscles. Anat. Rec., 184:371.

1976   Connelly, T.G. and C.M. Richards, B.M. Carlson, S.L. Rogers and E.K. Ashcraft. Scanning electron microscopy of digital and forelimb regeneration in the Kenyan reed frog, Hyperolius viridiflavis ferniquei. Am. Zool. 16:247.

1976   Carlson, B.M. A comparison between the embryonic development and regeneration of the amphibian limb. Proc. of XIX Morphological Congress, Prague, p. 19.

1976   Grim, M. and B.M. Carlson. Morphogenesis of muscle primordia in aneurogenic forelimbs in the axolotl (Ambystoma mexicanum). Proc. XIX Morphological congress, Prague, p. 20.

1976   Carlson, B.M., C.M. Richards and T.G. Connelly. Regeneration of digits and limbs in the Kenyan reed frog, Hyperolius. (Abstr.) Proc. XIX Morphological Congress, Prague, p. 21.

1976   Wagner, K.P., B.M. Carlson and S.R. Max. Developmental patterns of glycolytic enzymes in regenerating rat skeletal muscle. Neuroscience Abstr. Vol. II, p. 205.

1977   Gutmann, E. and B.M. Carlson. The regeneration of hormone-sensitive muscle in rats. Anat. Rec., 187:596.

1978   Carlson, B.M. and E. Gutmann. Retention of hormonal sensitivity in free grafts of the levator ani muscle. Anat. Rec., 190:357.

19

1978    Wagner, K.R., B.M. Carlson and S.R. Max. Reinnervation of rat extensor digitorum longus muscles after autogenous free grafting. Neurosci. Abstr.

1978    Grim, M. and B.M. Carlson. Vyvoj svalovych zakladu v denervovane regenerujici koncentine mloka (Triturus viridescens). Abstr. of 21st Czechoslovak Anat. Congress.

1979    Carlson, B.M., P. Hník, S. Tucek, R. Vejsada and D. Bader. Comparison between standard free muscle grafts and grafts with intact nerves in the rat EDL muscle. Anat. Rec.

1979    Carlson, B.M. Regeneration of vertebrate muscle. Canad. Soc. Zool.

1979    Carlson, B.M. Regeneration of axolotl limbs covered by frog skin. Am. Zool., 19:924.

1980    Carlson, B.M. and A.H. Foster, P. Hník and R. Vejsada. Restoration of full mass in nerve-intact muscle grafts after delayed reinnervation. Anat. Rec., 196:27A.

1981    Grim, M., B.M. Carlson, O. Sibliková and L. Rerábková. Degeneration and regeneration of muscle fibers after I.M. administration of local anaesthetics. Abstr. of April, 1981 meeting of Soc. Histo. - et Cytochemica Bohemoslovaca.

1981    Grim, M., B.M. Carlson and O. Sibliková. Poskozeni svalu lokalnimi anestetiky. Cas. Lek. ces., 120:974.

1981    Max, S.R., S. Mufti and B.M. Carlson. Androgen receptor in rat levator ani muscle. Neurosci. Abstr.

1981    Mrázková, O., M. Grim and B.M. Carlson. A histochemical study of the revascularization of freely autografted externa digitorum longus muscles in the rat. Soc. Histo., - et Cytochemica Bohemoslovaca Communications.

1982    Carlson, B.M. Positional memory in avian wing development. Abstr. of Finnish Society of Zoologists, meeting of April, 1982.

1982    Schwartz, J., M. Coan, M.D. Womble and B.M. Carlson. Time course of protein synthesis in regenerating skeletal muscle of the rat. J. Cell Biol., 95:376a.

1983    Carlson, B.M. The preservation of positional memory in cultured avian wing bud mesoderm. Anat. Rec., 205:30A-31A.

1983    Schwartz, J., B. Carlson, M. Moore and L. Yamasaki. Anabolic hormones and protein synthesis in regenerating rat skeletal muscle. The Physiologist.

1983    Schwartz, J., M. Moore, L. Yamasaki and B. Carlson. Comparison of in vivo and in vitro effects of anabolic hormones on protein synthesis in regenerating skeletal muscle of the rat. J. Cell Biol.

1985    Mrázková, O., M. Grim and B.M. Carlson.  Enzymatic heterogeneity of the capillary bed of rat skeletal muscles.  In Verhanglungen 80- der Deutsche Anatomishan Gesellschaft Prog.

1985    Carlson, B.M., O. Mrázková and M. Grim  Enzymatic differentiation of arterial and venous segments of the capillary bed during the development of free muscle grafts of the rat. Anat. Rec., 211:34A.

1985    Stocker, K.M., and B.M. Carlson  Preservation of positional memory in dissociated quail wing bud cells. Anat. Rec., 211:186A.

1986    Carlson, B.M.  A test of positional properties of avian wing-bud mesoderm.  Anat. Rec., 214:19A.

1986    Stocker, K.M., and B.M. Carlson  Hensen's node, but not other biological signals can polarize the developing chick wing bud.  Am. Zool., 26:12A.

1986    Carlson, B.  The reinnervation of regenerating mammalian skeletal muscle.  Control of Cell Proliferation and Differentiation during Regeneration (Abstracts), Cologne, p. 27.

1986    Carlson, B., and K. Stocker.  Positional memory in limb development and regeneration. Control of Cell Proliferation and Differentiation during Regeneration (Abstracts), Cologne, p. 38.

1987    Carlson, B.M., and J.A. Faulkner   Age of the host is an important factor in determining the sources of skeletal muscle grafts between young and old animals.  Anat. Rec., 218:20A.

1987    Okland, S., and B.M. Carlson.  Ultrastructures of local anesthetic-induced damage and regulation in rat extraocular muscle.  Anat. Rec.,18:101A.

1987    Operpriller, J.O., J.C. Oberpriller, A.M. Arefysva, V.I. Mitashov and B.M. Carlson.  1987 Nuclear characteristics of cardiac myocytes following the proliferative response to mincing of the myocardium of the adult newt.  (Abstract #774)  Am. Zool., 27 (4), 143A.

1993    Carlson, B.M., and J.A. Faulkner.  The restorative potential of long-term denervated rat muscles after transplantation into an innervated site. Anat. Rec. Abstr. p. 42.

1993    Billington, L., H. Rengen, B.M. Carlson.  An in vivo culture system for skeletal muscle regeneration.  Anat. Rec. Abstr. p. 37.

Books Written

1972    Carlson, B.M.  The Regeneration of Minced Muscles. Monographs in Developmental Biology, Vol. 4.  S. Karger AG, Basel, 130 pp.

1974    Patten, B.M. and B.M. Carlson.  Foundations of Embryology 3rd ed., McGraw-Hill, New York, 650 pp.

1981   Carlson, B.M.  Patten's Foundations of Embryology, 4th ed. McGraw-Hill Book Co., New York, 674 pp.

1983   Carlson, B. Osnovi Embriologii (Russian)  Vols. 1 & 2, Izdatel. Mir., Moscow, 746 pp.

1986   Carlson, B.M.  1986 Regeneration (In Russian).  Izdatel, Nauka, Moscow, 298 pp.

1988   Carlson, B.M.  Patten's Foundations of Embryology, 5th ed. McGraw-Hill, New York, 750 pp.

1994   Carlson, B.M.  Medical Embryology and Developmental Biology.  Mosby-Year Book, Inc., 447 pp.

1996   Carlson, B.M.  Patten's Foundations of Embryology, 6th ed., McGraw-Hill, New York, 750 pp.

1999   Carlson, B.M.  Human Embryology and Developmental Biology, 2nd ed. Mosby, St. Louis., 494 pp.

2004   Carlson, B.M.  Human Embryology and Developmental Biology, 3rd ed. Elsevier, New York, 522 pp.

2007   Carlson, B.M.  Beneath the Surface. A Natural History of a Fisherman's Lake.  Minn. Historical Society.

2007   Carlson, B.M.  Principles of Regenerative Biology.  Elsevier Academic Press, San Diego.

2009   Carlson, B.B.  Human Embryology and Developmental Biology, 4th ed. Mosby/Elsevier, Philadelphia, 541 pp.


Books Edited

1972   Carlson, B.M.  Translation editor and preface for monograph, The Loss and Restoration of Regenerative Capacity of Tissues and Organs in Animals (from Russian), by L.V. Polezhaev.  Translation published by Harvard University Press.

1974   Carlson, B.M.  Translation editor and forward for monograph, Organ Regeneration (from Russian) by L.D. Liozner.  Translation published by Consultants Bureau, 330 pp.

1977   Carlson, B.M.  Translation editor, "The Evolution of Living Organisms" (from French) by P. P. Grasse. Academic Press, New York, 297 pp.

1977   Carlson, B.M.  Preface and translation editor, "Postnatal Growth and Regeneration of Internal Organs in Vertebrates" (from Russian) by V.F. Sidorova.  Scripta Technica, New York.

1979   Mauro, A., B.M. Carlson and B. Lipton, eds.  Muscle Regeneration, Raven Press, New York, 560 pp.

1981   Connelly, T.G., L.L. Brinkley and B.M. Carlson, eds. Morphogenesis and Pattern Formation.  Raven Press, New York, 302 pp.

1981   Freilinger, G., J. Holle and B.M. Carlson, eds. Muscle Transplantation.  Springer-Verlag, Vienna, 3ll pp.

1987   Seil, F.J., E. Herbert and B.M. Carlson, eds.  Neural Regeneration.  Progr. Brain Res., Vol. 71.  Elsevier, Amsterdam, 498 pp.

1987   Easter, S.S., Barald, K.F., and Carlson, B.M.  From Message to Mind, Sinauer, 367 pp.

1988   Carlson, B.M., Translation editor and introduction to The Transplantation of Muscles in Animals, by A.N. Studitsky, 211 pp.

1990   Carlson, B.M., Translation editor and Introduction to Regeneration and Transplantation, vols. I and II (from German), by E. Korschelt, Amerind, 2021 pp.

1991   Carlson, B.M.  Translation editor of Konyukhov, B.V.  Developmental Genetics of Vertebrates (Russian).  Amerind Publ. Co.

1991   Carlson, B.M.  Translation editor and Preface to P.P. Rumyantsev, Cardiomyocytes in Processes of Reproduction, Differentiation and Regeneration (from Russian).  Gordon and Breach, London.

2010   Carlson, B.M. , ed. Stem Cell Anthology.  Elsevier/Academic Press, Amsterdam, 402 pp.

Book Chapters and Symposium Papers:

1970    Carlson, B.M.  The regeneration of entire muscles from minced fragments.  In:
Regeneration of Striated Muscle and Myogenesis, Eds. A. Mauro, S.A. Shafiq and A.T.
Milhorat, Excerpta Medica, Amsterdam, pp. 25-37.

1970    Carlson, B. M.  Histological observations on the regeneration of mammalian and
amphibian muscle.  In: Regeneration of Striated Muscle and Myogenesis, Eds. A. Mauro,
S.A. Shafiq and A.T. Milhorat, Excerpta Medica, Amsterdam.

1970    Carlson, B.M. and A. Siirala.  Replacement Therapy. Studies in Man, Medicine and
Theology, Board of Social Ministry, Lutheran Church in America, 40 pp.

1972    Carlson, B.M.  Organizational aspects of muscle regeneration.  In: Research Concepts in
Muscle Development and the Muscle Spindle, Eds. B. Banker, R. Przybylski, J. Van Der
Meulen and M. Victor.  Excerpta Medica, Amsterdam,  pp. 3-17.

1972    Carlson, B.M.  Cell and tissue interactions in regenerating muscles.  In:  Muscle Biology,
Vol. l, Ed. R.G. Cassens, Marcel Dekker, N.Y., pp. 13-45.

1973    Carlson, B.M.  A comparison between the tissue and the epimorphic regeneration of
muscles (in Russian).  In: Regulatory Mechanisms in Regeneration (Russian).  Ed. L.D.
Liozner, Izdatel. Meditsina, Moscow, pp. 51-58.

1974    Carlson, B.M.  Factors controlling the initiation and cessation of early events in the
regenerative process. In: Neoplasia and Cell Differentiation, Ed. G.V. Sherbet, S. Karger
AG, Basel, pp. 60-105.

1978    Carlson, B.M.  The regeneration of mammalian limbs and limb tissues.  In: Methods in
Mammalian Reproduction, ed. J.C. Daniel, Academic Press, New York, pp. 377-401.

1979    Carlson, B.M.  The relationship between the tissue and epimorphic regeneration of
muscle.  In: Muscle Regeneration, ed. A. Mauro, Raven Press, New York, pp. 57-71.

1979    Carlson B.M., F.M. Hansen-Smith and D.K. Magon.  The life history of a free muscle
graft.  In: Muscle Regeneration, ed. A. Mauro, Raven Press, New York, pp. 493-507.

1981    Carlson, B.M.  Introduction to symposium.  In: Morphogenesis and Pattern Formation.
Raven Press, New York, pp. 1-4.

1981    Carlson, B.M.  Summary of Symposium.  In: Morphogenesis and Pattern Formation.
Raven Press, New York, pp. 289-293.

1981    Carlson, B.M.  The biology of muscle transplantation.  In: Muscle Transplantation.
Springer-Verlag, Vienna, pp. 3-18.

1981    Carlson, B.M.  The regeneration and transplantation of entire skeletal muscles in
mammals.  In: Mechanisms of Growth Control. ed., R.O. Becker, C.C. Thomas Co.,
Springfield, Ill., pp. 27-53.

1982    Carlson, B.M.  Development of a free muscle graft.  In: Disorders of the Facial Nerve, eds. M.D. Graham and W.F. House.  Raven Press, New York, pp. 487-497.

1983    Carlson, B.M.  Positional memory in vertebrate limb development and regeneration.  In: Limb Development and Regeneration, eds. J.F. Fallon and A.I. Kaplan. Alan R. Liss, Inc., N.Y., pp. 433-443.

1983    Carlson, B.M.  The regeneration and transplantation of skeletal muscle.  In: Nerve, Tissue and Organ Regeneration: Research Perspectives. ed., F.J. Seil. Academic Press, N.Y., pp. 431-454.

1984    Carlson, B.M.  Regeneration.  Encyclopedia Americana, pp. 339-341.

1984    Carlson, B.M.  Nose.  Encyclopedia Americana, pp. 482-483.

1984    Carlson, B.M.  The Pelvis, Encyclopedia Americana.

1985    Carlson, B.M.  The pineal gland.  The Encyclopedia Americana, pp.

1986    Carlson, B.M.  Skeletal muscle - Denervation, reinnervation and regeneration.  In The Facial Nerve, ed. M. May.  Thieme-Stratton, N.Y., pp. 85-98.

1986    Carlson, B.M.  Reintegration of free muscle grafts in rats.  In Proceedings of the 2nd Vienna Muscle Symposium, eds. M. Frey and G. Freilinger. Facultas Universitatsverlag, Vienna, pp. 48-53.

1987    Carlson, B.M.  The cell.  Encyclopedia Americana, Grolier, Inc.

1987    Carlson, B.M.  Discussion of paper by Brian Hall on craniofacial development.  In Craniofacial Development, ed. J. McNamara and D.S. Carlson, UM Craniofacial Publications, pp. 23-25.

1988    Caplan, A., Carlson, B., Faulkner, J., Fischman, D., Garrett, W. Jr. 1988.  Chapter 6. Skeletal Muscle.  In Injury and Repair of the Musculoskeletal Soft Tissues, Woo, S.L.-Y., and Buckwalter, J., (eds.).  Amer. Acad. of Orthopedic Surgeons, Park Ridge, Ill., pp. 213-291.

1988    Carlson, B.M. Nerve-muscle interrelationships in mammalian skeletal muscle regeneration.  In Proceedings of Cologne Regeneration Symposium, Control of Cell Proliferation and Differentiation During Regeneration, ed. H.J. Anton, S. Karger, Basal, pp. 47-56.

1988    Carlson, B.M. Histology Section.  In: The Musculoskeletal System, Vol. 8 of The Ciba Collection of Medical Illustrations, ed., A. Brass.

1988    Carlson, B.M. Neuromuscular regeneration in mammals. In Neural Regeneration Research for the Clinician, ed. F.J. Seil, A.R. Liss, N.Y., pp. 21.

1989    Carlson, B.M.  Some aspects of regeneration in skeletal and cardiac muscle.  In Recent Trends in Regeneration Research, eds. V. Kiortsis, S. Koursoulakis and H. Wallace, Plenum Press, N.Y., pp. 147-157.

1989    Carlson, B.M.  Gene expression in regeneration - commentary.  In Recent Trends in Regeneration Research, eds. V. Kiortsis, S. Koursoulakis and H. Wallace, Plenum Press, N.Y., pp. 51-54.

1989    Carlson, B.M.  Muscle regeneration - commentary.  In Recent Trends in Regeneration Research, eds. V. Kiortsis, S. Koursoulakis and H. Wallace, Plenum Press, N.Y., pp. 175-176.

1989    Carlson, B.M., and J.A. Faulkner  Skeletal muscle regeneration and aging.  In Functional Surgery of the Head and Neck, ed. H. Kärcher, Graz, pp. 131-134.

1989    Carlson, B.M.  Cellular adaptations in regenerating skeletal muscle.  In Neuromuscular Use and Disuse, Chapman and Hall, London, pp. 121-128.

1990    Carlson, B.M.  Skeletal muscle regeneration.  In The Development and Regenerative Potential of Cardiac Muscle, eds. J. and J. Oberpriller, Harwood Publ., V. 4, 439-454.

1990    Carlson, B.M., and J.A. Faulkner  Free muscle grafts - Laboratory studies.  In The Paralyzed Face, ed. L.R. Rubin, Mosby & Co., St. Louis, pp. 40-44.

1992    Carlson, B.M. and J.A. Faulkner. Regenerating of denervated and aging muscles.  Proc. III Muscle Transplantation Symposium, ed. G. Freilinger and M. Deutinger. Blackwell-MZV, Vienna, pp. 68-70.

1992    Carlson, B.M.  Muscle regeneration and aging.  In Keys for Regeneration: Proceedings of Geneva Regeneration Conference, C. Taban and B. Boilly (eds.), Monogr. Dev. Biol., S. Karger, Basel, vol. 23, pp. 189-195.

1992    Carlson, B.M. and J.A. Faulkner. Regeneration of denervated and aging muscles.  Proc. III Muscle Transplantation Symposium, Vienna, Blackwell pp. 68-70.

1993    Thouveny, Y., Arsanto, J-P., Caubit, X., Coulon, J., Komorowski, T.E., Carlson, B., Geraudie, J.  An immunohistochemical study of the reconstruction of the peripheral nervous system during the newt tail regeneration. In: Limb Development and Regeneration, Wiley-Liss, Inc., pp. 233-242.

1995    Carlson, B.M.  Myogenic potential and the restoration of denervated muscle.  In Proceedings of 4th International Muscle Symposium, eds. M. Frey and P. Giovanoli, Universitätspital, Zurich, pp. 59-62.

1995    Asato, H., B.M. Carlson, W.M. Kuzon and J.A. Faulkner.  Motor unit properties of nerve-intact muscle grafts in old rats.  In Proceedings of 4th International Muscle Symposium, eds. M. Frey and P. Giovanoli, Universitätspital, Zurich, pp. 82-84.

1995    Carlson, B.M.  The satellite cell and muscle regeneration:  The degeneration and regeneration cycle.  S.L. Gordon, S.J. Clair and L.J. Fine, (eds). Repetitive Motion Injuries of the Upper Extremity.  Am Acad Orthpaed Surg, Rosemont, IL, pp 313-322.

1996    Carlson, B.M.  Skeletal Muscle Transplantation.  In 1996 Yearbook of Cell and Tissue Transplantation, eds. R.P. Lanza and W.L. Chick.  Kluwer Academic Publ., pp.61-67.

1998    Carlson, B.M.  Limb development and regeneration.  In: <u>Cellular and Molecular Basis of Regeneration</u>, P. Ferretti and J. Geraudie, (eds).  Wiley, pp. 45-62.

1998    Carlson, B.M.:  Principles of tissue generation and regeneration:  The life history of a muscle.  In "Distraction Osteogenesis and Tissue Engineering." C.A. Trotman, eds. Craniofacial Growth Series 34, Center for Human growth and Development, Univ. of Michigan, Ann Arbor, pp 177-197.

1998    Carlson, B.M., Markwald, R.R. Welcome to The New Anatomist (editorial). Anat. Rec. (New Anat.) 253:1.

1998    Carlson, B.M.: Interconnectedness of Anatomy (editorial). Anat. Rec. (New Anat.) 253:33.

1999    Carlson, B.M., and R. Palmer:  Histological and other morphological methods.  In G.A. Brazeau and P. Gupta, eds. "Pain, Irritation and Muscle Damage with Injectable Products."  Inter Pharm Press, pp. 177-192.

2000    Carlson, B.M., A.B. Borisov, J.A. Carlson, E. Dedkov, J.A. Faulkner, and T.Y. Kostrominova. Muscle Regeneration and aging. In Proc. 5th Internat. Muscle Symp., ed. M. Frey and R. Koller, Vienna, pp. 93-95.

2000    Carlson, B.M. Regeneration of muscle. In Encyclopedia of Life Sciences, Macmillan Ref. Ltd., London, on line.

2000    Carlson, B.M. Skeletal muscle: Denervation reinnervation and muscle transplantation. In: The Facial Nerve, 2nd ed., M. May and B.M. Schaitkin (eds.), Thieme, N.Y., pp. 81-94.

2002    Carlson, B.M.  Development.  In: Encyclopedia of Evolution, ed. M. Pagel.  Oxford Univ. Press., New York.

2003    Carlson, B.M.  Developmental mechanisms: Animal.  In: Keywords & Concepts in Evolutionary Developmental Biology, eds. B.K. Hall and W.M. Olson, Harvard Univ. Press, Cambridge, Mass., pp. 74-83.

2008    Carlson, B.M.  Muscle regeneration in animal models.  In Skeletal Muscle Repair and Regeneration, eds. S. Schiaffino and T. Partridge, Springer, Dordrecht, pp. 163-180.

<u>Fishing Articles</u>

1985    Carlson, B.M.  The cisco connection for consistent walleye fishing.  The In-Fisherman, Book No. 61:88-100.

1986   Carlson, B.M., and D. Stange 1986  Frogs and waterdogs - The "right stuff" for big bass, pike and walleyes.  The In-Fisherman, 67:43-62.

1987   Carlson, B.M.  In search of perch to catch walleyes.  Predator, Prey and Presentation. In-Fisherman, 72:178-198.

1988   Carlson, B.M.  Perch-walleye relationships.  In-Fisherman Walleye Guide (Feb.).

1989   Carlson, B.M.  Sound and vibration - a key to attracting fish.  In-Fisherman, April.

1991   Carlson, B.M.  Flats - The Home of Walleyes.  In-Fisherman Walleye Guide, pp. 59-68.

1992   Carlson, B.M.  The depth factor for walleyes.  In Fisherman Walleye Guide, pp. 70-82.

1994   Quinn, S. and B. Carlson.  The role of electricity in fishing.  In-Fisherman, 19(2):39-50.

1995   Carlson, B.M.  Those wandering walleyes.  In-Fisherman, March, pp. 79-86.

1996   Carlson, B.M.  Tracking those wandering walleyes.  In-Fisherman, Dec.-Jan.; pp. 106-112.

1996   Carlson, B.M.  A final tale of three walleyes.  In-Fisherman, 21:146-152.

1996   Carlson, B.M.  Stress injury in fishing.  Part 1 - The elbow.  In-Fisherman, 21(7):34-38.

1997   Carlson, B.M.  Stress injury in fishing - The back.  In-Fisherman, 22(1):44-53.

1997   Carlson, B.M.  Kidney damage and fishing.  In-Fisherman, 22(2):155.

1997   Carlson, B.M.  Summer whitefish on artificials.  In-Fisherman, 22(4):36-49.

1998   Carlson, B.M.  Shortline trolling for the nighttime walleyes.  Walleye Insider, 9:37-39.

1998   Carlson, B.M.  Bait Size: What turns big fish on? In-fisherman 23(4): 130-134.

1998   Carlson, B.M.  Summer Whitefish, In-Fisherman 23 (5):14.

2000   Carlson, B.M.  A fish's eye view of a lake. In-Fisherman 25(2):38-49.

2001   Carlson, B.M.  The dead fish float. In-Fisherman 26(2):13.

2001   Carlson, B.M. Foraging for walleyes. In-Fisherman 26(4):54-61.

2001   Carlson, B.M. Fish stomachs. In-Fisherman 26(4):16.

2001   Carlson, B.M. Think like a fish.  In-Fisherman, 26(5):14.

2001   Carlson, B.M. Fish communication.  In-Fisherman, 26(7):12.

2002    Carlson, B.M. Prey localization equals effective lure presentation.  In-Fisherman, 26(8):12.

2002    Carlson, B.M.  Moon madness.  In-Fisherman, 27(4):19.

2002    Carlson, B.M.  Nontraditional thinking for coldwater bass.  In-Fisherman, 27(3):26-28.

2002    Carlson, B.M.  Crankbait strategies for midsummer pike.  In-Fisherman, 27(6):50-54.

2002    Carlson, B.M.  Muskie feeding behavior.  In-Fisherman, 27(5):14.

2003    Carlson, B.M.  Fish trails.  In-Fisherman, 28(2):15.

2003    Carlson, B.M.  Bass by the hour.  In-Fisherman, 28(4):16

2003  Carlson, B.M.  Coronary artery disease in salmon and trout.  In-Fisherman, 28(5):12.

2003  Carlson, B.M.  Musical carp.  In-Fisherman, 28(6):10.

2003  Carlson, B.M.  Exhaustive exercise and recovery in fish.  In-Fisherman, 28(8):11

2004  Carlson, B.M.  Glow in the dark minnows.  In-Fisherman, 29(1):12.

2004    Carlson, B.M.  The key to catching walleyes.  Go where the baitfish are.  In-Fisherman, 29(3):38-46.

2004    Carlson, B.M.  New research on how bass strike.  In-Fisherman, 29(4):11.

2004    Carlson, B.M.  Precision nighttime trolling for summer walleyes.  In-Fisherman, 29(5):48-55.

2004    Carlson, B.M.  Anti-predator signals.  In-Fisherman, 29(5):12.

2004    Carlson, B.M.  Bat bites.  In-Fisherman, 29(5):14.

2005    Carlson, B.M.  Life below the thermocline.  In-Fisherman, 30(5):86-91.

2005    Carlson, B.M.  Prey-predator interactions.  In-Fisherman, 30(4):24.

2005    Carlson, B.M.  Stress-test largemouths.  In-Fisherman, 30(7):11.

2006    Carlson, B.M.  Electric bullheads.  In-Fisherman, 31(4):18

2006    Carlson, B.M.  Hey Cisco!  Walleye In-Sider, July-Sept., 32-33.

2006    Carlson, B.M.  Being cold-blooded.  In-Fisherman, 31(8):10.

2007    Carlson, B.M.  Observations on bass feeding.  In-Fisherman, 32(2):16.

2007    Carlson, B.M.  Surface fishing for lake whitefish.  In-Fisherman, 32(4):22.

2007    Carlson B.M.  Primetime shortlining.  Walleye Insider 18(3):58-60.

2007    Carlson, B.M.  Suction feeding by bass and bluegills. In-Fisherman, 32(5):16-17.

2007    Carlson, B.M.  Catfish spines and other sharp things.  In-Fisherman, 32(5):18.

2007    Carlson, B.M.  The nose knows.  In-Fisherman, 32(8):13.

2008    Carlson, B.M.  When a she becomes a he.  In-Fisherman, 33(2):12.

2008    Carlson, B.M.  Walleye forage factors: Perch.  Walleye In-Sider, April, pp. 60-61.

2008    Carlson, B.M.  Perch in restaurants.  In-Fisherman, 33(5):14.

2008    Carlson, B.M.  Global warming and ciscoes.  In-Fisherman, 33(5):16.

2008    Carlson, B.M.  Snakehead populations.  In-Fisherman, 33(6):16.

2009    Carlson, B.M.  Cannibalistic pike.  In-Fisherman, 34(5):12.

2009    Carlson, B.M.  Catch-and-release bass mortality.  In-Fisherman, 34(6):11.

2009    Carlson, B.M.  Hammerhandle pike.  In-Fisherman, 34(7):8.

2010    Carlson, B.M.  Poopin'pike.  In-Fisherman, 35(4):11.

2010    Carlson, B.M.  How walleyes hunt.  In-Fisherman 2010 Walleye Guide, pp.14-19.

2010    Carlson, B.M.  Fast-start swimming in pike.  In-Fisherman, 35(5):12.

2010    Carlson, B.M.  Who eats zebra mussels? In-Fisherman, 35(6):11.

2011    Carlson, B.M.  Bass eating mechanics.  In-Fisherman, 36(6):8.


Dissertations from my Laboratory:

1971    Snow, M.H.  Metabolic changes during regeneration of minced skeletal muscle in the rat.
        Ph.D. Dissertation, University of Michigan, Ann Arbor.

1971    Hsu, L.  The role of nerves in the regeneration of minced muscle in adult anurans.  Ph.D.
        Dissertation, University of Michigan, Ann Arbor.

1973    Trupin, G.L.  Ultrastructural studies on minced muscle regeneration in the frog.  Ph.D.
        Dissertation, University of Michigan, Ann Arbor.

1975    Goshgarian, H.G.  Interaction of nerves of opposite regenerating polarity in fused newt
        forelimbs.  Ph.D. Dissertation, University of Michigan, Ann Arbor.

1975   Mong, F.S.-F.  Histological and histochemical studies on the nervous influence on minced muscle regeneration of triceps surae of the rat.  Ph.D. Dissertation, University of Michigan, Ann Arbor.

1976   Tank, P.W.  The timing of morphogenetic events in the regenerating forelimb of the axolotl, <u>Ambystoma</u> <u>mexicanum</u>.  Ph.D. Dissertation, University of Michigan,  Ann Arbor.

1981   Rogers, S.L.  Muscle spindle formation and differentiation in regenerating rat extensor digitorum longus muscles.  Ph.D. Dissertation, University of Michigan, Ann Arbor.

1983   Womble, M.D.  The clustering of acetylcholine receptors and formation of neuromuscular junctions in regenerating rat skeletal muscle.  Ph.D. Dissertation, University of Michigan, Ann Arbor.

1984   Must, R.E.  Reinnervation of muscle transplants. Ph.D. dissertation, University of Michigan, Ann Arbor.

1985   Carey, F.J.  The development and organization of special motoneurons in model amphibians.  Ph.D. dissertation, University of Michigan, Ann Arbor.

1986   Loubert, P.V.  Morphological and physiological aspects of length adaptations of the soleus muscle in spinalized rats.  Ph.D. Dissertation, University of Michigan, Ann Arbor.

1987   Phillips, G.D.  Limiting factors in the successful regeneration of skeletal muscle: Myogenic cell survival, myogenic cell migration and revascularization.  Ph.D. Dissertation, University of Michigan, Ann Arbor.

1987   Stocker, K.M.  Anteroposterior patterning in avian wing bud development.  Positional signaling and positional memory.  Ph.D. Dissertation, University of Michigan, Ann Arbor.

1995   Billington, L.  Reinnervation and regeneration of denervated rat skeletal muscles.  Ph.D. Dissertation, University of Michigan, Ann Arbor.

<u>Book Reviews</u>:

1971   Carlson, B.M.  Review of <u>Regeneration</u> by S.M. Rose. Science, 174:398-399.

1973   Carlson, B.M.  Review of <u>Organ Regeneration in Animals</u> by L.V. Polezhaev (in Russian).  Ontogenesis, 4(4):435-436.

1978   Carlson, B.M.  Review of <u>Animal Asymmetry</u> by A.C. Neville, Quart. Rev. Biol., 53:184.

1978   Carlson, B.M.  Review of <u>Molecular Biology of Developmental Processes</u> by A.A. Neyfakh and M. Ya. Timofeeva, (in Russian), Gen'l Embryol. Info. Service 18(1):235.

1979    Carlson, B.M.  Review of <u>Informational Macromolecules in Early Development of Animals</u> (in Russian) by K.A Kafiani and A. A Kostomanova, Gen'l Embryol. Info. Service, 18(1):235.

1981    Carlson, B.M. Review of <u>Vertebrate Limb Regeneration</u> by H. Wallace, Nature, 293:685-6.

1982    Carlson, B.M.  Review of <u>Development and Specialization of Skeletal Muscle</u>, ed. by D.F. Goldspink, Muscle & Nerve,


<u>Book in preparation</u>:

   <u>Stem Cells and Regenerative Medicine</u>

*Full Titles of Journal Abbreviations in Bibliography:*
AAOS - American Association of Orthopaedic Surgery
Am. J. Anat. - American Journal of Anatomy
Am. Rev. Physiol. - Annual Review of Physiology
Am. Zool. - American Zoologist
Anat. Rec. - Anatomical Record
Anesth. Analg. - Anesthesia and Analgesia
Arch. Ophthalmol. - Archives of Ophthalmology
Biochem. J. - Biochemical Journal
Devel. Biol. - Developmental Biology
Dev. Dyn. -
Doklady Akad. Nauk SSSR - Doklady Akademii Nauk SSSR
Exp. Neurol. - Experimental Neurology
Fed. Proc. - Federation Proceedings
Folia Morph. - Folia Morphologica
J. Embryol. Exp. Morph. - Journal of Embryology and Experimental Morphology
J. Exp. Zool. - Journal of Experimental Zoology
J. Gerontol. – Journal of Gerontology
J. Morph. - Journal of Morphology
J. Neuro. Sci. - Journal of Neurological Sciences
Med. and Sci. in Sports and Exercise - Medicine and Science in Sports and Medicine
Microcircul. Res. - Microcirculatory Research
Mol. Cell. Biol. Res. – Molecular Cell Biology Research
Neurosci. Lett. - Neuroscience Letters
Otolaryngol. Head Neck Surg. - Otolaryngology, Head and Neck Surgery
Pflügers Arch. - Pflügers Archiv
Phys. Bohemoslov - Physiologica Bohemoslovaca
Plast. Reconstr. Surg. - Plastic and Reconstructive Surgery
Stain Technol. - Stain Technology
Z. Anat. Entwickl.-Gesch. - Zeitschrift für Anatomie und Entwicklungsgeschichte