The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED, doing business as Ralph's Thriftway, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARY SELECKY, Secretary of the Washington State Department of Health, et al.,<br><br>Defendants,<br><br>and<br><br>JUDITH BILLINGS, et al.,<br><br>Defendant-Intervenors. | NO.  C07-5374 RBL<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' OFFER OF PROOF REGARDING EXPERT TESTIMONY ON THE MECHANISM OF ACTION OF EMERGENCY CONTRACEPTIVES PLAN B AND *ELLA***<br><br>**AND**<br><br>**DEFENDANTS' RESPONSE TO DEFENDANT-INTERVENORS' OFFER OF PROOF IN ACCORDANCE WITH AMENDED ORDER REGARDING MOTIONS IN LIMINE (DKT. NO. 458)** |

Defendants respond to the Plaintiffs' Offer of Proof Regarding Expert Testimony on the Mechanism of Action of Emergency Contraceptives Plan B and *Ella* [Dkt. #496] and Defendant-Intervenors' Offer of Proof in Accordance with Amended Order Regarding

DEFENDANTS' RESPONSE TO
PLAINTIFFS' OFFER OF PROOF . . .
AND DEFENDANT-INTERVENORS'
OFFER OF PROOF . . . .
NO.  C07-5374 RBL

1

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
(360) 586-6500

1  Motions in Limine (Dkt. No. 458) [Dkt. # 493] by asserting that the mechanism of action for
2  purposes of this case is immaterial in deciding the issues before this Court in this case.
3  Defendants agree with the Court's March 15, 2011 Amended Order Regarding Motions in
4  Limine, which deemed expert testimony on this subject "not relevant to the question before
5  this Court." [Dkt. #458].

6      RESPECTFULLY SUBMITTED this 7th day of November, 2011.

7  ROBERT M. MCKENNA
   Attorney General
8

9  /s/Joyce A. Roper
   JOYCE A. ROPER, WSBA #11322
10 Senior Assistant Attorney General
   RENE TOMISSER, WSBA #17509
11 Attorney for Defendants Department of Health
   and Board of Pharmacy
12 Attorney General's Office
   P.O. Box 40109
13 Olympia, WA  98504-0109
   360-586-6500

14
15
16
17
18
19
20
21
22
23
24
25
26

DEFENDANTS' RESPONSE TO
PLAINTIFFS' OFFER OF PROOF . . .
AND DEFENDANT-INTERVENORS'
OFFER OF PROOF . . . .
NO.  C07-5374 RBL

2

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
(360) 586-6500

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2011, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kristen K. Waggoner  kwaggoner@elmlaw.com
Luke W. Goodrich  lgoodrich@becketfund.org
Steven H. Aden  saden@telladf.org
Benjamin W. Bull  bbull@telladf.org
Steven Thomas O'Ban  soban@elmlaw.com
Joyce Roper  joycer@atg.wa.gov
Alan Copsey  alanc@atg.wa.gov
Laura F. Einstein  laura.einstein@ppww.org
Lisa M. Stone  lstone@legalvoice.org
Molly A. Terwilliger  mollyt@summitlaw.com
Rima J. Alaily  rima.alaily@gmail.com
Sara Ainsworth  sainsworth@legalvoice.org
Thomas L. Boeder  tboeder@perkinscoie.com
Gretchen Freeman Cappio  gcappio@kellerrohrback.com
Rebecca Jane Roe  roe@sgb-law.com
Andrew L. Greene  agreene@perkinscoie.com
Hilary Bramwell Mohr  hmohr@riddellwilliams.com
Scott A. Smith  ssmith@riddellwilliams.com
Andrew L. Greene  agreene@perkinscoie.com
Hilary Bramwell Mohr  hmohr@riddellwilliams.com
Scott A. Smith  ssmith@riddellwilliams.com
Vanessa Soriano Power  vspower@stoel.com
Jessica M. Andrade  andrade.jessica@dorsey.com

/s/Joyce A. Roper
JOYCE A. ROPER, WSBA #11322
Senior Assistant Attorney
General Attorney for Defendants Department of Health and Board of Pharmacy
Attorney General's Office
P.O. Box 40109
Olympia, WA  98504-0109
360-586-6500

DEFENDANTS' RESPONSE TO PLAINTIFFS' OFFER OF PROOF . . . AND DEFENDANT-INTERVENORS' OFFER OF PROOF . . . .
NO.  C07-5374 RBL

3

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
(360) 586-6500