The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED, doing business as Ralph's Thriftway, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARY SELECKY, Secretary of the Washington State Department of Health, et al.,<br><br>Defendants,<br><br>and<br><br>JUDITH BILLINGS, et al.,<br><br>Defendant-Intervenors. | NO. C07-5374 RBL<br><br>DEFENDANTS' RESPONSE TO PLAINTIFFS' OFFER OF PROOF REGARDING MECHANISM OF ACTION OF EMERGENCY CONTRACEPTIVES RELATED TO THEIR RELIGIOUS BELIEFS |

Defendants respond to Plaintiffs' offer of proof regarding the basis for Plaintiffs' religious beliefs (Dkt. #495) and object to the Plaintiffs' inclusion of references and quotes from religious leaders who are not of, or from, Plaintiffs' religions. Defendants also maintain their previously briefed opposition to evidence or references to the mechanism of action for emergency contraceptives. Dkt. #425 (State Defendants' Motion in Limine); Dkt. # 458 (Amended Order Regarding Motions in Limine).

DEFENDANTS' RESPONSE TO PLAINTIFFS' OFFER OF PROOF REGARDING MECHANISM OF ACTION OF EMERGENCY CONTRACEPTIVES RELATED TO THEIR RELIGIOUS BELIEFS NO. C07-5374 RBL

1

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
(360) 586-6500

In their depositions, each Plaintiff testified that no one in a position of authority in each of their churches has professed that human life begins upon fertilization of the ovum. Declaration of Joyce A. Roper In Support of Defendants' Response to Plaintiffs' Offer of Proof Regarding Mechanism of Action of Emergency Contraceptives Related to Their Religious Beliefs (Roper Decl.), Exs. 1, 2, 3. Each Plaintiff testified that they have come to hold this belief from their individualized reading of the Bible and not as a specific tenet held or taught at their churches. Roper Decl., Exs. 1-3. Defendants object to Plaintiffs now offering proof contrary to their own testimony by suggesting that their views are aligned with religious leaders, particularly religious leaders of faiths different than their own.[1]

Kevin Stormans was a member of a Baptist church and, after filing this suit, changed to a Nazarene church. Roper Decl., Ex. 3. Mr. Stormans was asked if the belief that life begins at fertilization is shared by members of his church and he testified that it is a "feeling, or that's the position I arrived at." Roper Decl., Ex. 3.

Margo Thelen described her faith as "nondenominational Christian." Roper Decl., Ex. 2. At the time of her deposition, she was attending a Baptist church, however, acknowledged that she does not "call [her]self a Baptist" and she has previously attended nondenominational churches and Lutheran churches. Roper Decl., Ex. 2. Ms. Thelen testified that her understanding about when life began is "partly" through her study of the Bible. Roper Decl., Ex. 2. Ms. Thelen acknowledged that no one in a position of authority in her church said that dispensing Plan B was "forbidden or contrary to the faith" which she follows. Roper Decl., Ex. 2. Nor has her church taught on the subject of when life begins. Roper Decl., Ex. 2.

At the time of her deposition, Rhonda Mesler attended a Baptist church. Roper Decl., Ex. 1. Ms. Mesler acknowledged that her pastor has not taught against Plan B or emergency

---

[1] Plaintiffs quote Pope John Paul II and none of the Plaintiffs are Catholic.

DEFENDANTS' RESPONSE TO
PLAINTIFFS' OFFER OF PROOF
REGARDING MECHANISM OF ACTION
OF EMERGENCY CONTRACEPTIVES
RELATED TO THEIR RELIGIOUS
BELIEFS NO. C07-5374 RBL

2

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
(360) 586-6500

contraceptives. Roper Decl., Ex. 1. She said that her belief about Plan B is a personal belief. Roper Decl., Ex. 1.

Defendants object to Plaintiffs' Offer of Proof regarding the basis for their religious beliefs, because by referencing "leaders in the religious and scientific communities" and quoting Pope John Paul II, Plaintiffs infer that their beliefs are based on their religious leaders and the teachings of their churches, when each of them testified that these were not the teachings of the churches they attended.

RESPECTFULLY SUBMITTED this 7th day of November, 2011.

ROBERT M. MCKENNA
Attorney General

/s/Joyce A. Roper
JOYCE A. ROPER, WSBA #11322
Senior Assistant Attorney General
RENE TOMISSER, WSBA #17509
Attorney for Defendants Department of Health and Board of Pharmacy
Attorney General's Office
P.O. Box 40109
Olympia, WA 98504-0109
360-586-6500

DEFENDANTS' RESPONSE TO PLAINTIFFS' OFFER OF PROOF REGARDING MECHANISM OF ACTION OF EMERGENCY CONTRACEPTIVES RELATED TO THEIR RELIGIOUS BELIEFS NO. C07-5374 RBL

3

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
(360) 586-6500

# CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2011, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kristen K. Waggoner  kwaggoner@elmlaw.com
Luke W. Goodrich  lgoodrich@becketfund.org
Steven H. Aden  saden@telladf.org
Benjamin W. Bull  bbull@telladf.org
Steven Thomas O'Ban  soban@elmlaw.com
Joyce Roper  joycer@atg.wa.gov
Alan Copsey  alanc@atg.wa.gov
Laura F. Einstein  laura.einstein@ppww.org
Lisa M. Stone  lstone@legalvoice.org
Molly A. Terwilliger  mollyt@summitlaw.com
Rima J. Alaily  rima.alaily@gmail.com
Sara Ainsworth  sainsworth@legalvoice.org
Thomas L. Boeder  tboeder@perkinscoie.com
Gretchen Freeman Cappio  gcappio@kellerrohrback.com
Rebecca Jane Roe  roe@sgb-law.com
Andrew L. Greene  agreene@perkinscoie.com
Hilary Bramwell Mohr  hmohr@riddellwilliams.com
Scott A. Smith  ssmith@riddellwilliams.com
Andrew L. Greene  agreene@perkinscoie.com
Hilary Bramwell Mohr  hmohr@riddellwilliams.com
Scott A. Smith  ssmith@riddellwilliams.com
Vanessa Soriano Power  vspower@stoel.com
Jessica M. Andrade  andrade.jessica@dorsey.com

/s/Joyce A. Roper
JOYCE A. ROPER, WSBA #11322
Senior Assistant Attorney
General Attorney for Defendants Department of Health and Board of Pharmacy
Attorney General's Office
P.O. Box 40109
Olympia, WA  98504-0109
360-586-6500

DEFENDANTS' RESPONSE TO PLAINTIFFS' OFFER OF PROOF REGARDING MECHANISM OF ACTION OF EMERGENCY CONTRACEPTIVES RELATED TO THEIR RELIGIOUS BELIEFS NO.  C07-5374 RBL

4

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
(360) 586-6500