THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED, et al., | Civil Action No. C07-5374 |
| Plaintiffs, | PLAINTIFFS' BENCH BRIEF REGARDING WASHINGTON STATE CATHOLIC HOSPITALS AND PHARMACIES |
| vs. | |
| MARY SELECKY, Secretary of the Washington State Department of Health, et al., | |
| Defendants, | |
| and | |
| JUDITH BILLINGS, et al., | |
| Intervenors. | |

Plaintiffs submit this bench brief to provide the Court with an overview of Catholic hospitals and pharmacies in Washington State and their beliefs and practices regarding emergency contraceptives.[1]

---

[1] Plaintiffs represented to the Court that they would file this brief on December 14, 2011, but were unable to file until today when they received the signed supporting declarations from the Catholic health systems.

PLAINTIFFS' BENCH BRIEF REGARDING
WASHINGTON STATE CATHOLIC HOSPITALS
AND PHARMACIES - 1

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

*130924 (13438.00)

### A. Catholic hospitals are an integral part of the health care system.

Across the country and in Washington State, Catholic hospitals are a major component of our health care system. Nationally, Catholic hospitals account for over 12 percent of all community hospitals and over 15 percent of all hospital beds.[2] Each year, one in six patients in the United States is cared for in a Catholic hospital.[3] Each year, Catholic hospitals handle nearly 19 million emergency room visits and more than 102 million outpatient visits.[4]

Through their commitment to serve the common good and especially to care for the poor,[5] Catholic hospitals provide not only traditional health care, but also social services. Catholic hospitals provide a higher percentage of many public health and specialty services than government, for-profit, or other non-profit hospitals.[6] Such services include alcohol and drug abuse treatment, community outreach and social work services, HIV/AIDS services, and breast cancer screening and mammograms.[7]

///

---

[2] Catholic Health Association, *Catholic Healthcare in the United States, January 2011*, 1, http://www.chausa.org/WorkArea/linkit.aspx?LinkIdentifier=id&ItemID=2147489259.

[3] *Id.*

[4] *Id.* at 2.

[5] *See* United States Conference of Catholic Bishops, *Ethical and Religious Directives for Catholic Health Care Services, Fifth Edition*, 10 (citing "the biblical mandate to care for the poor"), available at http://www.usccb.org/issues-and-action/human-life-and-dignity/health-care/upload/Ethical-Religious-Directives-Catholic-Health-Care-Services-fifth-edition-2009.pdf.

[6] Catholic Health Association, 1.

[7] *Id.*

PLAINTIFFS' BENCH BRIEF REGARDING
WASHINGTON STATE CATHOLIC HOSPITALS
AND PHARMACIES - 2

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

*130924 (13438.00)

Catholic hospitals, like all hospitals, are providing an increasing amount of primary care through their emergency rooms, particularly to the poor. According to a CDC study, between 1996 and 2006 emergency room visits grew by 32 percent.[8] According to the professor who led the CDC study, it is difficult to find physicians who accept Medicaid, so the poor often turn to the emergency room for primary care.[9] As a result, Medicaid patients use the emergency room at a rate nearly four times as high as those with private insurance.[10]

Catholic hospitals are also an integral part of the health care system in Washington State. Three in ten of the State's hospital beds are in a Catholic hospital.[11] Three of Washington State's Catholic hospitals are certified as critical

---

[8] Centers for Disease Control and Prevention, National Center for Health Reports, *National Hospital Ambulatory Medical Care Survey: 2006 Emergency Department Summary*, http://www.cdc.gov/nchs/data/nhsr/nhsr007.pdf.

[9] American Academy of Family Physicians, *Emergency Room Visits Climb Amid Primary Care Shortages, Study Results Show*, http://www.aafp.org/online/en/home/publications/news/news-now/health-of-the-public/20080827er-visits.html.

[10] Centers for Disease Control and Prevention, 3 ("The visit rate for Medicaid patients (82 per 100 persons with Medicaid) was higher than the rate for those with . . . private insurance (21 per 100 persons with private insurance.").

[11] Washington State Department of Health, Center for Health Statistics, *Hospital Data: Volumes*, http://www.doh.wa.gov/EHSPHL/hospdata/YearEnd/2010/Volume%202010.xls. Data for Providence St. Mary Medical Center is separately available at Washington State Department of Health, *2011 Providence St. Mary Medical Center Budget Report*, www.doh.wa.gov/ehsphl/hospdata/Budget/2011/2011-050.xls.

A full list of Washington State hospitals, grouped by health system, is available at Washington State Hospital Association, *Health Systems with Washington Hospitals*, www.doh.wa.gov/ehsphl/ hospdata/Budget/2011/2011-050.xls.

The following Washington State hospitals identify themselves as Catholic hospitals:

- Ascension Health: Lourdes Medical Center;

PLAINTIFFS' BENCH BRIEF REGARDING WASHINGTON STATE CATHOLIC HOSPITALS AND PHARMACIES - 3

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

*130924 (13438.00)

access hospitals, a designation created by Congress to assure access to health care in rural areas.[12]

### B. Catholic hospitals operate under the Ethical and Religious Directives for Catholic Health Care Services.

Catholic hospitals operate under the Ethical and Religious Directives for Catholic Health Care Services ("Ethical and Religious Directives" or "Directives").[13] The Directives are produced by the United States Conference of Catholic Bishops to "reaffirm the ethical standards of behavior in health care that flow from the Church's teaching on the dignity of the human person" and "provide authoritative guidance on certain moral issues that face Catholic health care today."[14]

---

- Franciscan Health System: St. Anthony Hospital, St. Clare Hospital, St. Elizabeth Hospital (formerly Enumclaw Regional Hospital), St. Francis Hospitals, and St. Joseph Medical Center;
- PeaceHealth: PeaceHealth Southwest Medical Center, PeaceHealth Memorial Hospital (a separate campus of PeaceHealth Southwest Medical Center), PeaceHealth St. John Medical Center, and PeaceHealth St. Joseph Medical Center; and
- Providence Health & Services: Providence Centralia Hospital; Providence Holy Family Hospital, Providence Mount Carmel Hospital, Providence Regional Medical Center Everett – Colby Campus, Providence Regional Medical Center Everett – Pacific Campus, Providence Sacred Heart Medical Center & Children's Hospital, Providence St. Joseph's Hospital, Providence St. Mary Medical Center, and Providence St. Peter Hospital.

[12] Washington State Department of Health, *Rural Health Programs*, http://www.doh.wa.gov/hsqa/ocrh/cah/cah399.html.

[13] United States Conference of Catholic Bishops, *Ethical and Religious Directives for Catholic Health Care Services, Fifth Edition*, available at http://www.usccb.org/issues-and-action/human-life-and-dignity/health-care/upload/Ethical-Religious-Directives-Catholic-Health-Care-Services-fifth-edition-2009.pdf.

[14] Decl. of John Brehany, Ex. Dir. and Ethicist, Catholic Medical Ass'n (Ex. A), ¶ 6, quoting *Directives* at 4.

PLAINTIFFS' BENCH BRIEF REGARDING
WASHINGTON STATE CATHOLIC HOSPITALS
AND PHARMACIES - 4

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

*130924 (13438.00)

The Ethical and Religious Directives state, among other things, that "Catholic health care institutions are not to provide abortion services, even based upon the principle of material cooperation."[15] Further, the Directives define abortion as "the termination of pregnancy before viability . . . includ[ing] the interval between conception and implantation."[16]

Pope Benedict XVI has encouraged Catholic pharmacists to advocate for their right of conscientious objection, specifically the right "not to collaborate either directly or indirectly by supplying products for the purpose of decisions that are clearly immoral such as, for example, abortion or euthanasia."[17]

The Ethical and Religious Directives permit Catholic health care institutions to treat sexual assault victims with emergency contraception under certain conditions. The Directives state that "[a] female who has been raped should be able to defend herself against a potential conception from the sexual assault."[18]

After "appropriate testing" shows "no evidence that conception has occurred already," a Catholic hospital may treat a sexual assault victim with "medications that would prevent ovulation, sperm capacitation, or fertilization."[19] It is "not

---

[15] *Id.* ¶ 7, quoting *Directives* ¶ 45.

[16] *Id.* ¶ 7, quoting *Directives* ¶ 45.

[17] *Id.* ¶ 8, quoting *Address of His Holiness Benedict XVI to Members of the International Congress of Catholic Pharmacists* (Oct. 29, 2007), available at http://www.vatican.va/holy_father/benedict_xvi/speeches/2007/october/documents/hf_ben-xvi_spe_20071029_catholic-pharmacists_en.html.

[18] *Id.* ¶ 9, quoting *Directives* ¶ 36.

[19] *Id.* ¶ 10, quoting *Directives* ¶ 36.

PLAINTIFFS' BENCH BRIEF REGARDING
WASHINGTON STATE CATHOLIC HOSPITALS
AND PHARMACIES - 5

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

*130924 (13438.00)

permissible, however, to initiate or recommend treatments" that could cause "the removal, destruction, or interference with the implantation of a fertilized ovum."[20]

According to Catholic moral teaching, "a law that requires a health care institution or professional to violate a judgment of conscience—particularly in a matter as serious as cooperation in the destruction of innocent human life—is an unjust law, and one is not morally bound to obey it.[21]

The Ethical and Religious Directives also require Catholic health care institutions to "respect the diocesan bishop's pastoral responsibility."[22] The Directives state that, "[a]s teacher, the diocesan bishop ensures the moral and religious identity of the health care ministry."[23] In August 2006, the Washington State Catholic Conference, which represents the Catholic Bishops of Washington State, issued a statement on "Conscience and Pharmacists' Responsibilities."[24] The bishops' statement says that "in some cases [Plan B] may induce abortion by preventing implantation" and that the Catholic Church "supports pharmacists, especially those who follow Catholic moral teaching, who uphold their right to act

---

[20] *Id.*, quoting *Directives* ¶ 36.
[21] *Id.* ¶ 12, citing *Catechism of the Catholic Church* §§ 1778, 1795, 2242 (2d ed. 2000).
[22] *Id.* ¶ 11, quoting *Directives* ¶ 37.
[23] *Id.*, quoting *Directives* at 8.
[24] Washington State Catholic Conference, *Conscience and Pharmacists' Responsibilities* (Aug. 2006), www.thewscc.org/images/stories/Resources/Statements/cons.pdf.

PLAINTIFFS' BENCH BRIEF REGARDING
WASHINGTON STATE CATHOLIC HOSPITALS
AND PHARMACIES - 6

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

*130924 (13438.00)

according to the dictates of their conscience when asked to dispense such drugs."[25]

### C. Washington Catholic hospitals do not stock or dispense emergency contraceptives except as permitted under the Ethical and Religious Directives.

Franciscan Health System, Providence Health & Services, and PeaceHealth are the three largest Catholic hospital networks in Washington State.[26] Together, these Catholic health systems are responsible for 18 hospitals, 17 inpatient pharmacies, and 15 outpatient or retail pharmacies in Washington State.[27]

In their declarations filed with this brief, Timothy Lynch for Franciscan Health System, Scott Jamieson for Providence Health & Services, and Bridget Carney for PeaceHealth state that their policies prohibit their pharmacies from stocking or dispensing *ella*; inpatient pharmacies may stock Plan B, but only for treatment of sexual assault victims, and even then only in conformity with the Ethical and Religious Directives.[28] Only one Catholic inpatient pharmacy has stocked *ella* for any reason, and that situation has now been addressed.[29] Some

---

[25] *Id.*

[26] *See supra*, n. 11. Plaintiffs did not secure a declaration concerning Lourdes Medical Center, the only Washington State Catholic hospital not managed by Franciscan Health System, Providence Health & Services, or PeaceHealth.

[27] Decl. of Timothy Lynch, Franciscan Health Systems ("Franciscan Decl.") (Ex. B) ¶ 3; Decl. of Scott Jamieson, Providence Health & Systems ("Providence Decl.") (Ex. C) ¶ 3; Decl. of Bridget Carney, Peacehealth ("PeaceHealth Decl.") (Ex. D) ¶¶ 1, 3.

[28] Franciscan Decl. ¶ 5-7; Providence Decl. ¶ 6-8; PeaceHealth Decl. ¶ 5-8.

[29] Franciscan Decl. ¶ 7; Providence Decl. ¶ 8; PeaceHealth Decl. ¶ 13.

PLAINTIFFS' BENCH BRIEF REGARDING
WASHINGTON STATE CATHOLIC HOSPITALS
AND PHARMACIES - 7

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

*130924 (13438.00)

Catholic outpatient or retail pharmacies were found to be stocking Plan B in violation of hospital policy, but those situations have all been corrected.[30]

### D. Neither Governor Gregoire's office nor the Washington Department of Health involved Catholic organizations in the rulemaking process.

Although Governor Gregoire's office was aware that the Catholic Church objected to the Governor's plan to eliminate pharmacies' and pharmacists' right to refer for reasons of conscience, no Catholic organizations were invited to or included on the Governor's "stakeholder task force." The Washington State Catholic Conference wrote Governor Gregoire in March 2006 to express the Church's concern that the Governor's proposed rule would interfere with the religious freedom of health care professionals to "provide healthcare service in a manner consistent with their moral beliefs."[31] However, when the Governor's office assembled its "stakeholder task force" that summer, it included *three separate* women's rights groups—Planned Parenthood, NARAL, and Northwest Women's Law Center—but no representatives of any religious organization with conscientious objections to emergency contraception.[32] The Board of Pharmacy's executive director at the time, Steve Saxe, knew that Catholic hospitals had

---

[30] Franciscan Decl. ¶ 8; Providence Decl. ¶ 9; PeaceHealth Decl. ¶ 9-12.

[31] Letter from Sr. Sharon Park, OP, Exec. Dir. Wash. St. Cath. Conf., to Gov. Christine Gregoire (Mar. 15, 2006) (GOV0002510) (Ex. E).

[32] *See* Pls' Ex. 198, Email from Steve Saxe to Laure Jinkins, *et al.* (Aug. 24, 2006) (naming attendees at Aug. 23, 2006, meeting of stakeholder task force).

PLAINTIFFS' BENCH BRIEF REGARDING
WASHINGTON STATE CATHOLIC HOSPITALS
AND PHARMACIES - 8

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

*130924 (13438.00)

pharmacies.³³ But in the discussions leading up to the Board's decision to pass the pharmacy and pharmacist responsibility rules, the Board did not discuss the impact they would have on Catholic hospitals and pharmacies.³⁴

### E. The Board of Pharmacy has not inquired into whether Catholic pharmacies stock Plan B and *ella*.

More than three and a half years after the Washington State Catholic Conference of Bishops filed a brief in this case, and more than two years after the Ninth Circuit struck down this Court's preliminary injunction, the Board of Pharmacy has still not inquired into whether Catholic pharmacies are declining to stock Plan B and *ella*. The Conference filed an amicus brief with the Ninth Circuit in April 2008 stating that it "holds a sincere religious belief that life begins at conception and that Plan B prevents implantation and can destroy innocent human life."³⁵ The Catholic bishops' brief also asserted "the right of pharmacists and pharmacy owners to follow their consciences when asked to dispense Plan B."³⁶ In October 2009, the Ninth Circuit vacated this Court's preliminary injunction, which had enjoined Defendants from enforcing the rules at issue in this case against pharmacies or pharmacists with conscientious

---

³³ Realtime Transcript of Proceedings, Nov. 30, 2011, 40:16-23 (Court's examination of Steve Saxe) (Ex. F).

³⁴ Realtime Transcript of Proceedings, Dec. 9, 2011, 113:10-13 (Court's examination of Susan Boyer) (Ex. G).

³⁵ Brief of Amicus Curiae Washington State Catholic Conference of Bishops at 1, *Stormans, Inc.* v. *Selecky*, 586 F.3d 1109 (Nos. 07-36039, 07-36040) (Ex. H.).

³⁶ *Id.* at 3.

PLAINTIFFS' BENCH BRIEF REGARDING
WASHINGTON STATE CATHOLIC HOSPITALS
AND PHARMACIES - 9

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

*130924 (13438.00)

objections to Plan B.[37] However, Susan Boyer, who has been the Board of Pharmacy's Executive Director since before the injunction was lifted, who was a Board member at the time the regulations at issue were finalized, and who acknowledges that the regulations apply with equal force and effect on the Catholic pharmacies, testified that she still has not contemplated the relationship between the Board's 2007 rules and Catholic pharmacies.[38]

## CONCLUSION

Catholic health systems play a crucial role in providing health care services in Washington, including to the poor. These religious-based health systems prohibit their pharmacies from stocking or dispensing emergency contraceptives in their outpatient or retail pharmacies. Their inpatient pharmacies are allowed to dispense Plan B only for treatment of sexual assault victims, and even then only after appropriate testing in accordance with the Ethical and Religious Directives. The Board has known that Catholics have conscientious objections to providing emergency contraception on demand since at least 2006.

Intervenors assert that they called ten Catholic pharmacies, and three stocked Plan B.[39] Because Intervenors failed to identify these pharmacies, their

---

[37] *Stormans, Inc.* v. *Selecky*, 586 F.3d 1109, 1142 (9th Cir. 2009); *Stormans, Inc.* v. *Selecky*, 524 F. Supp. 2d 1245, 1266 (W.D. Wash. 2007). By order of this Court, and by Defendants' stipulation, "the State Defendants will not take investigative or enforcement action against Plaintiffs or their employers under WAC 246-863-095(4)(d) or WAC 246-869-010(4)(d) until a trial on the merits has concluded." Dkt. 355 at 2.

[38] Realtime Transcript of Proceedings, Dec. 9, 2011, 116:17-20 (Court's examination of Susan Boyer).

[39] Dkt. 523 at 5, Ex. C.

PLAINTIFFS' BENCH BRIEF REGARDING
WASHINGTON STATE CATHOLIC HOSPITALS
AND PHARMACIES - 10

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

*130924 (13438.00)

claims are impossible to address. But the most important facts are those Intervenors overlook: The vast majority of the Catholic pharmacies they contacted did not stock or dispense Plan B; those that allegedly did were in violation of their hospitals' conscientious beliefs and established policies; and once notified, Catholic hospitals promptly addressed the situation and ensured that their pharmacies are now compliant with the Ethical and Religious Directives.

In any event, even if there were isolated instances of noncompliance with the Directives, that does not change what the official policy of the Catholic hospitals in Washington is, nor does it change an undeniable fact that goes to the heart of this case: Catholic outpatient and retail pharmacies across the state will not stock or dispense Plan B and *ella*, regardless of how many patients request it.

The policies of Catholic hospitals and pharmacies are grounded in a deeply-held religious conviction that life begins at conception. The Plaintiffs share this belief. But unlike the Plaintiffs, the Board has made no effort to investigate or enforce the subject regulations against any of these Catholic pharmacies. This provides yet another example of how the Regulations do not operate in a neutral and generally applicable manner.

*///*

*///*

*///*

*///*

PLAINTIFFS' BENCH BRIEF REGARDING
WASHINGTON STATE CATHOLIC HOSPITALS
AND PHARMACIES - 11

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

*130924 (13438.00)

Respectfully submitted on December 16, 2011.

By: s/ Kristen K. Waggoner
Kristen K. Waggoner, WSBA # 27790
kwaggoner@elmlaw.com
Steven T. O'Ban, WSBA # 17265
soban@elmlaw.com
ELLIS, LI & McKINSTRY PLLC
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
(206) 682-0565
Fax: (206) 625-1052

THE BECKET FUND FOR
RELIGIOUS LIBERTY
Luke W. Goodrich, D.C. Bar # 977736
Eric Kniffin, D.C. Bar # 999473
3000 K Street, NW, Suite 220
Washington, DC 20036
(202) 955-0095

PLAINTIFFS' BENCH BRIEF REGARDING
WASHINGTON STATE CATHOLIC HOSPITALS
AND PHARMACIES - 12

ELLIS, LI & McKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

*130924 (13438.00)