# EXHIBIT A

THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

STORMANS, INCORPORATED, et al.,

Plaintiffs,

vs.

MARY SELECKY, Secretary of the Washington State Department of Health, et al.,

Defendants,

and

JUDITH BILLINGS, et al.,

Intervenors.

Civil Action No. C07-5374

DECLARATION OF JOHN BREHANY

I, John Brehany, Ph.D., S.T.L, make the following Declaration under penalty of perjury and pursuant to 28 U.S.C. §1746:

1. I am, and since September 2006, have served as, the Executive Director and Ethicist for the Catholic Medical Association ("CMA"), 29 Bala Ave., Suite 205, Bala Cynwyd, PA 19004-3206. The CMA has approximately 1,600 members.

2. The CMA was founded in 1932 and is the largest association of Catholic physicians in North America. The CMA exists to uphold the principles of the Catholic faith in the science and practice of medicine. One of the purposes of the CMA is also to support Catholic hospitals in faithfully applying Catholic

moral principles in health care delivery.[1]

3. As CMA's Executive Director and Ethicist, my responsibilities include overseeing all operations of the CMA, providing guidance on health care ethics for individual members and on public policy issues, supporting membership and guild development, serving as CMA's spokesman to the media, and coordinating publications, advertising, and ongoing development of the Catholic Medical Association.

4. Before joining the Catholic Medical Association, I served as the Executive Director of Mission Services and Ethics for Mercy Medical Center, Sioux City, Iowa, where I was responsible for mission integration, ethics consultation and education, pastoral care, and the community benefit ministry program. From 1992 to 1997 I taught courses in systematic and moral theology at Mount Angel Seminary in St. Benedict, Oregon.

5. I received a received a Ph.D. in Health Care Ethics from Saint Louis University in 2003, a Licentiate in Sacred Theology from the John Paul II Institute for Studies on Marriage and Family in Washington, D.C. in 1991, and a M.A. in Philosophy from University of St. Thomas, Houston, Texas in 1987.

6. The CMA's ethical guidance to Catholic medical professionals and hospitals is guided by the teachings of the Catholic Church as found in the Catechism of the Catholic Church (CCC) and, in particular, by the Ethical and Religious

---

[1] Catholic Medical Association, *Mission & Purpose*, http://www.cathmed.org/about/background/mission_purpose/.

Directives for Catholic Health Care Services ("Ethical and Religious Directives"),[2] a document issued by the United States Conference of Catholic Bishops. The Ethical and Religious Directives "reaffirm the ethical standards of behavior in health care that flow from the Church's teaching on the dignity of the human person" and "provide authorization guidance on certain moral issues that face Catholic health care today."[3]

7. The Ethical and Religious Directives state, among other things, that "Catholic health care institutions are not to provide abortion services, even based upon the principle of material cooperation."[4] Further, the Ethical and Religious Directives define abortion as "the termination of pregnancy before viability . . . includ[ing] the interval between conception and implantation."[5]

8. Pope Benedict XVI has encouraged Catholic pharmacists to advocate for their right of conscientious objection, specifically the right "not to collaborate either directly or indirectly by supplying products for the purpose of decisions that are clearly immoral such as, for example, abortion or euthanasia."[6]

---

[2] United States Conference of Catholic Bishops, *Ethical and Religious Directives for Catholic Health Care Services, Fifth Edition*, available at http://www.usccb.org/issues-and-action/human-life-and-dignity/health-care/upload/Ethical-Religious-Directives-Catholic-Health-Care-Services-fifth-edition-2009.pdf.

[3] *Id.* at 4.

[4] *Id.* ¶ 45.

[5] *Id.*

[6] *Address of His Holiness Benedict XVI to Members of the International Congress of Catholic Pharmacists* (Oct. 29, 2007), available at http://www.vatican.va/holy_father/benedict_xvi/speeches/2007/october/documents/hf_ben-xvi_spe_20071029_catholic-pharmacists_en.html.

9. The Ethical and Religious Directives permit Catholic health care institutions to treat sexual assault victims with emergency contraception under certain conditions. The Directives state that "[a] female who has been raped should be able to defend herself against a potential conception from the sexual assault."[7]

10. After "appropriate testing" shows "no evidence that conception has occurred already," a Catholic hospital may treat a sexual assault victim with "medications that would prevent ovulation, sperm capacitation, or fertilization."[8] It is "not permissible, however, to initiate or recommend treatments" that could cause "the removal, destruction, or interference with the implantation of a fertilized ovum."[9]

11. The Ethical and Religious Directives also require Catholic health care institutions to "respect the diocesan bishop's pastoral responsibility."[10] The Directives state that, "[a]s teacher, the diocesan bishop ensures the moral and religious identity of the health care ministry."[11]

---

[7] *Id.* ¶ 36.
[8] *Id.*
[9] *Id.*
[10] *Id.* ¶ 37.
[11] *Id.* at 8.

12. In the judgment of the Catholic moral tradition, a law that requires a health care institution or professional to violate a judgment of conscience—particularly in a matter as serious as cooperation in the destruction of innocent human life—is an unjust law, and one is not morally bound to obey it.[12]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on DECEMBER 15, 2011 by _____
    Dr. John Brehany, Ph.D., S.T.L

---

[12] *See Catechism of the Catholic Church* §§ 1778, 1795, 2242 (2d ed. 2000).