# EXHIBIT C

THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MARY SELECKY, Secretary of the Washington State Department of Health, et al.,<br><br>Defendants,<br><br>and<br><br>JUDITH BILLINGS, et al.,<br><br>Intervenors. | Civil Action No. C07-5374<br><br>**DECLARATION OF SCOTT JAMIESON** |

I, Scott Jamieson, make the following Declaration under penalty of perjury and pursuant to 28 U.S.C. §1746:

1. I am, and since May, 2004, have served as the System Director of Pharmacy for Providence Health & Services ("Providence"), 1801 Lind Ave. SW, Renton, WA 98057.

2. Providence is a not-for-profit Catholic health care ministry currently serving communities in Alaska, California, Montana, Oregon, and Washington. Providence was founded in 1856 by the Sisters of Providence.

3. Currently, Providence operates nine hospitals and eight retail and outpatient pharmacies in the State of Washington. Each hospital also has a separate inpatient pharmacy.

4. Providence serves approximately 22,300 customers per year in its retail and outpatient pharmacies.

5. As System Director of Pharmacy, my responsibilities include oversight of Providence's system-wide pharmacy resource council, and facilitating best practice collaboration and sharing with respect to pharmacy operations. I am knowledgeable and familiar with the policies and practices of Providence's inpatient and retail and outpatient pharmacies in the State of Washington.

6. As a Catholic health care organization, Providence's pharmacy operations are conducted in accordance with the Ethical and Religious Directives for Catholic Health Care Services ("Ethical and Religious Directives").[1]

7. The Ethical and Religious Directives state, among other things, that "Catholic health care institutions are not to provide abortion services, even based upon the principle of material cooperation." *Id.* at ¶ 45. Further, the Ethical and Religious Directives define abortion as "the termination of pregnancy before viability . . . includ[ing] the interval between conception and implantation." *Id.*

---

[1] United States Conference of Catholic Bishops, *Ethical and Religious Directives for Catholic Health Care Services, Fifth Edition*, available at http://www.usccb.org/issues-and-action/human-life-and-dignity/health-care/upload/Ethical-Religious-Directives-Catholic-Health-Care-Services-fifth-edition-2009.pdf.

8. Based on the Ethical and Religious Directives and the current science regarding the mechanism of action of Plan B and *ella*, Providence:

   a. does not stock or dispense *ella* in its pharmacies; and

   b. allows its inpatient pharmacies to stock and dispense Plan B, but only for provision to sexual assault victims following a determination that conception has not occurred.

9. I have spoken to pharmacists staffed in Providence's Washington State pharmacies and confirmed that none stock *ella*, and that none of the retail and outpatient pharmacies stock Plan B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2011 by _____
                                    Scott Jamieson