# EXHIBIT F

```
 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
 2                       AT TACOMA

 3
    STORMANS, INCORPORATED, doing    )
 4  business as RALPH'S THRIFTWAY;   )
    RHONDA MESLER; and MARGO THELEN, )   Docket No. C07-5374RBL
 5                                   )
                   Plaintiffs,       )   Tacoma, Washington
 6                                   )   November 30, 2011
           v.                        )
 7                                   )
    MARY SELECKY, Acting Secretary of)   VOLUME 3
 8  the Washington State Department  )
    of Health, et al,                )
 9                                   )   ROUGH DRAFT
                   Defendants.       )
10  _____)

11

12              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE RONALD B. LEIGHTON
13           UNITED STATES DISTRICT COURT JUDGE.

14
    APPEARANCES:
15
    For the Plaintiffs:        KRISTEN K. WAGGONER
16                             STEVEN T. O'BAN
                               KATHERINE L. ANDERSON
17                             Ellis, Li & McKinstry
                               Market Place Tower
18                             2025 First Avenue, Penthouse A
                               Seattle, Washington  98121-3125
19
                               ERIC N. KNIFFIN
20                             LUKE W. GOODRICH
                               Becket Fund for Religious Liberty
21                             3000 K Street Northwest, Suite 220
                               Washington, DC 20007
22
    Court Reporter:            Teri Hendrix
23                             Union Station Courthouse, Rm 3130
                               1717 Pacific Avenue
24                             Tacoma, Washington  98402
                               (253) 882-3831
25  Proceedings recorded by mechanical stenography, transcript
    produced by Reporter on computer.
```

ROUGH DRAFT ONLY -- NOT A CERTIFIED COPY!!!!!!!!!!!!!!

**APPEARANCES CONTINUED:**

For the State Defendants:  RENE D. TOMISSER
Attorney General's Office
7141 Cleanwater Drive Southwest
PO Box 40126
Olympia, Washington  98504-0126

JOYCE A. ROPER
Attorney General's Office
Agriculture & Health Division
Post Office Box 40109
Olympia, Washington  98504-0109

For the Defendant
Intervenors:  THOMAS L. BOEDER
ANDREW L. GREENE
KATHERINE DEWEESE BENNETT
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099

REALTIME UNEDITED TRANSCRIPT IN STORMANS v. SELECKY

A transcript of proceedings in the above-entitled matter is being delivered UNEDITED and UNCERTIFIED by the official court reporter at the request of counsel.
     The purchaser agrees not to disclose this realtime unedited transcript in any form, written or electronic, to anyone who has no connection to this case.  This is an unofficial transcript which should NOT be relied upon for purposes of verbatim citation of testimony, nor shall it be cited or used in any way or at any time to rebut or contradict the official record or certified transcript of the proceedings.  The purchaser agrees to use this realtime draft only for the purpose of augmenting counsel's notes and NOT to quote from or cite it in any court proceeding.
     This transcript has not been checked, proofread, or corrected.  It is a draft transcript, NOT a certified transcript.  As such it may contain computer-generated mistranslations of Stenotype code or electronic transmission errors, resulting in inaccurate or nonsensical word combinations or untranslated Stenotype or nonsensical word combinations or untranslated Stenotype symbols which cannot be deciphered by non-Stenotypists.
     Corrections will be made during the preparation of a certified transcript, resulting in differences in content, page and line numbers, punctuation, and formatting.

ROUGH DRAFT ONLY -- NOT A CERTIFIED COPY!!!!!!!!!!!!!!!

1        THE COURT: I have got a few because I want to
2  understand what has been done here.
3                        EXAMINATION
4  BY THE COURT:
5  Q. The pharmacist rule applies to all pharmacists, correct?
6  A. Correct.
7  Q. The pharmacy rule applies to all pharmacies?
8  A. Correct.
9  Q. All pharmacies?
10 A. Yes.
11 Q. And the stocking rule applies to all drugs except for
12 Epicac, which is the one drug that has to be available at
13 every pharmacy, whether it's a formulary, a niche, a community
14 or hospital, correct?
15 A. I believe that's the way it's written, yes.
16 Q. Now, the rules apply to Catholic hospitals, pharmacies,
17 correct?
18 A. Correct.
19 Q. Does each hospital in the Catholic system, the St. Joe's,
20 St. Peters, Sacred Heart, Providence, do they have a pharmacy
21 in their hospital?
22 A. I don't know if all of them do, but quite a few of them
23 do.
24 Q. Do you know -- do you know whether or not a pharmacy is an
25 accreditation issue for a hospital?

ROUGH DRAFT ONLY -- NOT A CERTIFIED COPY!!!!!!!!!!!!!!!

1  A.   An inpatient pharmacy -- let me clarify.  When you said
2  pharmacy, many of them have an inpatient and outpatient
3  pharmacy.
4  Q.   You have to have a pharmacy?
5  A.   You have to have the inpatient -- you have to have
6  pharmaceutical services.  Most of them do that through an
7  inpatient pharmacy.
8  Q.   Do the hospitals stock contraceptives including emergency
9  contraceptions?
10 A.   I don't know if they do.
11 Q.   You don't?
12 A.   I don't.
13 Q.   Do you know if they incorporate their faith in their
14 mission statements?
15 A.   I am assuming they do.
16 Q.   You do not know whether or not they stock in the pharmacy,
17 as opposed to the emergency room, stock --
18 A.   Again, inpatient versus outpatient, many of them have
19 outpatient pharmacies.  I don't know if they have those
20 products in there or not.
21 Q.   In the rule-making process, do the Franciscans or the
22 Sisters of Providence or Sacred Heart involve the stakeholders
23 to participate in the rule-making?
24 A.   I would have to go look at who was part of the testimony.
25 We sent information out on our list serve that goes out to

ROUGH DRAFT ONLY -- NOT A CERTIFIED COPY!!!!!!!!!!!!!!!

1  people that sign up for it, so I don't know if they were
2  involved directly or not.
3  Q. What percentage of the hospital beds in the state are
4  provided by Catholic hospitals roughly?
5  A. Well, that's changing as we talk.
6  Q. Right.
7  A. I don't even know if I could make a guess.
8  Q. A significant proportion of the hospital beds in this
9  state, aren't they?
10 A. I would guess maybe 20 percent, but I would have to verify
11 that. There's additional affiliations being considered.
12 Q. If the nature of the community in the area around some of
13 the Catholic hospitals are low or middle income to below, like
14 Providence, St. Joe's, Sacred Heart, they have in their
15 community young women of child bearing age, does the hospital
16 have an obligation to anticipate the needs of the community?
17 A. I think for that outpatient pharmacy, the outpatient
18 pharmacy would.
19 Q. So if someone comes to the pharmacy and asks the pharmacy
20 for Plan B, they would have to deliver Plan B, wouldn't they?
21 A. They might have to.
22 Q. They could not refer it to the emergency room, could they?
23 A. I don't know how they might work if they are under the
24 same license or not.
25 Q. The issue is the public has a right to not encounter delay

ROUGH DRAFT ONLY -- NOT A CERTIFIED COPY!!!!!!!!!!!!!!!

1  or discrimination when getting a prescription filled, so says
2  *Seattle Times*, in a more genteel way than in Chicago, change
3  of heart are best pursued through a new line of work.
4      If the hospital declines to stock Plan B, does their
5  denial impact licensure of their pharmacy?
6  A.  It might be a violation.  Looking at the -- again, in that
7  outpatient pharmacy, and that impacts -- the action would be
8  against a pharmacy license.
9  Q.  So the pharmacy would close?
10 A.  That could be one option.
11 Q.  What would the other option be?
12 A.  It would depend on the Board what actions they might want
13 to take.
14 Q.  Is it that subjective -- I mean, you've got one choice.
15 They are going to adhere to their faith, and they are going to
16 deny stocking Plan B.  Is there any other choice but denying
17 the licensure, and what impact does that have on access to
18 medicine?
19 A.  They may try -- a board may put together certain sanctions
20 or something up to or short of taking a license or probation
21 suspension, but it could be that that would be their action.
22 Q.  It's an immutable force.  I mean, what are you going to
23 do?  The pressure is change their heart.  They've got to get
24 out of the business, don't they?
25 A.  Yeah.

1  Q.  Enforcement since the rule was adopted -- the injunction
2  applied to Plan B but has not -- but the Board -- it does not
3  apply to other aspects of the rule.  The injunction was only
4  to Plan B.
5     Has any enforcement effort been employed to force all
6  pharmacists to stock narcotics?
7  A.  Not that I can think of at this point.
8  Q.  All demographics, demographic groups need narcotic pain
9  meds, don't they?
10 A.  Correct.
11 Q.  So anybody in the community has a need for narcotic
12 medicines?
13 A.  Correct.
14 Q.  And there are some who do not stock narcotics.  Your
15 investigators can see that in a few minutes in an
16 investigation, correct?
17 A.  Correct.
18 Q.  They haven't looked into that issue, correct?
19 A.  I don't believe at this point they have.
20         THE COURT:  All right.  Thank you, sir.  Anybody else
21 want to follow up?
22         MR. TOMISSER:  I think, Your Honor, to assist the
23 Court in understanding the situation with Catholic hospitals
24 in the State of Washington, we'd be happy to provide a short
25 memorandum pointing out that this has been a matter of

1 legislation and agreement with those organizations in the
2 State of Washington.
3     THE COURT: I would like that because I know --
4     MS. WAGGONER: I am sorry, I didn't mean to
5 interrupt. Your Honor, I would just ask that we have a chance
6 to respond to that and potentially -- rather than have the
7 state recite the agreement they made with the Catholic
8 hospitals, we may have a representative from the Catholic
9 hospital.
10     THE COURT: I would very much like that. Mr. Boeder.
11     MR. BOEDER: I have been taking good notes. I have
12 no further questions.
13     THE COURT: Mr. Saxe, you are excused.
14     Thank you very much, sir.
15     Call your next witness.
16     MS. WAGGONER: We would call Ms. Christina Hulet.
17     THE COURT: Okay.
18     MR. O'BAN: We would like to publish the deposition
19 so we can use it.
20     THE COURT: Ms. Hulet, come forward to the lectern
21 please. Raise your right hand and be sworn.
22     Christina Hulet, called as a witness, duly sworn.
23     THE COURT: Please be seated at the witness stand
24 immediately to my left. Please keep the volume of your voice
25 up so the people in the courtroom can hear you. Speak slowly