# EXHIBIT A

| 9/24/2008 | saden | Email | Court Appearance | Correspondence w/ GSM re withdrawal and substitution for EStanley; l/m w/ Ally Steve O'Ban. | 0.2 |

| Date | User | Activity | Category | Description | Hours |
|---|---|---|---|---|---|
| 10/1/2008 | saden | Review/Edit | Discovery | Correspondence. w/ EStanley re Rule 37 telecon; review SDTs to third parties, research deponents; corr. co-counsel re depositions of same; review scheduling statements and order amending schedule. | 3.7 |
| 10/1/2008 | saden | Review/Edit | Discovery | Review subpoenas to Planned Parenthood and allies. | 0.2 |
| 10/1/2008 | saden | Telephone Conference | Discovery | Correspondence w/ EStanley, prepare, attend TC w/ co-counsel EStanley/KWaggoner/SOBan/Asmith. | 0.6 |
| 10/1/2008 | saden | Review/Edit | Appeal | Review Appellants' Brief and Exhibits; corr. w/ co-counsel re status telecon. | 3.7 |
| 9/30/2008 | saden | Review/Edit | Other | Left v/m w/ S. O'Ban re status; TC w/ EStanley re status of lawsuit and file transfer; corr. w/ EStanley and co-counsel re telecon; review/revise motion for pro hac admission, instrs. to AR. | 1 |
| 9/29/2008 | saden | Email | Discovery | Correspondence w/ EStanley re R. 37 conference and preparing motion to compel vs. Planned Parenthood/NWWC/NARAL. | 0.2 |
| 9/29/2008 | saden | Email | Appeal | Correspondence w/ GSM/EStanley/ASmith re file transfer; review docket, instrs. to ARossiter re hard copy file | 0.5 |

| Date | User | Type | Category | Description | Hours |
|---|---|---|---|---|---|
| 10/9/2008 | saden | Email | Discovery | Correspondence w/ KKW re declarations; review additional discovery requests from D-Intervenors; corr. KKW re depo sets. | 1 |
| 10/9/2008 | estanley | Telephone Conference | Discovery | Telephone call from Atty Aden re: Revisions to Motion to Compel. | 0.1 |
| 10/9/2008 | saden | Drafting | Motion - Other | Revise draft Declaration/Motion to reflect fee information; corr. and TC w/ EStanley re same; corr. KKW re same; instrs. to AM. | 1.3 |
| 10/8/2008 | AMoncayo | Copying | Motion - Other | Scanned and assembled exhibits for Motion to Compel. | 0.8 |
| 10/8/2008 | ARossiter | Review/Edit | Motion - Other | Proofread and citechecked motion to compel. | 0.8 |
| 10/7/2008 | saden | Drafting | Motion - Other | Research, draft motion to compel; corr. and TC w/ KWaggoner re final revisions; draft SHA declaration, exhibits; instrs. to AM/AR | 5.8 |
| 10/7/2008 | saden | Telephone Conference | Discovery | Telephone conference w/ EStanley re expert witness reports and rebuttal; TC w/ KKW re same. | 0.3 |
| 10/3/2008 | saden | Review/Edit | Motion - Other | Review objections by Planned Parenthood/NWWLC/NARAL; review complaint; corr. w/ KWaggoner re same; review KKW Declaration and Exhibits; research for motion to compel. | 5.5 |
| 10/3/2008 | saden | Email | Discovery | Correspondence KKW re expert disclosures and discovery. | 0.2 |

| Date | User | Category | Type | Description | Hours |
|---|---|---|---|---|---|
| 10/29/2008 | saden | Review/Edit | Motion - Other | Final revisions to memorandum in opposition; corr. w/ KKW, instrs. to AM re same; corr. STO/KKW, TC EStanley re final | 1.1 |
| 10/28/2008 | saden | Review/Edit | Motion - Other | Review/revise draft opposition to motion; corr. w/ MBowman re same | 0.5 |
| 10/24/2008 | saden | Email | Motion - Other | Correspondence KKW re depositions of additional witnesses. | 0.3 |
| 10/24/2008 | saden | Meeting | Motion - Other | Conference w/ MBowman re response to motion for leave to file amicus brief. | 0.1 |
| 10/23/2008 | saden | Drafting | Motion - Other | Research, draft reply to motion to compel; TC w/ SO'Ban re same; corr. w/ KKW and legal staff re same; | 8.5 |
| 10/22/2008 | saden | Review/Edit | Motion - Other | Review PPWW/NARAL/NWWLC Responses and Declarations; corr. w/ KKW re same | 1.3 |
| 10/21/2008 | saden | Review/Edit | Motion - Other | Review Responses and Declarations by NARAL, PPWW, NWWLC. | 1.3 |
| 10/20/2008 | saden | Review/Edit | Motion - Other | Review objections by Cedar River; corr. KKW re same. | 0.5 |
| 10/15/2008 | saden | Email | Motion - Other | Correspondence w/ KKW re third-party depositions; review Cedar River documents, corr. KKW re same. | 0.5 |
| 10/14/2008 | saden | Review/Edit | Other | Review subpoena to CJ Kahler; corr. KKW re same. | 0.3 |
| 10/10/2008 | saden | Review/Edit | Other | Review withdrawals; corr. KKW re same. | 0.1 |

| Date | User | Category | Type | Description | Hours |
|---|---|---|---|---|---|
| 11/19/2008 | saden | Email | Discovery | Correspondence w/ Planned Parenthood counsel re protective order; corr. Planned Parenthood/NARAL counsel re depositions. | 0.5 |
| 11/18/2008 | saden | Review/Edit | Motion - Other | Review proposed protective order from Planned Parenthood; revise same, corr. KKW re same. | 1.3 |
| 11/14/2008 | saden | Drafting | Motion - Other | Research, draft response to motion; declaration and exhibits; instrs. to AM. | 5.8 |
| 11/13/2008 | saden | Drafting | Motion - Other | Research, draft response to motion to clarify; corr. KKW re same; draft response. | 3.7 |
| 11/12/2008 | saden | Drafting | Motion - Other | Telephone conference STO re motion to clarify and response; corr. PP/NARAL/NWWLC counsel; draft response to motion. | 3.5 |
| 11/7/2008 | saden | Review/Edit | Discovery | Review/revise deposition schedule; instrs. to AM. | 0.3 |
| 11/7/2008 | saden | Review/Edit | Motion - Other | Review motion to clarify; corr. KKW/STO re same | 0.4 |
| 11/6/2008 | saden | Telephone Conference | Motion - Other | Telephone conference w/ PP and NWWLC counsel re order and motion to clarify; TC KKW/STO re same | 0.6 |
| 10/30/2008 | saden | Telephone Conference | Motion - Other | Telephone conference w/ KKW/STO re next steps; draft letters to counsel for third parties. | 1.5 |

| Date | User | Type | Category | Description | Hours |
|---|---|---|---|---|---|
| 12/10/2008 | saden | Deposition | Discovery | Review documents, prepare deposition of Nancy Sapiro; various confs. STO/KKW re same. | 7.5 |
| 12/9/2008 | saden | Deposition | Discovery | Review documents, prepare deposition of Nancy Sapiro. | 2 |
| 12/8/2008 | saden | Deposition | Discovery | Review NWWLC production, prepare Nancy Sapiro deposition; corr., TC w/ KKW re same. | 6 |
| 12/5/2008 | saden | Deposition | Discovery | Review NWWLC production, prepare deposition of Nancy Sapiro. | 6.2 |
| 12/2/2008 | saden | Review/Edit | Discovery | Review NWWLC document production for deposition preparation. | 0.7 |
| 12/2/2008 | saden | Drafting | Discovery | Draft revised protective order, corr., telecon w/ GObrist re same; further revisions to order; TC w/ KKW re same. | 5.2 |
| 12/1/2008 | saden | Review/Edit | Discovery | Review/revise proposed protective order; corr. w/ KKW/Planned Parenthood counsel re same; corr. w/ KKW/SSmith re depo scheduling; corr. GObrist re same. | 4 |
| 11/26/2008 | saden | Telephone Conference | Discovery | Prepare, attend R. 37 telephone conference w/ Gretchen Freeman Cappio and Gretchen Obrist re clarifying scope of J. Leighton's order. | 1.5 |
| 11/25/2008 | saden | Email | Discovery | Correspondence w/ 3rd-party counsel re R. 27 conference and deposition dates. | 0.2 |
| 11/25/2008 | asmith | Email | Other | Email To Chapman, Yvonne: email inquiry. | 0.1 |

| Date | User | Type | Category | Description | Hours |
|---|---|---|---|---|---|
| 1/6/2009 | saden | Review/Edit | Court Order | Review Judge Leighton order; corr. w/ Planned Parenthood counsel/KKW re same; corr. from Cedar River/NARAL re further production. | 0.5 |
| 12/31/2008 | saden | Email | Discovery | Correspondence GFCappio/CL re R. 37 telecon and further production. | 0.4 |
| 12/31/2008 | saden | Review/Edit | Discovery | Review letter from STO to 3rd-party counsel re further discovery; corr. w/ KKW re same. | 0.4 |
| 12/30/2008 | saden | Telephone Conference | Discovery | Further R. 37 telecon w/ GFC/CLautenberg; corr. KKW GFC/CL and KKW re same. | 0.7 |
| 12/29/2008 | saden | Review/Edit | Motion - Other | Review opposition to motion to clarify and GFC declaration; corr. w/ KKW re same. | 0.4 |
| 12/23/2008 | saden | Email | Discovery | Correspondence w/ KKW/GFCappio re R. 37 telecon and further production. | 0.5 |
| 12/22/2008 | saden | Research | Motion - Other | Research WA Open Records Act; corr. w/ KKW re motion to clarify. | 0.6 |
| 12/18/2008 | saden | Email | Motion - Other | Correspondence w/ KKW re PP survey. | 0.2 |
| 12/17/2008 | saden | Court | Motion - Other | Prepare, attend telephone conference w/ J. Leighton re discovery issues; corr. KKW re PP survey and various discovery issues. | 1.2 |
| 12/11/2008 | saden | Deposition | Discovery | Prepare, attend deposition of Nancy Sapiro. | 12.1 |
| 12/10/2008 | saden | Deposition | Discovery | Attend deposition of S. Saxe; confs. STO/KKW re same. | 3.5 |

| Date | User | Activity | Category | Description | Hours |
|---|---|---|---|---|---|
| 7/9/2009 | saden | Review/Edit | | Review 9th Circuit Decision. | 0.5 |
| 3/25/2009 | saden | Telephone Conference | | Telephone conference w/ C. Laufenberg re P.O. | 0.2 |
| 3/3/2009 | saden | Admin | Court Order | Review order re motion to compel; corr w/ K. Waggoner re same Corr w/ K. Waggoner re motion for summary judgment. | 3.2 |
| 2/3/2009 | saden | Review/Edit | Motion - Other | Review response to Motion to Strike. | 0.3 |
| 2/2/2009 | saden | Review/Edit | Motion - Other | Review Motion to Stay; Reply to Motion to Stay. | 0.5 |
| 1/26/2009 | saden | Review/Edit | Other | Review/approve withdrawal of EStanley, corr. w/ KKW/STO re same. | 0.2 |
| 1/20/2009 | saden | Review/Edit | Motion for Stay | Review Plaintiffs' response to motion to stay; review Defendants' response. | 0.3 |
| 1/16/2009 | saden | Telephone Conference | Discovery | Telephone conference w/ KKW/STO re MTC additional production and further deposition of Nancy Sapiro. | 0.7 |
| 1/12/2009 | saden | Review/Edit | Court Order | Conclude review of NWWLC production; corr. w/ STO re same. | 2 |
| 1/9/2009 | saden | Review/Edit | Court Order | Review NWWLC supplemental production; draft memo to KKW/STO re same. | 3.9 |
| 1/8/2009 | saden | Email | Court Order | Correspondence w/ KKW re NARAL survey. | 0.2 |
| 1/7/2009 | saden | Review/Edit | Court Order | Review correspondence from NARAL. | 0.2 |

| Date | User | Type | Description | Hours |
|---|---|---|---|---|
| 6/25/2010 | saden | Review/Edit | Research, draft memorandum to K. Waggoner re settlement. | 1.9 |
| 6/24/2010 | saden | Review/Edit | Research, draft memorandum to K. Waggoner re settlement proposal. | 0.9 |
| 5/6/2010 | saden | Review/Edit | Review complaint and court notice; corr w/ K. Waggoner re same. | 0.4 |
| 4/27/2010 | saden | Review/Edit | Review filings, corr w/ K. Waggoner/GSM re response. | 0.3 |
| 4/26/2010 | saden | Research | Research issues and review draft brief; corr w/ K. Waggoner re same. | 5.1 |
| 4/25/2010 | saden | Other | Corr w/ K. Waggoner re draft of MSJ response; review draft brief. | 1.6 |
| 4/22/2010 | saden | Review/Edit | Review MSJ briefing, research response. | 1.6 |
| 4/21/2010 | saden | Review/Edit | Review motions for summary judgment, research response. | 1.6 |
| 4/20/2010 | saden | Review/Edit | Review briefing in preparation for consultation on MSJ opposition. | 2.4 |
| 4/12/2010 | saden | Review/Edit | Review scheduling stipulation. | 0.2 |
| 3/3/2010 | saden | Review/Edit | Review 9th Circuit Mandate. | 0.1 |
| 3/3/2010 | saden | Review/Edit | Review Corr. Memorandum to GSM. | 2 |
| 3/3/2010 | saden | Telephone Conference | Correspondence and telephone conference w/GSM re Becket draft of petition and client relationship issues. | 0.9 |
| 11/2/2009 | saden | Review/Edit | Review petition for rehearing. | 0.4 |
| 10/20/2009 | saden | Admin | Review depo of N. Sapiro, notes to file. | 1.3 |
| 10/19/2009 | saden | Admin | Review depo of Nancy Sapiro. | 1 |
| 8/5/2009 | saden | Admin | Correspondence with J. Shafer, TC E. Stanley re status. | 0.4 |

| Date | User | Activity | Stage | Description | Time | File Notes |
|---|---|---|---|---|---|---|
| 3/14/2012 | saden | Drafting | Trial | Draft affidavits of ADF counsel, exhibits | 2.2 | |
| 3/14/2012 | saden | Drafting | Trial | Draft affidavits of ADF counsel, exhibits | 2.3 | |
| 3/13/2012 | saden | Drafting | Trial | Draft affidavits of ADF counsel, exhibits | 0.9 | |
| 3/5/2012 | saden | Review | Trial | Review Order re Fee Claims. | 0.1 | |
| 3/2/2012 | saden | Review | Trial | Review Stipulation re Fee Claims; corr w/ | 0.3 | |
| 2/23/2012 | saden | Review | Trial | Review Judgment. | 0.1 | |
| 2/22/2012 | saden | Review | Trial | Review Decision and Order/Findings and | 2.2 | |
| 11/22/2011 | saden | Review/Edit | Trial | Review pretrial statement, three statements by Plaintiff; telephone conference with S. O'Ban regarding assistance in trial preparation. | 2.4 | |
| 3/3/2011 | saden | Review/Edit | Trial | Review order granting and denying motions in limine; draft memo to B. Harvey/GSM re same. | 0.4 | |
| 1/25/2011 | ejohnson@telladf.org | Admin | | Update deadline dates in Results. Put on calendar. | 1.1 | |
| 1/18/2011 | ejohnson@telladf.org | Email | | ejohnson@telladf.org Email From Aden, Steve. | 0.1 | |
| 7/12/2010 | SKowitz@telladf.org | Email | | SKowitz@telladf.org - Email To Aden, Steve : Steven H Aden Kristin Waggoner. | 0.1 | |
| 7/12/2010 | saden | Other | | Review Order; corr w/ KW re media response. | 0.3 | |
| 7/7/2010 | saden | Other | | Review stipulation; corr w/ KW re same; conf GSM. | 0.8 | |
| 6/29/2010 | saden | Other | | Review motions in limine; corr from KW re settlement. | 1.6 | |