# EXHIBIT A

| Date | Timekeeper | Notes | Type | Description | Hours |
|---|---|---|---|---|---|
| 12/3/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : kwaggoner email to estanley: Initial disclosures | 0.1 |
| 11/28/2007 | estanley | Reduced 0.1 duplicate entry | Email | estanley Email To Waggoner, Kristen : estanley email to kwaggoner: Certification research | 0.1 |
| 11/28/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : email from kwaggoner to estanley: Certification research | 0.1 |
| 11/28/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : estanley email to kwaggoner: Initial Disclosures | 0.1 |
| 11/20/2007 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Waggoner, Kristen : KWaggoner email to estanley: Plan B Website | 0.1 |
| 11/20/2007 | estanley | | Email | estanley email to kwaggoner, asmith, bbabione: Plan B Website | 0.1 |
| 11/9/2007 | estanley | | Email | estanley email to kwaggoner: Call to discuss strategy | 0.2 |
| 11/2/2007 | estanley | | Review/Edit | Detailed file review in preparation for discovery assistance | 2.3 |

| Date | Person | | Category | Description | Hours |
|---|---|---|---|---|---|
| 12/12/2007 | estanley | Reduced 0.1 billing judgment | Email | estanley Email To Waggoner, Kristen :: Stay research | 0.1 |
| 12/12/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Pending bill | 0.1 |
| 12/11/2007 | estanley | | Telephone Conference | estanley Telephone Conference To Waggoner, Kristen : Notice of Appeal and Response to Motion to Stay | 0.5 |
| 12/10/2007 | estanley | | Drafting | Final drafting of proposed brief in response to court's certification question | 1.1 |
| 12/10/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Draft of Certification Issue Brief | 0.1 |
| 12/7/2007 | estanley | | Drafting | Proposed memo against certification | 2.8 |
| 12/7/2007 | estanley | | Research | Final research on certification issue: general standardsof ceertification | 1.3 |
| 12/7/2007 | estanley | | Email | estanley Email To Smith, Amy : Review draft of interrogatories to intervenors | 0.1 |
| 12/7/2007 | estanley | | Review/Edit | Review and edit draft of interrogatories to intervenors | 0.6 |
| 12/6/2007 | estanley | | Telephone Conference | estanley Telephone Conference To Waggoner, Kristen : Certification Issues | 0.6 |
| 12/6/2007 | estanley | | Review/Edit | Draft of Interrogatories to BOP and WHRC | 3.7 |
| 12/6/2007 | estanley | | Email | estanley Email To Smith, Amy : Corrections to Interrogatories | 0.2 |
| 12/5/2007 | estanley | | Research | Certification issues: Answer to all questions | 3.6 |
| 12/5/2007 | estanley | | Other | estanley Voice Mail To Waggoner, Kristen : Certification Issues | 0.1 |
| 12/4/2007 | estanley | | Research | Certification issue | 4.1 |
| 12/3/2007 | estanley | | Research | Research certification issues presented in PI decision | 1.1 |

| Date | Name | Billing judgment | Activity | Description | Hours |
|---|---|---|---|---|---|
| 12/14/2007 | estanley | Reduced 0.1 billing judgment | Email | estanley Email To Rennels, Jan : Stipulation to Extend time | 0.1 |
| 12/14/2007 | estanley | | Review/Edit | Final Drafting of Stipulation to Extend time to Respond to Motions to include Defendants' recent Motions | 0.3 |
| 12/14/2007 | estanley | | Email | estanley Email To Terwilliger, Molly : Stipulation to extend time | 0.1 |
| 12/14/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Stip to extend time | 0.1 |
| 12/14/2007 | estanley | Reduced 0.1 billing judgment | Email | estanley Email To Waggoner, Kristen : Stip to extend time | 0.1 |
| 12/14/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : New motion for stay | 0.1 |
| 12/14/2007 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Waggoner, Kristen : New motion to stay | 0.1 |
| 12/13/2007 | estanley | | Research | Response to Motion for Stay Pending Appeal | 1.4 |
| 12/13/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Stipulation | 0.1 |
| 12/13/2007 | estanley | | Drafting | Initial draft of Stipulation to Extend time to respond to Motion for Stay pending appeal | 0.4 |
| 12/13/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Extension of time stipulation | 0.1 |
| 12/13/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Senate Bill on dispensing drugs | 0.7 |
| 12/13/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Extension of Time | 0.1 |
| 12/13/2007 | estanley | Reduced 0.1 billing judgment | Email | estanley Email To Waggoner, Kristen : Extension of Time | 0.1 |
| 12/12/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Stay research | 0.2 |

| Date | Name | Note | Type | Description | Hours |
|---|---|---|---|---|---|
| 12/18/2007 | estanley | | Email | estanley Email To McCaleb, Gary : breadth of injunction | 0.1 |
| 12/18/2007 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From McCaleb, Gary : breadth of injunction | 0.1 |
| 12/18/2007 | estanley | | Email | estanley Email To Theriot, Kevin : Breadth of Injunction | 0.3 |
| 12/18/2007 | estanley | | Research | Research for response to motion for stay | 1.2 |
| 12/17/2007 | estanley | | Research | Research for response to Motion to stay proceedings | 1.8 |
| 12/17/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Breadth of Injunction | 0.4 |
| 12/17/2007 | estanley | | Email | estanley Email To Worley, Jessica : Filing stipulation | 0.1 |
| 12/17/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Stipulation signatures | 0.1 |
| 12/17/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : breadth of injunction | 0.1 |
| 12/17/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : stipulation signatures | 0.1 |
| 12/17/2007 | estanley | | Email | estanley Email From Roper, Joyce : stipulation to extend time | 0.1 |
| 12/17/2007 | estanley | | Email | estanley Email From Terwilliger, Molly : extension of time to respond to motion for stay | 0.1 |
| 12/17/2007 | estanley | | Email | estanley Email To Terwilliger, Molly : stipulation to extend time | 0.1 |
| 12/14/2007 | estanley | | Email | estanley Email From Terwilliger, Molly : Stipulation to re-note motions | 0.1 |
| 12/14/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Stipulation to re-note motions | 0.1 |

| | | | | |
|---|---|---|---|---|
| 12/19/2007 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Waggoner, Kristen : Stay response | 0.1 |
| 12/19/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : stay response | 0.1 |
| 12/19/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Due dates for appeal | 0.4 |
| 12/19/2007 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Waggoner, Kristen : Due dates for briefs | 0.1 |
| 12/19/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Stip to substitute HRC Member | 0.1 |
| 12/19/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Stipulation to substitute HRC member | 0.1 |
| 12/19/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Statement of Sen Keiser | 0.1 |
| 12/19/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Ordering transcript for appeal | 0.1 |
| 12/19/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Statement of Sen Keiser re: Senate Bill | 0.1 |
| 12/19/2007 | estanley | | Telephone Conference | estanley Telephone Conference To Waggoner, Kristen : Motion to modify injunction | 0.3 |
| 12/19/2007 | estanley | | Telephone Conference | estanley Telephone Conference To McCaleb, Gary : Motion to modify injunction and response to motion for stay | 0.1 |
| 12/19/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Motion for stay response | 0.1 |
| 12/18/2007 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Waggoner, Kristen : Motion to Stay response | 0.1 |
| 12/18/2007 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From McCaleb, Gary : Breadth of injunction | 0.1 |

| Date | Name | Note | Type | Description | Hours |
|---|---|---|---|---|---|
| 12/20/2007 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Theriot, Kevin : Breadth of injunction | 0.1 |
| 12/20/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Draft of motion to modify appeal and response to motion to stay | 0.1 |
| 12/20/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Draft of Motion to modify injunction | 0.1 |
| 12/20/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Draft of Motion to Modify Injunction | 0.1 |
| 12/20/2007 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Waggoner, Kristen : Changes to substitution of party | 0.1 |
| 12/20/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Changes to substitution of party | 0.1 |
| 12/20/2007 | estanley | | Research | research standards for modifying injunction while case is on appeal | 1.1 |
| 12/20/2007 | estanley | | Drafting | Initial drafting of motion to modify injunction re: Introduction, standard of review and argument IA | 1.6 |
| 12/20/2007 | estanley | | Email | estanley Email From Roper, Joyce : Substitution of party | 0.1 |
| 12/20/2007 | estanley | | Email | estanley Email From Terwilliger, Molly : Substitution of Party | 0.1 |
| 12/19/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Substitution of Party | 0.1 |
| 12/19/2007 | estanley | | Research | Research for Motion to modify injunction and for response to motion for stay | 1.2 |
| 12/19/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : appeal deadlines | 0.1 |
| 12/19/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : appeal deadlines | 0.1 |

| Date | Person | Note | Category | Description | Time |
|---|---|---|---|---|---|
| 12/27/2007 | estanley | | Drafting | Drafting response to motion for stay of proceedings pending appeal | 1.4 |
| 12/27/2007 | estanley | | Research | Research additional case law on modifying injunction and re-draft motion to modify injunction to include additional case law | 1.2 |
| 12/27/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Edits to motion to modify injunction to change case law cites | 0.1 |
| 12/27/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Motion to Modify Injunction | 0.1 |
| 12/27/2007 | estanley | | Email | estanley Email To Theriot, Kevin : Draft of Motion to Modify Injunction. | 0.1 |
| 12/27/2007 | estanley | | Email | estanley Email From Smith, Amy : Motion to modify injunction | 0.1 |
| 12/26/2007 | ktheriot | | Review/Edit | Edit motion for stay | 0.6 |
| 12/26/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Edits to Motion to Modify Injunction | 0.1 |
| 12/26/2007 | estanley | | Email | estanley Email From Theriot, Kevin : Edits to Motion to Modify Injunction | 0.1 |
| 12/23/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Draft of Motion to Modify Injunction | 0.1 |
| 12/21/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : HRC Defendants in response to stay | 0.1 |
| 12/21/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Transcript | 0.1 |
| 12/21/2007 | estanley | Reduced 0.1 duplicate entry | Email | estanley Email To Waggoner, Kristen : Transcript Order | 0.1 |
| 12/20/2007 | estanley | | Drafting | Initial Drafting of response to motion for stay of proceedings pending appeal | 1.3 |
| 12/20/2007 | estanley | | Email | estanley Email To Theriot, Kevin : Motion to modify injunction | 0.2 |

| Date | Name | Note | Type | Description | Hours |
|------|------|------|------|-------------|-------|
| 1/4/2008 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Waggoner, Kristen : Plan B article | 0.1 |
| 1/3/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Conversation with Jim Doll, investigator for BOP | 0.1 |
| 1/2/2008 | estanley | | Research | Review transcript of PI Hearing for arguments in response to motion for stay pending appeal | 2.3 |
| 1/2/2008 | estanley | | Review/Edit | Continued review and edit of repsonse to motion to stay including revisions to all arguments | 1.8 |
| 1/2/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Edits to response to motion for stay of injunction | 0.1 |
| 1/1/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Investigation of Ralphs/Stormans | 0.1 |
| 1/1/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Investigation of Stormans | 0.1 |
| 12/31/2007 | estanley | | Review/Edit | Review and edit Response to Motion for Stay | 0.8 |
| 12/31/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Draft of response to motion to stay with KWaggoners parts | 0.1 |
| 12/31/2007 | estanley | | Email | estanley Email To Waggoner, Kristen : Draft of response to motion for stay | 0.1 |
| 12/31/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Extension for initial brief | 0.1 |
| 12/31/2007 | estanley | | Email | estanley Email From Waggoner, Kristen : Comments on response to motion for stay | 0.1 |
| 12/31/2007 | estanley | | Email | estanley Email From Ryen, Julaine : Transcript of September 26 hearing | 0.1 |

| Date | Name | Notes | Type | Description | Hours |
|---|---|---|---|---|---|
| 1/16/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Hearing | 0.1 |
| 1/16/2008 | estanley | Reduced 0.1 billing judgment | Email | estanley Email To Waggoner, Kristen : Plan B Article | 0.1 |
| 1/11/2008 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Waggoner, Kristen : Comments on reply on motion to modify injunction | 0.1 |
| 1/11/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Comments on reply to motion to modify injunction | 0.1 |
| 1/11/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Draft of reply to motion to modify Injunction | 0.1 |
| 1/11/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Reply to response to motion to modify injunction | 0.1 |
| 1/11/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Reply to motion to modify injunction | 0.1 |
| 1/8/2008 | estanley | | Review/Edit | Review Defendants' response to motion to modify injunction for strategy for reply brief | 0.3 |
| 1/8/2008 | estanley | | Telephone Conference | estanley Telephone Conference To Waggoner, Kristen : Reply to response to motion to modify injunction | 0.4 |
| 1/7/2008 | estanley | | Review/Edit | Final edits to notice of appearance at 9th circuit | 0.3 |
| 1/7/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Filing response to motion for stay | 0.1 |
| 1/4/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Final draft of response to motion for stay | 0.1 |

| Date | Name | Billing judgment | Category | Description | Hours |
|---|---|---|---|---|---|
| 2/18/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : NARAL survey | 0.1 |
| 2/16/2008 | estanley | reduced 10.2 billing judgment | Travel | Travel to Virginia following hearing on Motion to Stay and Motion to Modify | 10.2 |
| 2/15/2008 | estanley | reduced 1.3 billing judgment | Meeting | Meeting with clients and co-counsel following oral argument on Motion to Stay and Motion to Modify | 1.3 |
| 2/15/2008 | estanley | reduced 2.3 billing judgment | Court | Prepare for and attend Court hearing before Judge Leighton on Motion to Stay Injunction and Motion to Modify injunction | 2.3 |
| 2/14/2008 | estanley | reduced 11.2 billing judgment | Travel | Travel to Tacoma for oral arugment on Motion to Stay Injunction and Motion to Modify Injunction | 11.2 |
| 2/14/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : NARAL Survey news story | 0.1 |
| 2/13/2008 | estanley | reduced 1.6 billing judgment | Review/Edit | Review and prepare for oral argument on motion to stay injunction and motion to modify injunction | 1.6 |
| 2/13/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Response to NARAL survey | 0.1 |
| 2/8/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Consent for amicus briefs | 0.1 |
| 2/4/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Amicus briefs | 0.1 |
| 2/4/2008 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Smith, Amy : Amicus briefs | 0.1 |
| 2/4/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Amicus briefs | 0.1 |
| 1/16/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Plan B article and Hearing | 0.1 |

| Date | Name | | Type | Description | Time |
|---|---|---|---|---|---|
| 2/26/2008 | estanley | | Telephone Conference | estanley Telephone Conference To Stanley, Erik : Telephone call to Clerk of 9th Circuit re: Motion to extend time to respond to Motion to Stay Injunction | 0.1 |
| 2/26/2008 | estanley | | Email | estanley Email To Terwilliger, Molly : Copy of Motion to Stay | 0.1 |
| 2/25/2008 | estanley | | Email | estanley Email To O'Ban, Steven : Motion to stay injunction filing | 0.1 |
| 2/25/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Extension of time on response to motion in 9th Circuit | 0.1 |
| 2/25/2008 | estanley | | Email | estanley Email To Terwilliger, Molly : Email copy of Motion to Stay (2 emails) | 0.2 |
| 2/22/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Amicus support on appeal | 0.1 |
| 2/22/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Response to motion in 9th Circuit | 0.1 |
| 2/22/2008 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Waggoner, Kristen : Motion to Stay Injunction at 9th Circuit | 0.1 |
| 2/21/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Response time for Motion to Stay at 9th Circuit | 0.3 |
| 2/21/2008 | estanley | | Telephone Conference | estanley Telephone Conference From Waggoner, Kristen : Motion to Stay at 9th Circuit | 0.2 |
| 2/19/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Briefing schedule | 0.1 |
| 2/18/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : WSPA response to NARAL survey | 0.1 |
| 2/18/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Draft of oral argument (3 emails) | 0.3 |

| Date | User | Type | Description | Hours |
|------|------|------|-------------|-------|
| 3/5/2008 | estanley | Email | estanley Email To Waggoner, Kristen : comments on draft response to motion to stay | 0.2 |
| 3/5/2008 | estanley | Email | estanley Email From Waggoner, Kristen : draft of response to motion to stay | 0.1 |
| 3/4/2008 | estanley | Email | estanley Email To Waggoner, Kristen : Rough draft of sections for response to motion to stay injunction pending appeal | 0.1 |
| 3/4/2008 | estanley | Drafting | Initial drafting of response to motion to stay injunction at 9th circuit re: Overbreadth, harm., public interest and expediting hearing | 5.3 |
| 3/3/2008 | estanley | Research | Research for response to overbreadth argument for response to motion to stay | 0.4 |
| 3/3/2008 | estanley | Other | estanley Voice Mail To Waggoner, Kristen : Response to Motion to Stay | 0.2 |
| 3/3/2008 | estanley | Email | estanley Email To Manion, Frank : Copies of pleadings for amicus brief | 0.1 |
| 3/3/2008 | estanley | Email | estanley Email From Waggoner, Kristen :. Meeting to set discovery plan | 0.1 |
| 3/3/2008 | estanley | Email | estanley Email From Manion, Frank : Amicus support | 0.1 |
| 2/26/2008 | estanley | Drafting | Draft Motion for extension of time to respond to motion to stay at 9th circuit | 0.9 |
| 2/26/2008 | estanley | Review/Edit | Review Motion to Stay Injunction filed at 9th Circuit in preparation for drafting response | 0.5 |

| 3/14/2008 | estanley | | Email | estanley Email To Crampton, Steve : Amicus Support | 0.1 |
| 3/14/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Amicus Briefs | 0.1 |
| 3/14/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Appeal Brief | 0.1 |
| 3/11/2008 | estanley | | Email | estanley Email From Terwilliger, Molly : Proposed supplemental discovery plan | 0.1 |
| 3/10/2008 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Terwilliger, Molly : Copy of Initial Brief | 0.1 |
| 3/10/2008 | estanley | | Email | estanley Email To Terwilliger, Molly : Service copy of Brief | 0.1 |
| 3/7/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Final draft of response to stay motion | 0.1 |
| 3/6/2008 | estanley | | Telephone Conference | estanley Telephone Conference To Catterson, Cathy : Extension of time for Brief | 0.1 |
| 3/6/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Extension of time for Brief | 0.1 |
| 3/6/2008 | estanley | | Drafting | Final drafting of response to motion to stay including cutting to page limits | 1.3 |
| 3/6/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Comments on final draft | 0.1 |
| 3/6/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Final draft | 0.1 |
| 3/6/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Draft of response | 0.1 |
| 3/5/2008 | estanley | | Drafting | Edits and revisions to sections of response to motion to stay drafted by KKW | 1.3 |

| Date | User | Activity | Description | Notes | Hours |
|---|---|---|---|---|---|
| 4/7/2008 | estanley | Email | estanley Email From Waggoner, Kristen : Arguments in brief | | 0.1 |
| 4/7/2008 | estanley | Review/Edit | Review and edit first draft of brief | | 4.2 |
| 4/7/2008 | estanley | Email | estanley Email From Waggoner, Kristen : Comments on first draft of brief | | 0.1 |
| 4/4/2008 | estanley | Research | research precedent for irreparable harm argument re economic injury | | 0.7 |
| 4/4/2008 | estanley | Telephone Conference | estanley Telephone Conference From Waggoner, Kristen : Answer brief | | 0.3 |
| 4/4/2008 | estanley | Drafting | Draft Answer Brief re: Title VII, Irreparable Harm, Public Interest and Overbroad sections | | 6.8 |
| 4/3/2008 | estanley | Research | Research Title VII and Supremacy Clause arguments for Answer Brief | | 2.1 |
| 4/3/2008 | estanley | Drafting | Drafting Answer Brief re: Title VII | | 3.4 |
| 4/1/2008 | estanley | Review/Edit | Review briefs of parties and amici in anticipation of drafting Answer Brief | | 2.7 |
| 3/20/2008 | estanley | Email | estanley Email From Catterson, Cathy : Order on extension of time | | 0.1 |
| 3/20/2008 | estanley | Email | estanley Email From Waggoner, Kristen : Brief on appeal | | 0.1 |
| 3/17/2008 | estanley | Telephone Conference | estanley Telephone Conference To Waggoner, Kristen : Briefing on appeal | | 0.8 |
| 3/16/2008 | estanley | Email | estanley Email To Crampton, Steve : Amicus support | Reduced 0.1 billing judgment | 0.1 |
| 3/16/2008 | estanley | Email | estanley Email From Crampton, Steve : Amicus support | | 0.1 |
| 3/16/2008 | estanley | Email | estanley Email From Smith, Mailee : Amicus Briefs | | 0.1 |
| 3/16/2008 | estanley | Email | estanley Email From Waggoner, Kristen : Amici Briefs | | 0.1 |

| Date | Name | Note | Type | Description | Hours |
|---|---|---|---|---|---|
| 4/14/2008 | estanley | Reduced 0.1 billing judgment | Email | estanley Email To Waggoner, Kristen : NARAL survey | 0.1 |
| 4/14/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : NARAL survey | 0.1 |
| 4/10/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Comments and edits on Introduction and Summary of Argument | 0.1 |
| 4/10/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Edits on Introduction and Summary of Argument | 0.1 |
| 4/10/2008 | estanley | | Review/Edit | Review and edit Introduction and Summary of Argument | 0.7 |
| 4/10/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Review of amicus briefs | 0.2 |
| 4/10/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Comments on second draft of brief | 0.1 |
| 4/9/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Catholic's Amicus brief | 0.1 |
| 4/9/2008 | estanley | | Review/Edit | Review amicus briefs for inclusion of rebuttal arguments | 0.9 |
| 4/9/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Amicus brief arguments to rebut in brief | 0.1 |
| 4/9/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Comments on draft of brief | 0.1 |
| 4/9/2008 | estanley | | Review/Edit | Review and edit second draft of brief | 2.8 |
| 4/8/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Second draft of brief | 0.1 |
| 4/8/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Catholic's brief | 0.1 |
| 4/7/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : First draft of brief | 0.1 |

| Date | User | Notes | Type | Description | Hours |
|---|---|---|---|---|---|
| 5/21/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : moot court | 0.1 |
| 5/21/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : moot court | 0.1 |
| 5/19/2008 | estanley | | Email | estanley Email From Manion, Frank : Moot court | 0.1 |
| 5/19/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Moot court | 0.2 |
| 5/19/2008 | estanley | | Email | estanley Email From Collett, Teresa : Moot participation | 0.1 |
| 5/19/2008 | estanley | Reduced 0.1 duplicate entry | Email | estanley Email To Manion, Frank : Moot participation | 0.1 |
| 5/19/2008 | estanley | | Email | estanley Email To Manion, Frank : Moot participation | 0.1 |
| 5/19/2008 | estanley | | Email | estanley Email To Collett, Teresa : Moot participation | 0.1 |
| 5/1/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Order on Motion for stay | 0.1 |
| 5/1/2008 | estanley | | Review/Edit | Review order from 9th circuit denying motion to stay | 0.4 |
| 4/29/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Oral argument | 0.1 |
| 4/25/2008 | estanley | | Email | estanley Email From Terwilliger, Molly : Responses to Rogs and RTP | 0.1 |
| 4/17/2008 | estanley | | Email | estanley Email To Mattox, M. Casey : Amicus brief accommodation argument | 0.2 |
| 4/17/2008 | estanley | | Email | estanley Email To Mattox, M. Casey : Reasonable accommodation argument for amicus brief | 0.1 |
| 4/14/2008 | estanley | | Email | estanley Email To Mattox, M. Casey : Amicus issues | 0.2 |

| Date | Name | | Category | Description | Hours |
|------|------|---|----------|-------------|-------|
| 8/4/2008 | estanley | | Drafting | Drafting Subpoenas for third parties, including attachment to subpoenas and document list | 2.8 |
| 7/21/2008 | estanley | | Telephone Conference | Telephone conference with STO and KKW re: Discovery plan | 2.2 |
| 7/8/2008 | estanley | reduced 7.5 billing judgment | Travel | Travel from Seattle following 9th Circuit argument | 7.5 |
| 7/8/2008 | estanley | reduced 1.8 billing judgment | Meeting | Meeting with clients following argument to discuss case | 1.8 |
| 7/8/2008 | estanley | reduced 2.8 billing judgment | Court | Attend 9th Circuit argument on injunction appeal | 2.8 |
| 7/7/2008 | estanley | reduced 7.5 billing judgment | Travel | Travel to Seattle for 9th Circuit argument | 7.5 |
| 7/7/2008 | estanley | | Meeting | Participate in moot court with KKW re; Injunction appeal | 2.3 |
| 7/1/2008 | estanley | | Meeting | Moot court with KKW re: Injunction appeal | 2.5 |
| 6/23/2008 | estanley | | Telephone Conference | estanley Telephone Conference To Waggoner, Kristen : Oral argument | 1 |
| 6/13/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Grant of motion for protective order | 0.1 |
| 6/13/2008 | estanley | | Email | estanley Email From Terwilliger, Molly : Notices of Depos | 0.1 |
| 6/13/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Email to and from KKW re Argument | 0.2 |
| 6/2/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Moot court | 0.1 |
| 5/29/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Protective Order Motion | 0.1 |
| 5/21/2008 | estanley | | Email | estanley Email To Nikas, Nikolas : Moot Court | 0.1 |

| Date | Name | | Note | Type | Description | Hours |
|------|------|---|------|------|-------------|-------|
| 9/17/2008 | estanley | | | Email | estanley Email To Waggoner, Kristen : Depo availability | 0.3 |
| 9/17/2008 | estanley | | Reduced 0.1 duplicate entry | Email | estanley Email From Smith, Scott : Extension of time | 0.1 |
| 9/17/2008 | estanley | | | Email | estanley Email From Smith, Scott : Extension of time | 0.1 |
| 9/17/2008 | estanley | | | Email | estanley Email To Stanley, Erik : Email from Scott Smith | 0.1 |
| 9/17/2008 | estanley | | | Email | estanley Email From Waggoner, Kristen : 3rd Party depos | 0.1 |
| 9/11/2008 | estanley | | Reduced 0.1 billing judgment | Email | estanley Email To Northwest Women's Law Center : Subpoena | 0.1 |
| 9/11/2008 | estanley | | | Email | estanley Email To Northwest Women's Law Center : Subpoena | 0.1 |
| 9/11/2008 | estanley | | | Telephone Conference | estanley Telephone Conference To Reese, Kelly : Service of subpoena | 0.1 |
| 9/9/2008 | estanley | | | Email | estanley Email From Northwest Women's Law Center : Subpoena | 0.1 |
| 9/8/2008 | estanley | | | Telephone Conference | estanley Telephone Conference To Northwest Women's Law Center : Service of subpoena | 0.1 |
| 9/8/2008 | estanley | | | Telephone Conference | estanley call to KKW re: Call to discuss subpoenas | 0.7 |
| 9/4/2008 | estanley | | | Research | Research on third parties re: Subpoenas | 1.7 |
| 9/4/2008 | estanley | | | Drafting | Third party subpoenas | 2.8 |
| 8/25/2008 | estanley | | | Email | estanley Email From O'Ban, Steven : Subppoenas | 0.1 |
| 8/19/2008 | estanley | | | Email | estanley Email From Waggoner, Kristen : HRC email | 0.1 |
| 8/13/2008 | estanley | | | Telephone Conference | Conference with counsel re: Update on depositions and discovery plan | 1.1 |

| Date | User | Reduced | Type | Description | Time |
|---|---|---|---|---|---|
| 9/23/2008 | estanley | Reduced 0.1 billing judgment | Email | estanley Email To Waggoner, Kristen : Allied attorney assistance | 0.1 |
| 9/23/2008 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Waggoner, Kristen : Allied attorney assistance | 0.1 |
| 9/23/2008 | estanley | Reduced 0.1 billing judgment | Email | estanley Email To Waggoner, Kristen : Allied attorney | 0.1 |
| 9/23/2008 | estanley | Reduced 0.1 billing judgment | Email | estanley Email From Waggoner, Kristen : Allied attorney | 0.1 |
| 9/22/2008 | estanley | | Email | estanley Email From Cappio, Gretchen : Appearance at deposition | 0.1 |
| 9/22/2008 | estanley | | Email | estanley Email From Smith, Scott : Appearance at deposition (series of several emails) | 0.4 |
| 9/19/2008 | estanley | Reduced 0.1 billing judgment | Email | estanley Email To Waggoner, Kristen : Third party counsel | 0.1 |
| 9/19/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Counsel for third parties | 0.1 |
| 9/18/2008 | estanley | | Email | estanley Email To Smith, Scott : Appearance for deposition | 0.1 |
| 9/18/2008 | estanley | | Email | estanley Email From Roe, Rebecca : Response to subpoena | 0.1 |
| 9/18/2008 | estanley | | Email | estanley Email To Stanley, Erik : Email from Atty Cappio re extension of time | 0.1 |
| 9/18/2008 | estanley | | Email | estanley Email To Smith, Scott : Extension of time | 0.1 |
| 9/18/2008 | estanley | | Email | estanley Email From Smith, Scott : Extension of time | 0.1 |
| 9/18/2008 | estanley | | Email | estanley Email To Smith, Scott : Representation | 0.1 |
| 9/18/2008 | estanley | Reduced 0.1 billing judgment | Email | estanley Email To Smith, Scott : Call | 0.1 |
| 9/18/2008 | estanley | | Email | estanley Email From Smith, Scott : Deadline | 0.1 |

| Date | User | Notes on File | Activity | Description | Time |
|------|------|---------------|----------|-------------|------|
| 10/9/2008 | estanley | Reduced 0.1 billing judgment | Telephone Conference | Telephone call from Atty Aden re: Revisions to Motion to Compel | 0.1 |
| 10/9/2008 | estanley | | Email | estanley Email To Waggoner, Kristen : Revisions to Motion to Compel | 0.1 |
| 10/8/2008 | estanley | reduced 0.2 billing judgment | Email | estanley Email To Aden, Steven : Revisions to Declaration in support of Motion to Compel (2 emails) | 0.2 |
| 10/7/2008 | estanley | | Drafting | Initial drafting of Declaration in support of Motion to Compel re: Rule 37 conference | 0.5 |
| 10/3/2008 | estanley | | Email | estanley Email From Smith, Scott : Use of expedited discovery procedure | 0.2 |
| 10/1/2008 | estanley | reduced 0.5 billing judgment | Telephone Conference | Telephone Conference with Attys Aden, Smith, Waggoner and O'Ban re: Status of representation and discovery issues | 0.5 |
| 10/1/2008 | estanley | | Telephone Conference | Rule 37 conference with Attys Smith, Cappio and Roe re: Motion to compel and objections to subpoenas | 0.6 |
| 9/30/2008 | estanley | | Email | estanley Email To Smith, Scott : Rule 37 Conference | 0.4 |
| 9/30/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Docs showing 3rd party involvement in rule process | 0.8 |
| 9/24/2008 | estanley | | Telephone Conference | Telephone Conference with Attys Smith, Roe and Cappio re: Informal discussions to resolve objections to subpoenas | 0.6 |
| 9/23/2008 | estanley | | Email | estanley Email From Waggoner, Kristen : Subpoenas | 0.1 |