THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED, d/b/a RALPH'S THRIFTWAY; RHONDA MESLER; and MARGO THELEN,<br><br>Plaintiffs,<br><br>v.<br><br>MARY SELECKY, Secretary of the WASHINGTON STATE DEPARTMENT OF HEALTH, et al.,<br><br>Defendants,<br><br>and<br><br>JUDITH BILLINGS, et al.,<br><br>Defendant-Intervenors. | No. C07-5374-RBL<br><br>NOTICE OF WITHDRAWAL |

Pursuant to Local Rule GR 2(g)(2), Defendant-Intervenors notify the Court that Sara Ainsworth and Rima Alaily of Legal Voice are unavailable further to represent Defendant-Intervenors in this matter and therefore withdraw as counsel of record. All other counsel of record for Defendant-Intervenors remain the same.

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
(NO. 07-5374-RBL) – 1

23690-0014/LEGAL23294062.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

RESPECTFULLY SUBMITTED and presented this 11th day of April, 2012 by:

| **LEGAL VOICE** | **PERKINS COIE LLP** |
|---|---|
| | /s/ *Thomas L. Boeder* |
| Lisa M. Stone, WSBA #15421 | Thomas L. Boeder, WSBA No. 408 |
| Janet Chung, WSBA # 28535 | Andrew L. Greene, WSBA No. 35548 |
| Molly A. Terwilliger, WSBA #28449 | Katherine DeWeese Bennett, WSBA No. 41763 |
| **Legal Voice** | Noah Guzzo Purcell, WSBA No. 43492 |
| 907 Pine Street, Suite 500 | 1201 Third Avenue, Suite 4800 |
| Seattle, WA 98101-1818 | Seattle, WA 98101-3099 |
| Telephone: 206.682.9552 | Telephone: 206.359.8000 |
| Facsimile: 206.682.9556 | Facsimile: 206.359.9000 |
| E-mail:  lstone@LegalVoice.org | E-mail: TBoeder@perkinscoie.com |
|           jchung@LegalVoice.org |           AGreene@perkinscoie.com |
|           mollyt@SummitLaw.com |           KBennett@perkinscoie.com |
| |           NPurcell@perkinscoie.com |
| Attorneys for Defendant-Intervenors | Attorneys for Defendant-Intervenors |

**PLANNED PARENTHOOD OF THE GREAT NORTHWEST**

Laura Einstein, WSBA No. 39829
**Planned Parenthood of the Great Northwest**
2001 East Madison Street
Seattle, WA 98122-2959
Telephone: 206.328.7734
Facsimile: 206.720.4657
E-mail: laura.einstein@ppgnw.org

Attorneys for Defendant-Intervenors

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
(NO. 07-5374-RBL) – 2

23690-0014/LEGAL23294062.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

I certify that on April 11, 2012, I electronically filed the foregoing **Notice of Withdrawal** with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  April 11, 2012.

*/s/ Thomas L. Boeder*
Thomas L. Boeder, WSBA No. 408
Andrew L. Greene, WSBA No. 35548
Katherine DeWeese Bennett, WSBA No. 41763
Noah Guzzo Purcell, WSBA No. 43492
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail: TBoeder@perkinscoie.com
         AGreene@perkinscoie.com
         KBennett@perkinscoie.com
         NPurcell@perkinscoie.com

Attorneys for Defendant-Intervenors

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
(NO. 07-5374-RBL) – 3
23690-0014/LEGAL23294062.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000