THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| STORMANS, INCORPORATED, et al., | NO. C07-5374 RBL |
| Plaintiffs, | |
| vs. | NOTICE OF WITHDRAWAL |
| MARY SELECKY, Secretary of the WASHINGTON STATE DEPARTMENT OF HEALTH, et al., | |
| Defendants, | |
| and | |
| JUDITH BILLINGS, et al. | |
| Defendant-Intervenors. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Eric N. Kniffin hereby withdraws as counsel of record for Plaintiffs in the above-entitled action. All other counsel of record for Plaintiffs remain the same.

DATED this June 2, 2014   ELLIS, LI & McKINSTRY PLLC

By: /s/ Kristen K. Waggoner
Kristen K. Waggoner, WSBA No. 27790
Attorneys for Plaintiffs

NOTICE OF WITHDRAWAL - 1
(No. 07-05374-RBL)

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

*142192 (13438.00)

CERTIFICATE OF SERVICE

I certify that on June 2, 2014, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  June 2, 2014

     /s/  Kristen K. Waggoner
Kristen K. Waggoner, WSBA No. 27790

NOTICE OF WITHDRAWAL - 2
(No. 07-05374-RBL)

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA  98121-3125
206•682•0565  Fax: 206•625•1052

*142192  (13438.00)